**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Perfect Fit Industries, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2762184** |

4. **Debtor's address**

**Principal place of business**

**8501 Tower Point Dr**
**Charlotte, NC 28227**
Number, Street, City, State & ZIP Code

**Mecklenburg**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   perfectfitliving.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Perfect Fit Industries, LLC**
_____     Case number (*if known*) _____
       Name

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4232__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| _____ | | _____ | | _____ | |
| _____ | | _____ | | _____ | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | | Relationship | |
|---|---|---|---|---|
| _____ | | | _____ | |
| District | When | | Case number, if known | |
| _____ | _____ | | _____ | |

| Debtor | **Perfect Fit Industries, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Perfect Fit Industries, LLC**
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2020**
MM / DD / YYYY

X **/s/ Ken Hedrick**
Signature of authorized representative of debtor

**Ken Hedrick**
Printed name

Title    **CEO**

---

**18. Signature of attorney**

X **/s/ Joseph W. Grier, III**    Date    **July 24, 2020**
Signature of attorney for debtor    MM / DD / YYYY

**Joseph W. Grier, III 7764**
Printed name

**Grier Wright Martinez, PA**
Firm name

**521 E. Morehead St., Suite 440**
**Charlotte, NC 28202**
Number, Street, City, State & ZIP Code

Contact phone    **704 332-0201**    Email address    **jgrier@grierlaw.com**

**7764 NC**
Bar number and State

## RESOLUTION OF PERFECT FIT INDUSTRIES, LLC

WHEREAS, Perfect Fit Industries, LLC ("PFI") is a Florida limited liability company. According to its Amended Articles of Organization, filed with the Florida Secretary of State on February 26, 2016, its Authorized Member is PFI Holdings, LLC, a Florida limited liability company ("PFI Holdings"), whose sole member is Cross River, LLC, a North Carolina limited liability company ("Cross River");

WHEREAS, PFI maintains its principal place of business in Charlotte, North Carolina;

WHEREAS, to the best knowledge of the undersigned, PFI does not have an operating agreement;

WHEREAS, pursuant to the Second Amended And Restated Operating Agreement of PFI Holdings, the full and exclusive authority to manage and control the business affairs of PFI Holdings is vested in a Board of Directors appointed by its sole member; and

WHEREAS, by appointment of Cross River, the Board of Directors of PFI Holdings consists of those persons so designated who have signed this resolution;

WHEREAS, the undersigned, being the Board of Managers of PFI Holdings and the Authorized Member of PFI, do hereby take the action hereinafter appearing, as the action of PFI; and

WHEREAS, the financial condition of PFI necessitates the liquidation of PFI under the protections afforded by Chapter 7 of Title 11 of the United States Bankruptcy Code;

NOW, THEREFORE, BE IT RESOLVED that PFI is authorized to file, in the United States Bankruptcy Court for the Western District of North Carolina, a Chapter 7 petition and to otherwise proceed under Chapter 7 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED that Ken Hedrick, as CEO of PFI, be and is hereby authorized to execute and deliver on behalf of PFI the petition, schedules and any other documents required for the Chapter 7 filing and to appear in all bankruptcy proceedings on behalf of PFI and to otherwise do and perform all acts and deeds on behalf of PFI in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED that PFI shall employ Grier Wright Martinez, PA as counsel to assist PFI in filing the Chapter 7 case and in all proceedings thereunder.

This action effective the **24** day of July, 2020.

PERFECT FIT INDUSTRIES, LLC

By PFI HOLDINGS, LLC, its Authorized Member

By:

Wei Zhang
zhanwei1@shenda.com.cn
Board Member

Wenlei Zhu
zhewenlei@shenda.com.cn
Board Member

Lawrence Liu
liu@crossriverllc.net
Board Member

Johnny Walker
jwalker@crossriver.net
Board Member

Geoffrey Hanff
ghanff@crossriver.net
Board Member

Board MemberCross River, LLC, through its manager, confirms the appointment of the individuals listed above as members of the Board of Directors of PFI Holdings, LLC.

CROSS RIVER, LLC

By: Johnny Walker, Managing Member

**Fill in this information to identify the case:**

Debtor name   **Perfect Fit Industries, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 24, 2020**          X **/s/ Ken Hedrick**
                                         Signature of individual signing on behalf of debtor

                                         **Ken Hedrick**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Perfect Fit Industries, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...............................................................    $     **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................    $     **2,386,124.78**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................    $     **2,386,124.78**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **623,829.38**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **11,309,632.12**

4.    Total liabilities .................................................................................................
    Lines 2 + 3a + 3b          $     **11,933,461.50**

**Fill in this information to identify the case:**

Debtor name   **Perfect Fit Industries, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | $210.45 |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **CIBC - Operating Cash** | checking | 0836 | $521,085.62 |
| 3.2. | **CIBC - Lockbox check depository account  - funds moved to operating account daily** | checking | 4729 | $0.00 |
| 3.3. | **CIBC checking - funds moved to operating account each month** | checking | 0274 | $0.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $521,296.07 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Perfect Fit Industries, LLC** _____  Case number *(If known)* _____
Name

Description, including name of holder of deposit

| 7.1. | **Security Deposit on Corporate Office Lease 8501 Tower Point Dr. Charlotte NC 28227** | $34,150.13 |

| 7.2. | **Deposit PMA Insurance c/o James B. Oswald Co. East 9th St. #600 Cleveland OH 44114 (Workman's Comp. Ins. deposit)** | $75,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                     $109,150.13

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:     2,198,858.16    -    1,256,179.58  = ....    $942,678.58
face amount                doubtful or uncollectible accounts

11b. Over 90 days old:    1,290,532.38    -    1,290,532.38  = ....    $0.00
face amount                doubtful or uncollectible accounts

12.  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     $942,678.58

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

19.  **Raw materials**

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

---

| Debtor | **Perfect Fit Industries, LLC** | Case number *(If known)* | |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | **Inventory-held by Regal Logistics, 2201 East Cerritos Ave., Anaheim, CA 92806-See Exhibit A** | 12/31/19 | $8,752,069.08 | Est. Liquidation | $800,000.00 |
| | **Finished Goods in 2 shipping containers held by SV Logistics, 15320 Gundry Ave. #7, Compton, CA 90723** | | | Unknown | Unknown |
| | **Miscellaneous sample goods at corporate office 8501 Tower Point Dr., Charlotte NC 28227** | | $0.00 | | Unknown |
| 22. | **Other inventory or supplies Goods held for resale at The Pillow Co., Attn: Jim Stanton PO Box 4108 Dalton, GA 30721 - See Exhibit A** | | Unknown | | Unknown |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

| | $800,000.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**

    ■ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ■ No

    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.

    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.

    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. **Office furniture**

| Debtor | **Perfect Fit Industries, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| | Office furniture | $0.00 | | Unknown |
| 40. | Office fixtures | | | |
| | Office fixtures | $0.00 | | Unknown |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | | |
| | Computers, servers, other IT equipment | $25,781.00 | | Unknown |
| | Lease four Ricoh copy machines (Wells Fargo Leasing) | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2004 Ford F250D with snow plow 70,000 miles, not operational, located at 25 Canal St., Allenstown, NH 03275 VIN 3FTNF21L14MA02397** | $0.00 | Kelley Blue Book | $2,500.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Conveyor machinery - stored at VP Express, 319 E. 157th St., Gardena CA 90248** | $8,077.55 | Est. Liquidation | $500.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Perfect Fit Industries, LLC**                     Case number *(If known)* _____
Name

51.  **Total of Part 8.**                                                    | **$3,000.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**   **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leased real property at 8501 Tower Point Dr., Charlotte NC 28227** | **Leased Corporate Office** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**                                                    | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **Trademarks listed on Exhibit B** | **$0.00** | | **$10,000.00** |

Debtor    **Perfect Fit Industries, LLC**                                    Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| | **Electric Blanket Patents US 6,888,108 B2, US 6,713,724 B1, US 6,817,867 B1 (subject to Royalty Agreement with Site Electronics)** | **$0.00** | **Unknown** |
| 61. | **Internet domain names and websites www.perfectfitliving.com** | **Unknown** | **Unknown** |
| 62. | **Licenses, franchises, and royalties License Agreement with Eddie Bauer Licensing Services, LLC** | **$0.00** | **Unknown** |
| | **License Agreement with Ningbo Dingduan Electric Appliance Co. to use marks for heated blankets** | **$0.00** | **Unknown** |
| | **License agreement with Ningbo Royal Peace Household Products Co. to use marks for heated blankets** | **$0.00** | **Unknown** |
| | **License agreement with Rastorm International Ltd. to use marks for electrically heated bedding** | **$0.00** | **Unknown** |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                    **$10,000.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☐ No
       ■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Perfect Fit Industries, LLC**
Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $521,296.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $109,150.13 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $942,678.58 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $800,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $10,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,386,124.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,386,124.78 |

Perfect Fit Industries, LLC
Parent Company : Perfect Fit Industries, LLC
JAC | Inventory Valuation Summary-Dalton
End of P6 2020

tabbles®
EXHIBIT


| Item | Description | Inv. Value | % of Inv. Value | On Hand | Legacy PID | Internal ID | Location: Name: Item Set-up Location | Inventory Location: Name |
|---|---|---|---|---|---|---|---|---|
| Inventory Item | | | | | | | | |
| 10S LCD Blk Contr | | $16,648.56 | 0.19% | 3,096.00 | | | | |
| 10S LCD Blk Contr BT | | $20,418.84 | 0.23% | 2,359.00 | | | | |
| 10S LCD MPad Contr | | $14,060.81 | 0.16% | 2,693.00 | | | | |
| 10S LCD MPad Contr BT | | $8,698.32 | 0.10% | 1,006.00 | | | | |
| 16 VOLT POWERTEC 120-16VB15T2 POWER SUPPLY B | | $1,503.58 | 0.02% | 108.00 | | 5890 | Regal - West | Regal - West |
| 16 VOLT TYCO 120-16VB15T2 PS DUR | | $17,833.44 | 0.20% | 1,272.00 | | 5888 | Regal - West | Regal - West |
| 16V DIGITAL LV 120-16VG17PT2 PS DUR | | $17,740.80 | 0.20% | 1,056.00 | | 5891 | Regal - West | Regal - West |
| 172T POLY OL LAP PLW 20X28 WHT | | $607.20 | 0.01% | 264.00 | 649-355-03-023 | 5942 | Regal - West | Regal - West |
| 172T POLY OL LAP PLW 20X28 WHT 01/CS | | $427.68 | 0.00% | 264.00 | 649-355-04-023 | 5976 | Regal - West | Regal - West |
| 172T POLY OL LAP PLW KG WHT 10/CS | | $491.40 | 0.01% | 180.00 | 649-355-03-14-023 | 5941 | Regal - West | Regal - West |
| 172T POLY OL LAP PLW QUN WHT 12/CS | | $188.16 | 0.00% | 84.00 | 649-355-03-13-023 | 5940 | Regal - West | Regal - West |
| 172T POLY PLW TICK 20X28 WHT | | $558.36 | 0.01% | 1,188.00 | 649-121-01-23-023 | 5938 | Regal - West | Regal - West |
| 172T POLY PLW TICK KING WHT | | $105.28 | 0.00% | 188.00 | 649-121-01-14-023 | 5936 | Regal - West | Regal - West |
| 172T POLY PLW TICK STD WHT | | $60.72 | 0.00% | 138.00 | 649-121-01-10-023 | 5937 | Regal - West | Regal - West |
| 175 MPish Blk | | $19,736.86 | 0.23% | 1,339.00 | | | | |
| 175 MP/Shp Thw | | $52,120.11 | 0.60% | 2,133.00 | | | | |
| 175 Prt MP/Shp Thw | | $9,450.69 | 0.11% | 633.00 | | | | |
| 18 VOLT TYCO 120-18VB15T2 POWER SUPPLY B | | $5,061.60 | 0.06% | 360.00 | | 5889 | Regal - West | Regal - West |
| 18DCT CTN OL 15D PLW 26X28 WHT 01/CS | | $926.64 | 0.01% | 216.00 | 339-339-02-25-023 | 5508 | Regal - West | Regal - West |
| 18DCT CTN OL 2PK PLW 26X28 WHT 01/CS | | $9.19 | 0.00% | 1.00 | 339-339-22-25-023 | 5914 | Regal - West | Regal - West |
| 18DCT MFIBER RR PAD Kg WHT 04/CS | | $1,394.76 | 0.02% | 177.00 | 836-225-01-14-023 | 4508 | Regal - West | Regal - West |
| 18DCT MFIBER RR PAD QU WHT 04/CS | | $6.46 | 0.00% | 1.00 | 836-225-01-13-023 | 4607 | Regal - West | Regal - West |
| 18DCT MFIBER RR PAD Tw WHT 06/CS | | $515.16 | 0.01% | 108.00 | 836-225-01-11-023 | 4505 | Regal - West | Regal - West |
| 18DCT MFIBER RR PAD XLT Wht 06/CS | | $963.48 | 0.01% | 186.00 | 836-225-01-17-023 | 4609 | Regal - West | Regal - West |
| 18DCT MFIBER RR PAD FULL WHITE 01/CS | | $52.29 | 0.00% | 9.00 | 836-225-01-12-023 | 5578 | Regal - West | Regal - West |
| 18DCT MFIBER RR PAD KING WHITE 01/CS | | $39.40 | 0.00% | 5.00 | 836-225-01-14-023 | 5577 | Regal - West | Regal - West |
| 18DCT MFIBER RR PAD TWIN WHITE 01/CS | | $14.31 | 0.00% | 3.00 | 836-225-01-11-023 | 5571 | Regal - West | Regal - West |
| 18DCT MFIBER RR PAD XLT WHITE 01/CS | | $41.44 | 0.00% | 8.00 | 836-225-01-17-023 | 5579 | Regal - West | Regal - West |
| 180tc Tick 26x26 | | $900.00 | 0.01% | 750.00 | | | | |
| 18V DIGITAL LV 120-18VG17PT2 PS DUR | | $10,080.00 | 0.12% | 600.00 | | 5892 | Regal - West | Regal - West |
| 18V TYCO POWER SUPPLY 120-18VG19T2 | | $15,206.40 | 0.17% | 1,152.00 | | 5886 | Regal - West | Regal - West |
| 200 MIC/MINK NAPPER PLW NO SZ GREY 01/CS | | $11.70 | 0.00% | 2.00 | 154-256-04-00-066 | 5665 | Regal - West | Regal - West |
| 200ct Zone MPad DS | | $6,577.67 | 0.08% | 355.00 | | | | |
| 200G M/M Angel Wrap | | $4,721.84 | 0.05% | 299.00 | | | | |
| 233CT QLTD 2PK WDF PLW 20X28 Wht 01/CS | | $25.77 | 0.00% | 3.00 | 251-382-02-03-023 | 4070 | Regal - West | Regal - West |
| 233CT QLTD RR WDF PLW 20X28 WHITE 01/CS | | $11.51 | 0.00% | 3.00 | 251-382-01-03-023 | 5585 | Regal - West | Regal - West |
| 233CT QLTD RR WDF PLW 20X28 Wht 12/CS | | $3,958.50 | 0.05% | 1,050.00 | 251-382-01-03-023 | 4067 | Regal - West | Regal - West |
| 233CT QLTD RR WDF PLW Kg Wht 06/CS | | $7,085.00 | 0.08% | 1,300.00 | 251-382-01-14-023 | 4069 | Regal - West | Regal - West |
| 233ct Strpe MPad | | $58,930.95 | 0.67% | 1,374.00 | | | | |
| 250tc Ctn MPad | | $26,546.12 | 0.30% | 583.00 | | | | |

| Description | Amount | % | Quantity | Item # | Ref # | Vendor |
|---|---|---|---|---|---|---|
| 3-in-1 Wrm Travlr | $90.16 | 0.00% | 8.00 | | | |
| 300 POLY/NYL RR MEM PCR 20X28 Wht 12/CS | $14,119.72 | 0.16% | 3,299.00 | 228-373-01-03-023 | 4043 | Regal - West |
| 300H Slvr Pc Pr | $154.37 | 0.00% | 43.00 | | | |
| 300H Slvr Pc Pr MU | $3,741.24 | 0.04% | 948.00 | | | |
| 300H Slvr S/Set | $595.98 | 0.01% | 28.00 | | | |
| 300H Slvr S/Set MU | $81,474.40 | 0.93% | 3,814.00 | | | |
| 300TC Bind RR MAT PRO Fl Wht 06/CS | $461.24 | 0.01% | 52.00 | 306-223-02-12-023 | 4162 | Regal - West |
| 320-MP/sh MPad | $9,341.34 | 0.11% | 370.00 | | | |
| 3D Pins Blk | $71,484.71 | 0.82% | 1,996.00 | | | |
| 3D Pins Blk MU | $10,047.80 | 0.11% | 284.00 | | | |
| 4-Set LED Neck/Back Warmer Long Cord Contr | $153.00 | 0.00% | 36.00 | | 2238 | Blanket Warehouse |
| 400-Plsh Blk | $123.42 | 0.00% | 4.00 | | | |
| 410-MF/eec Blk | $5,935.39 | 0.07% | 254.00 | | | |
| 420-MP/sh MPad | $11,255.37 | 0.13% | 507.00 | | | |
| 421-Shp MPad | $34,385.26 | 0.39% | 1,196.00 | | | |
| 430-SER 200g M/M Warm Cape Choc | $77.75 | 0.00% | 5.00 | 430-208-01-75-025 | 3588 | Regal - West |
| 431-SER MF Shp T10 Thw Chocit | $38.38 | 0.23% | 2.00 | 431-202-04-75-025 | 3372 | Regal - West |
| 5S LED Blk Contr OPP | $19,875.60 | 0.00% | 323.00 | | | |
| 5S LED Cape Long Cord Contr | $1,408.28 | 0.10% | 1,968.00 | | | |
| 5S LED MPad Contr OPP | $8,678.88 | 0.00% | 866.00 | | | |
| 5S LED PWrap Long Cord Contr | $3,775.76 | 0.04% | 42,531.00 | | | |
| 5S LED Thw Short Cord Contr | $167,054.37 | 1.91% | 39.00 | | | |
| AF Fleece MPad DS | $259.31 | 1.91% | 1,331.00 | | | |
| AF Fleece MPad MU | $9,363.83 | 0.11% | 77.00 | | | |
| All Season MPad | $2,241.74 | 0.03% | 660.00 | | | |
| Allerfree WP MPad | $9,231.24 | 0.11% | 680.00 | | | |
| Ama Cln Bind MPad | $97,125.00 | 1.11% | 3,700.00 | | | |
| Ama MF/Shp Thw | $71,538.30 | 0.82% | 4,722.00 | | | |
| Az Grid FCvr | $12,980.97 | 0.15% | 1,163.00 | | | |
| Az Rev Stch FCvr | $2,836.80 | 0.03% | 90.00 | | | |
| Az Xfirm Dens 2PK PLW - Qn | $61.92 | 0.00% | 6.00 | 089-308-23-13-023 | 5381 | Dalton Ga (Pillow Company) |
| Az Xfirm Dens 2PK PLW - Standard | $14.22 | 0.00% | 6.00 | 089-308-23-10-023 | 5379 | Dalton Ga (Pillow Company) |
| Bag-Poly Plain 28 1/4 x 29+48G+6 1/4 Lip Tape | $3,750.00 | 0.04% | 10,000.00 | | | |
| Bag-Poly Plain 28 x 33+48G+6 1/4 Lip Tape | $9,812.00 | 0.11% | 26,500.00 | | | |
| Bag-FS Slvr Celess Qltd Jmb PLW | $1,909.00 | 0.02% | 4,150.00 | 4873 | | Harris Pillow Supply |
| Bag-FS Slvr Celess Qltd Kg PLW | $735.00 | 0.01% | 1,500.00 | 4874 | | Harris Pillow Supply |
| Bag-VE Seersucker 2PK Jmb PLW | $1,606.00 | 0.02% | 3,650.00 | 4871 | | Harris Pillow Supply |
| Bag-VE Seersucker 2PK Kg PLW | $625.60 | 0.01% | 1,360.00 | 4872 | | Harris Pillow Supply |
| Bal Temp PCM MProt | $4,550.09 | 0.05% | 472.00 | | | |
| BBB Versatil WP MPad | $32,416.88 | 0.37% | 4,546.00 | | | |
| BIG SQUEEZE OL 2PK PLW KNG WHT 01/CS | $7.92 | 0.00% | 1.00 | 648-339-68-14-023 | 5584 | Regal - West |
| BIG SQUEEZE OL LAP PLW 20X28 WHT 10/CS | $315.10 | 0.00% | 137.00 | 648-355-05-23-023 | 5934 | Regal - West |
| BIG SQUEEZE OL LAP PLW KNG WHT 08/CS | $127.20 | 0.00% | 40.00 | 648-355-05-14-023 | 5935 | Regal - West |
| Blue 2" Gusset Quilt Tick Kg 233c | $4,255.00 | 0.02% | 2,300.00 | | | |
| Blue 2" Gusset Quilt Tick Qn 233c | $495.00 | 0.01% | 300.00 | | | |
| Blue 2" Gusset Quilt Tick Std 233c | $11,176.00 | 0.00% | 800.00 | | | |
| BREATHABLE KNIT MAT PRO Tw WHT 06/CS | $28.38 | 0.00% | 6.00 | 269-223-02-11-023 | 4095 | Regal - West |
| BS 172T POLY OL 15D PLW 20X28 WHT | $47.08 | 0.00% | 22.00 | 649-339-02-23-023 | 5939 | Regal - West |
| BS CTN/POLY OL 15D PLW 20X28 WHT | $79.92 | 0.00% | 36.00 | 337-339-02-23-023 | 5974 | Regal - West |
| BS FLEECE WRPL RR PLWBED Qn WHT 04/CS | $7,497.25 | 0.09% | 1,262.00 | 276-290-02-13-023 | 4123 | Regal - West |
| BS FLEECE WRPL RR PLWBED Fl WHT 04/CS | $1,022.01 | 0.01% | 191.00 | 276-290-02-12-023 | 4122 | Regal - West |

| Description | Amount | % | Qty | Item Code | Vendor |
|---|---|---|---|---|---|
| BS FLEECE W/RPL RR PLWBED Tw WHT 04/CS | $4.56 | 0.00% | 1.00 | 276-290-02-11-023 4121 | Regal - West |
| BS PEACHY FAUX OL ML STD WHT 16/CS | $160.08 | 0.00% | 92.00 | 658-352-05-10-023 5944 | Regal - West |
| BS ULTRA DRY RR W/P Pad Kg WHT 06/CS | $19.92 | 0.00% | 3.00 | 133-235-01-14-023 4017 | Regal - West |
| BS Ui/cDry WP MPad MU FI | $669.12 | 0.00% | 136.00 | 133-235-01-12-023 2205 | Regal - West |
| BS Ui/cDry WP Pad DS FI | $44.28 | 0.00% | 9.00 | 133-235-01-12-023 2206 | Regal - West |
| BSK FLEECE W/RPL RR PLWBED KNG WHT 04/CS | $15.68 | 0.00% | 2.00 | 276-290-02-14-023 4124 | Regal - West |
| BT MPlsh MPad | $36,340.41 | 0.42% | 1071.00 | | Regal - West |
| BT Slk Blk | $87,204.16 | 1.00% | 2583.00 | | Regal - West |
| Cab Plsh Blk | $460.80 | 0.01% | 160.00 | | Regal - West |
| C&F 250T CTN SN LAP PLW 20X28 WHT 10/CS | $67.76 | 0.00% | 8.00 | 507-358-01-23-023 5930 | Regal - West |
| C&F M/POLY RR FURN PR LVESE STONEWR 01/C | $5,674.90 | 0.06% | 670.00 | 696-185-02-27-053 5560 | Regal - West |
| C&F M/POLY RR FURN PR LVESE STONEWR 02/CS | $6,123.20 | 0.07% | 712.00 | 696-185-02-27-053 4441 | Regal - West |
| C&F M/POLY RR FURN PR LVESE STONEWR 02/CS | $77.44 | 0.00% | 9.00 | 696-185-02-31-053 4442 | Regal - West |
| C&F M/POLY RR FURN PR SOFA STONEWR 01/CS | $54.09 | 0.00% | 3.00 | 696-185-02-31-053 5558 | Regal - West |
| C&F ULT PROT RR W/P PAD CK WHT 04/CS | $119.52 | 0.00% | 9.00 | 735-235-01-12-023 4447 | Regal - West |
| C&F ULT PROT RR W/P PAD F1 WHI 06/CS | $5,661.42 | 0.06% | 314.00 | 735-235-01-15-023 4450 | Regal - West |
| C&F ULT PROT RR W/P PAD Kg Wht 04/CS | $981.42 | 0.01% | 66.00 | 735-235-01-14-023 4449 | Regal - West |
| C&F ULT PROT RR W/P PAD Qn Wht 04/CS | $1,360.95 | 0.02% | 129.00 | 735-235-01-13-023 4448 | Regal - West |
| C&F ULT PROT RR W/P PAD Tw Wht 06/CS | $129.00 | 0.00% | 735.00 | 735-235-01-11-023 4446 | Regal - West |
| Cab Plsh Blk | $64,295.60 | 0.73% | 2346.00 | | Regal - West |
| Cab Plsh CK Blk | $12,344.65 | 0.14% | 551.00 | | Regal - West |
| CAN PREMIUM RR FBRBED FI Whi 01/CS | $193.90 | 0.00% | 14.00 | 230-488-02-22-023 4045 | Regal - West |
| CAN PREMIUM RR FBRBED Kg Whi 01/CS | $37.50 | 0.00% | 2.00 | 230-488-02-24-023 4047 | Regal - West |
| CAN PREMIUM RR FBRBED On Wht 02/CS | $1,083.30 | 0.01% | 69.00 | 230-488-02-23-023 4046 | Regal - West |
| CAN PREMIUM RR FBRBED Tw Wht 02/CS | $1,398.51 | 0.02% | 123.00 | 230-488-02-21-023 4044 | Regal - West |
| CC CUD CLOUD SN LAP PLW 20X28 WHT 10/CS | $396.00 | 0.00% | 180.00 | 376-358-06-23-023 5973 | Regal - West |
| Chevron Thw | $1,287.44 | 0.01% | 83.00 | | Regal - West |
| Chevron Thw | $83.00 | 0.00% | 14.00 | | Regal - West |
| Chevron WP Bdsk | $178.82 | 0.00% | 254.00 | | Regal - West |
| CL YLW Ccm KNIT PP 20X28 WHT 06/CS | $713.32 | 0.01% | 300.00 | 266-195-03-03-023 4083 | Regal - West |
| CL YLW Ccm KNIT PP Kg Wht 06/CS | $1,410.00 | 0.02% | 7959.00 | 266-195-03-14-023 4084 | Regal - West |
| CL YLW Ccm KNIT PP Kg Wht 06/CS | $30,921.58 | 0.35% | 1179.00 | | Regal - West |
| Clas Chevron Bdsk | $4,173.66 | 0.05% | 8.00 | | Regal - West |
| Clas Olefin Bdsk MU | $36.72 | 0.00% | 2.00 | | Regal - West |
| CLASS OLEFIN RR BDSK On Wht 06/CS | $8.00 | 0.00% | 928.00 | 928-276-01-13-023 4545 | Regal - West |
| CLASS OLEFIN RR BDSK Tw Wht 06/CS | $55,679.12 | 0.64% | 4.00 | 928-276-01-11-023 4543 | Regal - West |
| Clean Ctn MPad | $55.08 | 0.00% | 300.00 | | Regal - West |
| CLOUD LOFT OL 2PK PLW 20X28 WHT 01/CS | $1,166.10 | 0.01% | 124.00 | 376-121-01-23-023 5568 | Regal - West |
| CLOUD LOFT PLW TICK 20X28 WHT | $83,723.06 | 0.96% | 3097.00 | 376-121-01-23-023 5922 | Regal - West |
| Com Plsh Blk | $507.00 | 0.01% | 4.00 | | Regal - West |
| CON CLD CLOU PLW TICK 20X28 WHT 100/CS | $2,732.96 | 0.03% | 379.00 | | Regal - West |
| CON PC CANVA RD HBD PLW FUQN GREY 01/CS | $1,318.52 | 0.02% | 379.00 | 904-255-07-16-066 4537 | Regal - West |
| CON PC CANVA RD HBD PLW Twp Taup 01/CS | $128,921.58 | 1.47% | 4206.00 | 904-255-07-11-050 4536 | Regal - West |
| Cool Copper MPad | $3,499.00 | 0.04% | 993.00 | | Regal - West |
| Cool Copper MPad-MU | $32,880.46 | 0.38% | 4.00 | | Regal - West |
| Cool Wool MTop | $121.16 | 0.00% | 314.00 | | Regal - West |
| Cool Wool MTop-MU | $7,457.68 | 0.09% | 7.00 | | Regal - West |
| Cin Bind MPad | $161.35 | 0.00% | 4.00 | | Regal - West |
| CTN DUCK RR FUR CVR Sof ChocLAT 01/CS | $84.36 | 0.00% | 40.00 | 620-254-02-31-016 4380 | Regal - West |
| CTN DUCK RR FUR CVR Sof GREY 01/CS | $250.45 | 0.00% | 8.00 | 620-254-02-31-066 4383 | Regal - West |
| CtnPoly PCvr 2PK | $121.76 | 0.00% | 319.00 | | Regal - West |
| CW AF ELITE RR ENCASEM 60X75 Wht 04/CS | $362.00 | 0.00% | 319.00 | 319-231-10-76-023 4177 | Regal - West |
| CW AF ELITE RR ENCASEM 72X80 Wht 04/CS | $6,581.12 | 0.08% | 416.00 | 319-231-10-77-023 4178 | Regal - West |
| CW AF ELITE RR ENCASEM Qn Wht 04/CS | | | | 319-231-10-13-023 4176 | Regal - West |

| Item | Amount | % | Quantity | Code | Ref | Vendor |
|---|---|---|---|---|---|---|
| DAL Tick -1.5" Gusset Even Support PLW Jmb | $1,069.20 | 0.01% | 1,485.00 | 343-121-01-23-023 | 5527 | Dalton Ga (Pillow Company) |
| DAL Tick -1.5" Gusset Even Support PLW Kg | $1,084.50 | 0.01% | 1,205.00 | 648-121-01-14-023 | 5528 | Dalton Ga (Pillow Company) |
| DAL Tick -100x72 Poly Sanded Jmb | $749.07 | 0.01% | 1,827.00 | 648-121-01-23-023 | 5844 | Dalton Ga (Pillow Company) |
| DAL Tick -100x72 Poly Sanded Qn | $2,732.84 | 0.03% | 6,211.00 | 649-121-01-13-023 | 5855 | Dalton Ga (Pillow Company) |
| DAL Tick -100x72 Poly Sanded Std | $953.86 | 0.01% | 2,578.00 | 649-121-01-10-023 | 5854 | Dalton Ga (Pillow Company) |
| DAL Tick-233tc brushed polyester pw std | $435.22 | 0.00% | 611.00 | 797-121-01-10-023 | 5880 | Dalton Ga (Pillow Company) |
| DAL Tick-ALC brushed poly pw 13x24 | $230.72 | 0.00% | 721.00 | 470-121-01-32-023 | 5532 | Dalton Ga (Pillow Company) |
| DAL Tick-ALC brushed poly pw 13x21 | $197.40 | 0.00% | 564.00 | 470-121-01-35-023 | 5533 | Dalton Ga (Pillow Company) |
| DAL Tick-ALC brushed poly pw 18x18 | $571.90 | 0.01% | 1,634.00 | 470-121-01-61-023 | 5531 | Dalton Ga (Pillow Company) |
| DAL Tick-ALC brushed poly pw 24x24 | $324.00 | 0.00% | 648.00 | 470-121-01-71-023 | 5534 | Dalton Ga (Pillow Company) |
| DAL Tick-ALC Euro 26x26 PLW | $4,161.15 | 0.05% | 3,963.00 | 469-121-01-25-023 | 5530 | Dalton Ga (Pillow Company) |
| DAL Tick-Blue 2" Gusset 2150 Poly Qltd Pw Std | $131.00 | 0.00% | 777.00 | 097-121-01-10-023 | 5878 | Dalton Ga (Pillow Company) |
| DAL Tick-Blue 2" Gusset Quilt Kg 233tc | $1,266.13 | 0.01% | 3,477.00 | 097-121-01-13-023 | 5539 | Dalton Ga (Pillow Company) |
| DAL Tick-Blue 2" Gusset Quilt Qn 233tc | $5,041.22 | 0.06% |  | 097-121-01-14-023 | 5540 | Dalton Ga (Pillow Company) |
| DAL Tick-Blue 2" Gusset Quilt Std 233tc | $6,093.10 | 0.07% | 4,687.00 | 097-121-01-10-023 | 5538 | Dalton Ga (Pillow Company) |
| DAL Tick-Dbl Diamond Quilted Jmb | $8.96 | 0.00% | 7.00 | 638-121-01-23-023 | 5866 | Dalton Ga (Pillow Company) |
| DAL Tick-Euro 26x26 PLW | $79.35 | 0.00% | 69.00 | 339-121-01-25-023 | 5529 | Dalton Ga (Pillow Company) |
| DAL Tick-Grand Resort Cooling Plw Jumbo | $1,686.40 | 0.02% | 694.00 | 303-121-01-23-023 | 5876 | Dalton Ga (Pillow Company) |
| DAL Tick-Grand Resort Cooling Plw King | $3,393.60 | 0.04% | 1,120.00 | 303-121-01-14-023 | 5877 | Dalton Ga (Pillow Company) |
| DAL Tick-Green 1.5" Gusset Quilt Kg 233tc | $3,138.60 | 0.04% | 5,026.00 | 096-121-01-13-023 | 5536 | Dalton Ga (Pillow Company) |
| DAL Tick-Green 1.5" Gusset Quilt Qn 233tc | $3,134.07 | 0.04% | 2,138.00 | 096-121-01-14-023 | 5537 | Dalton Ga (Pillow Company) |
| DAL Tick-Green 1.5" Gusset Quilt Std 233tc | $4,956.41 | 0.06% | 3,813.00 | 096-121-01-10-023 | 5535 | Dalton Ga (Pillow Company) |
| DAL Tick-McL Blue 2" Gusset Quilt Kg 233tc | $2,586.81 | 0.03% | 1,587.00 | 461-121-01-13-023 | 5850 | Dalton Ga (Pillow Company) |
| DAL Tick-McL Blue 2" Gusset Quilt Qn 233tc | $2,118.45 | 0.02% | 1,461.00 | 461-121-01-14-023 | 5849 | Dalton Ga (Pillow Company) |
| DAL Tick-McL Blue 2" Gusset Quilt Std 233tc | $10,010.00 | 0.11% | 7,774.00 | 461-121-01-10-023 | 5848 | Dalton Ga (Pillow Company) |
| DAL Tick-McL Green 1.5" Gusset Quilt Kg 233tc | $10,823.20 | 0.12% | 6,640.00 | 460-121-01-13-023 | 5847 | Dalton Ga (Pillow Company) |
| DAL Tick-McL Green 1.5" Gusset Quilt Qn 233tc | $3,112.20 | 0.04% | 2,394.00 | 460-121-01-14-023 | 5845 | Dalton Ga (Pillow Company) |
| DAL Tick-McL Green 1.5" Gusset Quilt Std 233tc | $2,164.64 | 0.02% | 1,328.00 | 460-121-01-14-023 | 5853 | Dalton Ga (Pillow Company) |
| DAL Tick-McL Purp 2.5" Gusset Quilt Kg 233tc | $259.55 | 0.00% | 179.00 | 462-121-01-13-023 | 5852 | Dalton Ga (Pillow Company) |
| DAL Tick-McL Purp 2.5" Gusset Quilt Qn 233tc | $467.90 | 0.00% | 2,347.00 | 462-121-01-14-023 | 5851 | Dalton Ga (Pillow Company) |
| DAL Tick-Purp 2.5" Gusset Quilt Kg 233tc | $3,820.63 | 0.04% | 1,368.00 | 089-121-01-14-023 | 5843 | Dalton Ga (Pillow Company) |
| DAL Tick-Purp 2.5" Gusset Quilt Std 233tc | $1,778.40 | 0.02% | 55.00 | 089-121-01-23-023 | 5841 | Dalton Ga (Pillow Company) |
| DAL Tick-Sleepys Dbl Diamond Quilted Jmb | $70.40 | 0.00% | 43.00 | 538-121-01-23-023 | 5879 | Dalton Ga (Pillow Company) |
| Dbl Diamond MPad | $494.01 | 0.01% | 928.00 |  |  | Dalton Ga (Pillow Company) |
| Dbl Diamond MPad MU | $10,040.40 | 0.11% | 84.00 |  |  | Dalton Ga (Pillow Company) |
| Dens MPad-Firm | $1,670.31 | 0.01% | 1,278.00 |  |  | Dalton Ga (Pillow Company) |
| Dens MPad-Med | $20,098.90 | 0.23% | 48.00 |  |  | Dalton Ga (Pillow Company) |
| Dens MPad-Med MU | $924.00 | 0.01% | 1,023.00 |  |  | Dalton Ga (Pillow Company) |
| Dens MPad-XFirm | $17,936.96 | 0.20% | 76.00 |  |  | Dalton Ga (Pillow Company) |
| Dens MPad-XFirm MU | $1,862.24 | 0.02% | 304.00 |  |  | Dalton Ga (Pillow Company) |
| DIAM LOFT RR TAILOR Fl Wht 01/CS | $5,678.72 | 0.06% | 4.00 | 836-225-01-12-023 | 4506 | Regal - West |
| DIAM LOFT RR TAILOR Kg Wht 01/CS | $96.40 | 0.00% | 400.00 | 836-225-02-13-023 | 4510 | Regal - West |
| DIAM LOFT RR TAILOR Tw Wht 01/CS | $5,860.00 | 0.07% | 419.00 | 889-225-01-14-023 | 4515 | Regal - West |
| Duck FCvr | $37,622.48 | 0.43% | 1.00 | 889-225-01-11-023 | 4512 | Regal - West |
| EDL MFIBER RR PAD Fl Wht 06/CS | $2,434.39 | 0.03% | 43.00 |  |  | Regal - West |
| EDL MFIBER RR PAD Qn Wht 01/CS | $25.78 | 0.00% | 999.00 |  |  | Regal - West |
| Emboss Seersucker Corner | $14,690.81 | 0.17% | 1,992.00 |  |  | Regal - West |
| Emboss Seersucker MPad | $22,063.16 | 0.25% |  |  |  | Regal - West |
| EVEN SUP DEN-F LAP PLW 20X28 WHT 10/CS | $712.00 | 0.01% | 200.00 | 343-355-06-23-023 | 5919 | Regal - West |
| EVEN SUP DEN-XF LAP PLW 20X28 WHT 10/CS | $376.00 | 0.00% | 100.00 | 343-355-07-23-023 | 5920 | Regal - West |
| EVEN SUP OL LAP PLW 20X28 WHT 1/CS | $9.60 | 0.00% | 3.00 | 343-355-05-23-023 | 5918 | Regal - West |

| Item | Price | % | Qty | Code | Vendor |
|---|---|---|---|---|---|
| EVEN SUPT OL LAP PLW 20X28 WHT 10/CS | $256.00 | 0.00% | 80.00 | 343-355-05-23-023 5917 | Regal - West |
| EVEN SUPT OL LAP PLW KNG WHT 08/CS | $1,123.44 | 0.01% | 248.00 | 343-355-05-14-023 5916 | Regal - West |
| FABRIC-42" POLYPROPYLENE 1 OZ | $216.00 | 0.00% | 2,000.00 | 5881 | |
| FABRIC-42" POLY/COTTON | $11,526.02 | 0.13% | 2,028.00 | 5882 | |
| Faux Fur Thw | $7,425.74 | 0.08% | 413.00 | | |
| Faux Lthr FPro | $2,813.08 | 0.03% | 119.00 | | |
| Firm Dens 2PK PLW DS - Qn | $8.97 | 0.00% | 1.00 | | Dalton Ga (Pillow Company) |
| Firm Dens 2PK PLW DS - Standard | $22.18 | 0.00% | 3.00 | | Dalton Ga (Pillow Company) |
| Firm Dens PLW DS - Standard | $7.60 | 0.00% | | | |
| Fleece Blk | $358,715.31 | 4.10% | 14,467.00 | | |
| FPro | $64,218.24 | 0.73% | 3,375.00 | | |
| Furniture Genie | $1,273.00 | 0.01% | 1,092.00 | | |
| Futon Encase Cvr | $12,033.84 | 0.14% | 380.00 | 664-182-02-00-050 1077 | Regal - West |
| GR COOLING PLW TICK KNG WHT | $58.14 | 0.00% | 17.00 | 303-121-01-14-023 5913 | Regal - West |
| GR COOLING RR PAD FI Wht 02/CS | $2,584.20 | 0.03% | 190.00 | 303-225-01-12-023 4160 | Regal - West |
| GR COOLING RR PAD Qn Wht 02/CS | $735.08 | 0.01% | 46.00 | 303-225-01-13-023 4161 | Regal - West |
| GR COOLING RR PAD Tw Wht 02/CS | $841.12 | 0.01% | 56.00 | 303-225-01-11-023 4159 | Regal - West |
| GRAND RESORT RR FRRBED CK Wht 01/CS | $27,985.12 | 0.32% | 1,488.00 | 231-486-02-25-023 4052 | Regal - West |
| GRAND RESORT RR FRRBED FI Wht 01/CS | $5,152.20 | 0.06% | 372.00 | 231-486-02-22-023 4049 | Regal - West |
| GRAND RESORT RR FRRBED Kg Wht 01/CS | $98.70 | 0.00% | 5.00 | 231-486-02-23-023 4051 | Regal - West |
| GRAND RESORT RR FRRBED Qn Wht 02/CS | $483.30 | 0.01% | 29.00 | 231-486-02-23-023 4050 | Regal - West |
| GREY A-FREE RR ENCASEM CK Wht 04/CS | $11,924.82 | 0.14% | 866.00 | 299-231-10-15-023 4157 | Regal - West |
| GREY A-FREE RR ENCASEM Qn Wht 04/CS | $3,161.64 | 0.04% | 284.00 | 299-231-10-13-023 4156 | Regal - West |
| GREY A-FREE RR ENCASEM Tw Wht 06/CS | $472.26 | 0.01% | 54.00 | 299-231-10-11-023 4155 | Regal - West |
| GREY A-FREE RR ENCASEM XLT Wht 06/CS | $142.26 | 0.00% | 15.00 | 299-231-10-17-023 4158 | Regal - West |
| Grid FCvr | $17,117.25 | 0.20% | 949.00 | | Regal - West |
| Grid FCvr MU | $21,474.74 | 0.25% | 1,650.00 | | Regal - West |
| Grid FUR CVR 1PCSO SAGE 01/CS | $204.79 | 0.00% | 9.00 | 688-254-01-60-039 4420 | Regal - West |
| Grid FUR CVR 2PC BxSf SAGE 01/CS | $202.84 | 0.00% | 52.00 | 688-254-01-03-039 4422 | Regal - West |
| Grid FUR CVR 2PCCH ChcoLAT 01/CS | $1,477.52 | 0.02% | 103.00 | 688-254-01-39-016 4416 | Regal - West |
| Grid FUR CVR 3PCSO ChcoLAT 01/CS | $1,701.90 | 0.02% | 1.00 | 688-254-01-88-016 4424 | Regal - West |
| Grid FUR CVR 3PCSOF RUBY 01/CS | $5,608.04 | 0.06% | 157.00 | 688-254-01-88-118 4426 | Regal - West |
| Grid FUR CVR 3PCSOF SAGE 01/CS | $893.00 | 0.01% | 25.00 | 688-254-01-88-039 4425 | Regal - West |
| Grid FURCVR 2PC BxSf CHOCLAT 01/CS | $353.21 | 0.00% | 13.00 | 688-254-01-61-016 4421 | Regal - West |
| Grid RR FUR CVR 2PCCH LATTE 01/CS | $866.44 | 0.01% | 32.00 | 688-254-01-61-118 4423 | Regal - West |
| Grid RR FUR CVR 2PCCH RUBY 01/CS | $1,020.70 | 0.01% | 59.00 | 688-254-01-39-081 4418 | Regal - West |
| Grid RR FUR CVR 2PCCH SAGE 01/CS | $1,463.20 | 0.02% | 84.00 | 688-254-01-39-118 4419 | Regal - West |
| Grid Strch Furm Cvr | $1,816.50 | 0.02% | 105.00 | 688-254-01-39-039 4417 | Regal - West |
| GU BLU PCM RR MAT PRO CKING WHITE 02/CS | $3,977.63 | 0.05% | 230.00 | | Regal - West |
| GU BLU PCM RR MAT PRO FULL WHITE 04/CS | $1,140.56 | 0.01% | 106.00 | 270-223-02-15-023 5620 | Regal - West |
| GU BLU PCM RR MAT PRO KING WHITE 02/CS | $2,064.00 | 0.02% | 192.00 | 270-223-02-12-023 5618 | Regal - West |
| GU BLU PCM RR MAT PRO QUEEN WHITE 02/CS | $11,136.00 | 0.13% | 800.00 | 270-223-02-14-023 5621 | Regal - West |
| GU BLU PCM RR MAT PRO TWIN WHITE 04/CS | $11,344.76 | 0.13% | 868.00 | 270-223-02-13-023 5619 | Regal - West |
| GU BLU PCM RR MAT PRO XLT WHITE 04/CS | $39.96 | 0.00% | 4.00 | 270-223-02-17-023 5616 | Regal - West |
| GU GRN TENCL RR BUNDLE CK WHITE 04/CS | $466.48 | 0.01% | 2.00 | 270-223-02-17-023 5617 | Regal - West |
| GU GRN TENCL RR BUNDLE FI Wht 02/CS | $90.22 | 0.00% | 14.00 | 271-374-01-15-023 4112 | Regal - West |
| GU GRN TENCL RR BUNDLE Kg Wht 02/CS | $631.54 | 0.00% | | 271-374-01-14-023 4111 | Regal - West |
| GU GRN TENCL RR BUNDLE Qn Wht 02/CS | $125.07 | 0.00% | 3.00 | 271-374-01-13-023 4110 | Regal - West |
| GU GRN TENCL RR BUNDLE XLT Wht 02/CS | $254.28 | 0.00% | 12.00 | 271-374-01-17-023 4113 | Regal - West |
| GU GRN TENCL RR MAT PRO CK Wht 02/CS | $1,806.50 | 0.02% | 114.00 | 271-223-02-15-023 4108 | Regal - West |

| Description | Amount | % | Qty | Item Code | Vendor |
|---|---|---|---|---|---|
| GU GRN TENCL RR MAT PRO Fl Wht 04/CS | $2,321.52 | 0.03% | 204.00 | 271-223-02-12-023 4105 | Regal - West |
| GU GRN TENCL RR MAT PRO Kg Wht 02/CS | $6,834.49 | 0.08% | 435.00 | 271-223-02-14-023 4107 | Regal - West |
| GU GRN TENCL RR MAT PRO Qn Wht 02/CS | $1,669.12 | 0.02% | 128.00 | 271-223-02-13-023 4106 | Regal - West |
| GU GRN TENCL RR MAT PRO QUEEN WHT 01/CS | $78.24 | 0.00% | 6.00 | 271-223-02-13-023 5615 | Regal - West |
| GU GRN TENCL RR MAT PRO Tw Wht 04/CS | $663.65 | 0.01% | 65.00 | 271-223-02-11-023 4104 | Regal - West |
| GU GRN TENCL RR MAT PRO XLT Wht 04/CS | $169.92 | 0.00% | 18.00 | 271-223-02-17-023 4109 | Regal - West |
| GU GRN TENCL RR PCvr 20X28 Wht 06/CS | $838.38 | 0.01% | 287.00 | 271-195-03-03-023 4102 | Regal - West |
| GU GRN TENCL RR PCvr Kg Wht 06/CS | $2,070.00 | 0.02% | 552.00 | 271-195-03-04-023 4103 | Regal - West |
| GU Mfleec WP MProt MU | $14,825.66 | 0.17% | 2,489.00 | | |
| GU RED BRTH RR PCvr 20X28 Wht 06/CS | $4,863.32 | 0.03% | 1,579.00 | 268-195-03-03-023 4093 | Regal - West |
| GU RED BRTH RR PCvr Kg Wht 06/CS | $2,380.80 | 0.03% | 640.00 | 268-195-03-14-023 4094 | Regal - West |
| GU RED BRTH SWATCHES NO SZ Wht 01/CS | $401.92 | 0.00% | 314.00 | 268-006-01-00-023 4092 | Regal - West |
| GU Tiw Com Knit MProt MU | $20,942.76 | 0.24% | 1,965.00 | | |
| HComb Faux Fur Thw | $33.52 | 0.00% | 2.00 | | |
| Kohls RNvelour BT MPad | $26,637.00 | 0.30% | 761.00 | | |
| Kohls Slk BT Blk | $16,467.00 | 0.19% | 469.00 | | |
| LAP 180ct ctn OL Euro Plw 26X26 Wht | $0.00 | 0.00% | 1,002.00 | | |
| LAP Blu Gus Qlt SN Pillow - Krng | $2,903.34 | 0.02% | 498.00 | | |
| LAP Blu Gus Qlt SN Pillow - Qun | $1,952.00 | 0.02% | 400.00 | | |
| LAP Blu Gus Qlt SN Pillow - Std | $3,996.10 | 0.02% | 890.00 | | |
| LAP Grn Gus Qlt SN Pillow - King | $5,393.42 | 0.06% | 986.00 | | |
| LAP Grn Gus Qlt SN Pillow - Qun | $1,333.44 | 0.02% | 288.00 | | |
| LAP Grn Gus Qlt SN Pillow - Std | $1,128.96 | 0.01% | 288.00 | | |
| LAP OL Tempatcool SN Pillow 20X28 | $1,192.60 | 0.01% | 356.00 | | |
| LAP OL Tempatcool SN Pillow 20X28 | $526.62 | 0.01% | 67.00 | 707-358-07-23-023 5520 | Regal - West |
| LAP PS 300ct Prod SN Plw 20x28 | $2,108.72 | 0.01% | 344.00 | | |
| LAP Pur Gus Qlt SN Pillow - Qun | $0.00 | 0.00% | 1,000.00 | | |
| LAP Pur Gus Qlt SN Pillow - Std | $5,706.48 | 0.02% | 1,829.00 | 708-358-04-23-023 5521 | Regal - West |
| LAP WR Pinstripe NW Plw 20x28 | $146.16 | 0.00% | 36.00 | 140-358-05-23-023 5908 | Regal - West |
| LAP PAST PKT SN LAP PLW 20X28 WHT 12/CS | $426.25 | 0.00% | | | |
| Linen Look FCvr | $45,065.33 | 0.51% | 1,939.00 | | |
| Linen Look FCvr MU | $65,109.40 | 0.74% | 5,188.00 | | |
| Lux Cut PWrap | $526.40 | 0.00% | 40.00 | | |
| Lux Plsh Blk | $172,309.39 | 1.97% | 4,194.00 | | |
| Lux Plsh Blk | $12,048.30 | 0.14% | 990.00 | | |
| Lux Plsh PWrap | | | | | |
| MFLEECE 110 BLNKT Fl ChocLAT 04/CS | $868.12 | 0.00% | 44.00 | 310-203-01-12-025 4164 | Regal - West |
| MFLEECE 110 BLNKT Fl GREY 04/CS | $315.68 | 0.00% | 16.00 | 310-203-01-12-060 4166 | Regal - West |
| MFLEECE 110 BLNKT Fl Taup 04/CS | $315.68 | 0.00% | 16.00 | 310-203-01-12-036 4165 | Regal - West |
| MFLEECE 110 BLNKT Kg Taup 02/CS | $198.60 | 0.00% | 6.00 | 310-203-01-14-036 4169 | Regal - West |
| MFLEECE 110 BLNKT Qn GREY 02/CS | $425.88 | 0.00% | 14.00 | 310-203-01-13-060 4168 | Regal - West |
| MFLEECE 110 BLNKT Qn Taup 02/CS | $1,064.70 | 0.00% | 35.00 | 310-203-01-13-036 4167 | Regal - West |
| MFLEECE 110 BLNKT Tw Taup 04/CS | $895.68 | 0.01% | 48.00 | 310-203-01-11-036 4163 | Regal - West |
| M'Fleece Web 110 Blk | $358.88 | 0.00% | 16.00 | | |
| M'Sud STRH RR FUR CVR BxSf SAGE 01/CS | $3,923.88 | 0.04% | 114.00 | 692-254-01-61-039 4436 | Regal - West |
| Magic Loft 2PK PLW - Standard DS | $200.76 | 0.00% | 21.00 | | |
| Magic Loft MPad | $73,525.01 | 0.84% | 3,561.00 | | |
| MAGIC LOFT OL 15D 2PK PLW KNG WHT 03/CS | $39.15 | 0.00% | 3.00 | 311-339-21-14-023 5687 | Regal - West |
| MAGIC LOFT OL 2PK PLW STD WHT 06/CS | $172.08 | 0.00% | 18.00 | 311-339-21-10-023 5647 | Regal - West |
| Magic Loft PLW Shell-Qn 20x30 | $1,778.59 | 0.02% | 603.00 | 311-121-01-13-023 4822 | Regal - West |
| Magic Loft PLW Shell-Std 20x26 | $3,076.06 | 0.04% | 1,274.00 | 311-121-01-10-023 4821 | Regal - West |
| MAGIC LOFT PAD Qn Wht 01/CS | $21.24 | 0.00% | 1.00 | 813-225-01-13-023 4502 | Regal - West |
| MAGIC LOFT RR TAILOR CK Wht 01/CS | $528.46 | 0.01% | 21.00 | 813-225-01-15-023 4504 | Regal - West |

| Description | Price | % | Qty | Code | Vendor | Vendor 2 |
|---|---|---|---|---|---|---|
| MAGIC LOFT RR TAILOR Fl Wht 01/CS | $324.51 | 0.00% | 18.00 | 813-225-01-12-023 4501 | Regal - West | Regal - West |
| MAGIC LOFT RR TAILOR Kg Wht 01/CS | $651.30 | 0.01% | 26.00 | 813-225-01-14-023 4503 | Regal - West | Regal - West |
| Medium Dens 2PK PLW DS - Kg | $19.86 | 0.00% | 2.00 | | | |
| Medium Dens 2PK PLW DS - Qn | $35.25 | 0.00% | 5.00 | | | |
| Medium Dens PLW DS - Qn | $38.78 | 0.00% | 7.00 | | | |
| MEMORY AIRE FIRM MF PLW 20X28 WHT | $71.72 | 0.00% | 7.00 | 638-356-01-23-023 5931 | Regal - West | Regal - West |
| MF/Shp Thw | $302,575.10 | 3.48% | 19,546.00 | | | |
| MFleec Blk | $568,526.32 | 6.50% | 12,703.00 | | | |
| MFleec WP MProt | $682.00 | 0.01% | 113.00 | | | |
| Microfiber Bedskt | $29,748.83 | 0.34% | 7,628.00 | | | |
| MPlsh FWarm | $10,875.84 | 0.12% | 1,109.00 | | | |
| MPlsh MPad | $39,323.91 | 0.45% | 1,396.00 | | | |
| MS STRH RR FUR CVR 1PCSO SAGE 01/CS | $3,382.85 | 0.00% | 145.00 | 692-254-01-60-039 4434 | Regal - West | Regal - West |
| MS STRH RR FUR CVR BxLV SAGE 01/CS | $1,949.56 | 0.00% | 68.00 | 692-254-01-62-039 4438 | Regal - West | Regal - West |
| MS STRH RR FUR CVR T-LVS SAGE 01/CS | $2,171.52 | 0.02% | 72.00 | 692-254-01-34-039 4430 | Regal - West | Regal - West |
| MS STRH RR FUR CVR T-SOF SAGE 01/CS | $4,741.45 | 0.05% | 115.00 | 692-254-01-33-039 4429 | Regal - West | Regal - West |
| MS STRH RR FUR CVR WNGBK SAGE 01/CS | $1,335.36 | 0.02% | 78.00 | 692-254-01-40-039 4432 | Regal - West | Regal - West |
| M3ud Warm FPro | $24,834.44 | 0.28% | 730.00 | | | |
| M3ud WP FPro | $190,424.95 | 2.18% | 12,562.00 | | | |
| No Slip FPro | $8,648.26 | 0.10% | 1,331.00 | | | |
| NW Grid FCvr | $38,350.45 | 0.44% | 1,725.00 | | | |
| O-TG Thw | $1,601.72 | 0.02% | 46.00 | | | |
| OL 180T POLY OL LAP PLW 13X21 WHT 16/CS | $121.44 | 0.00% | 48.00 | 490-355-02-32-023 5925 | Regal - West | Regal - West |
| OL 180T POLY OL LAP PLW 13X24 WHT 16/CS | $89.60 | 0.00% | 32.00 | 490-355-02-35-023 5926 | Regal - West | Regal - West |
| OL 180T POLY OL LAP PLW 18X18 WHT 16/CS | $308.00 | 0.00% | 110.00 | 490-355-02-61-023 5927 | Regal - West | Regal - West |
| OL 180T POLY OL LAP PLW 24X24 WHT 08/CS | $235.20 | 0.00% | 56.00 | 490-355-02-71-023 5928 | Regal - West | Regal - West |
| OL 180T POLY PLW TiCK 24X24 WHT 100/CS | $182.00 | 0.00% | 280.00 | 490-121-01-71-023 5924 | Regal - West | Regal - West |
| OL CLOUD SN 2PK PLW 20X28 WHT 01/CS | $22.30 | 0.00% | 2.00 | 376-325-05-05-023 5559 | Regal - West | Regal - West |
| OL DD DIAM SN 2PK PLW 20X28 WHT 1/CS | $18.54 | 0.00% | 6.00 | 638-358-02-23-023 5933 | Regal - West | Regal - West |
| OL DD DIAM SN LAP PLW 20X28 WHT 10/CS | $309.00 | 0.00% | 100.00 | 638-358-02-23-023 5932 | Regal - West | Regal - West |
| OL MPlsh Mem Foam MPad MU | $1,011.82 | 0.01% | 40.00 | | | |
| OL MPlsh Mem Foam MPad MU | $23,708.94 | 0.27% | 878.00 | | | |
| OL PC CANVAS RD HBD PLW FU/ON GREY 01/CS | $64.17 | 0.00% | 3.00 | 902-255-07-16-066 4535 | Regal - West | Regal - West |
| OL PC CANVAS RD HBD PLW FU/ON Taup 01/CS | $2,117.63 | 0.02% | 99.00 | 902-255-07-16-050 4534 | Regal - West | Regal - West |
| OL PC CANVAS RD HBD PLW FU/ON Taup 01/CS | $61.41 | 0.00% | 4.00 | 902-255-07-11-066 4533 | Regal - West | Regal - West |
| OL PC CANVAS RD HBD PLW Tw Taup 01/CS | $2,271.80 | 0.03% | 148.00 | 902-255-07-11-050 4532 | Regal - West | Regal - West |
| OL PC CANVAS SQ HBD PLW FU/ON Taup 01/CS | $2,266.90 | 0.03% | 105.00 | 902-253-07-16-050 4531 | Regal - West | Regal - West |
| OL PC CANVAS SQ HBD PLW Tw GREY 01/CS | $268.94 | 0.00% | 17.00 | 902-253-07-11-066 4530 | Regal - West | Regal - West |
| OL PC CANVAS SQ HBD PLW Tw Taup 01/CS | $1,107.40 | 0.01% | 70.00 | 902-253-07-11-050 4529 | Regal - West | Regal - West |
| OL REV SHERP RR PAD CKG WHITE 01/CS | $23.11 | 0.00% | 1.00 | 257-225-01-15-023 5588 | Regal - West | Regal - West |
| Outdoor Thw | $169,538.58 | 1.94% | 4,869.00 | | | |
| PB QM Blk | $3,735.84 | 0.04% | 84.00 | | | |
| PCBA - BATTERY TEXTILE BOARD | $126.00 | 0.00% | 150.00 | | Blanket Warehouse | Blanket Warehouse |
| PE 233CT QLT WDF 2PK PLW Qn WHT 01/CS | $11.05 | 0.00% | 1.00 | 251-382-02-13-023 4072 | Regal - West | Regal - West |
| PE EVEN SUPPORT 2PK PLW KNG WHT 01/CS | $9.47 | 0.00% | 1.00 | 141-339-27-14-023 5911 | Regal - West | Regal - West |
| PE EVEN SUPT SN LAP PLW 20X28 WHT 12/CS | $359.64 | 0.00% | 108.00 | 141-358-05-23-023 5909 | Regal - West | Regal - West |
| PE EVEN SUPT SN LAP PLW KNG WHT 08/CS | $338.40 | 0.00% | 80.00 | 141-358-05-14-023 5910 | Regal - West | Regal - West |
| Perf Com WP MPad | $3,324.62 | 0.00% | 424.00 | | | |
| Perf Com WP MPad MU | $12,018.52 | 0.14% | 1,680.00 | | | |
| PF C&F 250T CTN SN U/F PLW 20X28 WHT 1/C | $25.50 | 0.00% | 5.00 | 507-322-01-23-023 5975 | Regal - West | Regal - West |
| PF CTN DUCK RR FUR CVR LV/ESE LINEN 01/CS | $80.12 | 0.00% | 4.00 | 620-254-02-27-035 4378 | Regal - West | Regal - West |

| Description | Price | % | Qty | Code | ID | Vendor |
|---|---|---|---|---|---|---|
| PF CTN RR FURCVR LVESE Choc 01/CS | $54.03 | 0.00% | 3.00 | 620-254-02-27-016 | 4377 | Regal - West |
| PF Duck FUR CVR Chr BLUE 01/CS | $2,479.96 | 0.03% | 238.00 | 737-254-02-30-003 | 4453 | Regal - West |
| PF Duck FURCVR Chr Garnt 01/CS | $4,432.20 | 0.05% | 415.00 | 737-254-02-30-218 | 4456 | Regal - West |
| PF Duck FURCVR Chr PROHMT 01/CS | $20.84 | 0.00% | 2.00 | 737-254-02-30-023 | 4454 | Regal - West |
| PF Duck FURCVR Chr STONE 01/CS | $10.42 | 0.00% | 1.00 | 737-254-02-30-056 | 4455 | Regal - West |
| PF Duck FURCVR LVESE BLUE 01/CS | $366.50 | 0.00% | 25.00 | 737-254-02-27-003 | 4451 | Regal - West |
| PF Duck FURCVR Sof Garnt 01/CS | $4,837.32 | 0.06% | 324.00 | 737-254-02-27-218 | 4452 | Regal - West |
| PF DUCK RR FUR CVR Sof LINEN 01/CS | $3,085.02 | 0.04% | 174.00 | 737-254-02-27-035 | 4457 | Regal - West |
| PF DUCK RR FUR CVR Sof PUM STON 01/CS | $84.36 | 0.00% | 4.00 | 620-254-02-31-035 | 4381 | Regal - West |
| PF DUCK RR FUR CVR Sof PUM STON 01/CS | $42.18 | 0.00% | 2.00 | 620-254-02-31-056 | 4382 | Regal - West |
| PF DUCK RR FURCVR LVSE PUM STON 01/CS | $40.06 | 0.00% | 2.00 | 620-254-02-27-056 | 4379 | Regal - West |
| PF FIRM DENS RR MPAD FULL WHITE 04/CS | $3,442.80 | 0.04% | 228.00 | 711-225-01-12-023 | 5648 | Regal - West |
| PF FIRM DENS RR MPAD KING WHITE 02/CS | $6,006.50 | 0.07% | 293.00 | 711-225-01-14-023 | 5649 | Regal - West |
| PF FIRM DENS RR MPAD QUEEN WHITE 02/CS | $8,681.89 | 0.10% | 511.00 | 711-225-01-13-023 | 5651 | Regal - West |
| PF FIRM DENS RR MPAD TWIN WHITE 04/CS | $2,404.92 | 0.03% | 196.00 | 711-225-01-11-023 | 5650 | Regal - West |
| PF GRID STRH FUR CVR 4PCRE GREY 01/CS | $12.33 | 0.00% | 1.00 | 755-254-01-44-066 | 4470 | Regal - West |
| PF MFBER RR Bedskt Fl Ivry 06/CS | $177.76 | 0.00% | 44.00 | 588-165-02-12-011 | 4349 | Regal - West |
| PF MFBER RR Bedskt Fl Wht 06/CS | $33.78 | 0.00% | 8.00 | 588-165-02-12-023 | 4350 | Regal - West |
| PF MFBER RR Bedskt Kg Ivry 06/CS | $621.86 | 0.01% | 135.00 | 588-165-02-14-011 | 4353 | Regal - West |
| PF MFBER RR Bedskt On Ivry 06/CS | $198.93 | 0.00% | 47.00 | 588-165-02-13-011 | 4351 | Regal - West |
| PF MFBER RR Bedskt On Wht 06/CS | $21.53 | 0.00% | 5.00 | 588-165-02-13-023 | 4352 | Regal - West |
| PF MFBER RR Bedskt Tw Ivry 06/CS | $8,299.59 | 0.05% | 2,219.00 | 588-165-02-11-011 | 4347 | Regal - West |
| PF MFBER RR MPAD TWIN WHITE 04/CS | $4,682.48 | 0.05% | 1,252.00 | 588-165-02-11-023 | 4348 | Regal - West |
| PF MFBER UN RR SHAM Kg Wht 01/CS | $5.06 | 0.00% | 2.00 | 588-164-04-14-023 | 4346 | Regal - West |
| PF MFBER UN RR SHAM STD Ivry 01/CS | $2.22 | 0.00% | 1.00 | 588-164-04-10-011 | 4344 | Regal - West |
| PF MFBER UN RR SHAM STD Wht 01/CS | $2.22 | 0.00% | 1.00 | 588-164-04-10-023 | 4345 | Regal - West |
| PF MPlsh C&F COUCH 33X42 Choc 01/CS | $47.97 | 0.00% | 1.00 | 913-512-01-06-025 | 4725 | Regal - West |
| PF M/Sud FURN PR LVESE GRAPHITE 02/CS | $14.26 | 0.00% | 1.00 | 763-185-02-27-286 | 4479 | Regal - West |
| PF MS STRH RR OL FURN PR LVESE TAN 02/CS | $7,666.50 | 0.09% | 570.00 | 689-185-01-27-021 | 4427 | Regal - West |
| PF MS STRH RR FUR CVR ChLV 1/CS | $2,064.13 | 0.01% | 61.00 | 692-254-01-62-016 | 4437 | Regal - West |
| PF MS STRH RR FUR CVR CHOC BxSf 1/CS | $1,121.58 | 0.01% | 27.00 | 692-254-01-61-016 | 4435 | Regal - West |
| PF MS STRH RR FUR CVR CHOC T-SOF 01/CS | $1,116.00 | 0.01% | 27.00 | 692-254-01-33-016 | 4428 | Regal - West |
| PF MS STRH RR FUR CVR CHOC VVNGBK 01/CS | $1,893.45 | 0.02% | 80.00 | 692-254-01-40-016 | 4431 | Regal - West |
| PF Otto RR FUR CVR LVESE Blck 01/CS | $512.46 | 0.01% | 27.00 | 618-254-02-27-049 | 4373 | Regal - West |
| PF Otto RR FUR CVR Sof Blck 01/CS | $1,925.08 | 0.02% | 76.00 | 618-254-02-31-049 | 4374 | Regal - West |
| PF Otto RR FUR CVR Sof BRACKEN 01/CS | $25.33 | 0.00% | 1.00 | 618-254-02-31-105 | 4375 | Regal - West |
| PF Otto RR FUR CVR Sof Garnt 01/CS | $582.59 | 0.01% | 23.00 | 618-254-02-31-218 | 4376 | Regal - West |
| PF Premium Feather PLW Bag - Kg | $921.40 | 0.01% | 1,700.00 | | 3598 | Regal - West |
| PF Premium Feather PLW Bag - Standard | $847.50 | 0.01% | 1,630.00 | | 3599 | Regal - West |
| PF REV STCH PNT FURCVR 1PCLV CHOCLT 01/CS | $3,127.08 | 0.02% | 138.00 | 744-254-01-58-016 | 4460 | Regal - West |
| PF REV STCH PNT FURCVR 1PCLV STEEL 01/CS | $1,631.52 | 0.02% | 72.00 | 744-254-01-58-067 | 4461 | Regal - West |
| PF REV STCH PNT FURCVR 1PCSO CHOCLT 01/CS | $8,258.58 | 0.09% | 291.00 | 744-254-01-60-016 | 4462 | Regal - West |
| PF REV STCH PNT FURCVR 1PCSO STEEL 01/CS | $4,739.46 | 0.05% | 167.00 | 744-254-01-60-067 | 4463 | Regal - West |
| PF REV STCH PNT FURCVR 2SOF CHOCLT 01/CS | $8,694.00 | 0.10% | 276.00 | 744-254-01-61-016 | 4464 | Regal - West |
| PF REV STCH PNT FURCVR 2SOF STEEL 01/CS | $3,654.00 | 0.04% | 116.00 | 744-254-01-61-067 | 4465 | Regal - West |
| PF REV STCH PNT FURCVR DRCHR STEEL 01/CS | $28.88 | 0.00% | 4.00 | 744-254-01-73-067 | 4466 | Regal - West |
| PF REV STCH PNT FURCVR P.CHR CHOCLT 01/CS | $43.02 | 0.00% | 6.00 | 744-254-01-74-016 | 4467 | Regal - West |
| PF REV STCH PNT FURCVR P.CHR STEEL 01/CS | $0.00 | 0.00% | 0.00 | 744-254-01-74-067 | 4468 | Regal - West |
| PF REV STCH PNT FURCVR WNGBK CHOCLT 01/CS | $2,031.96 | 0.02% | 118.00 | 744-254-01-40-016 | 4458 | Regal - West |
| PF REV STCH PNT FURCVR WNGBK STEEL 01/CS | $688.80 | 0.01% | 40.00 | 744-254-01-40-067 | 4459 | Regal - West |
| PF REV STRH SLD FCVR P CHR GRAPHITE 02/CS | $6.72 | 0.00% | 1.00 | 746-254-01-74-286 | 4469 | Regal - West |

| Description | Amount | Percent | Qty | Code | Vendor |
|---|---|---|---|---|---|
| PF SILK MM 110 Blk Qn CHOCLT 01/CS | $634.86 | 0.01% | 18.00 | 424-203-01-13-025 4304 | Regal - West |
| PF SILK MM WARM CAPE BEIGE 01/CS | $15,181.29 | 0.17% | 953.00 | 424-208-01-75-026 4306 | Regal - West |
| PF SILK MM WARM CAPE Brwn 01/CS | $1,959.39 | 0.02% | 123.00 | 424-208-01-75-025 4305 | Regal - West |
| PF SILK MM WARM CAPE GRAY 01/CS | $207.09 | 0.00% | 13.00 | 424-208-01-75-060 4307 | Regal - West |
| PF Solid Plsh Warm Blk Sand Fl | $314.88 | 0.00% | 12.00 | 253-103-08-12-026 3342 | Regal - West |
| PF Twill FURCVR T-LVS COCOA 01/CS | $3,213.79 | 0.04% | 157.00 | 760-254-03-34-016 4473 | Regal - West |
| PF Twill FURCVR T-LVS NAVY 01/CS | $2,640.63 | 0.03% | 129.00 | 760-254-03-34-042 4474 | Regal - West |
| PF Twill FURCVR T-LVS PLATINUM 01/CS | $757.39 | 0.01% | 37.00 | 760-254-03-34-267 4475 | Regal - West |
| PF Twill FURCVR T-SOF COCOA 01/CS | $5,614.35 | 0.06% | 284.00 | 760-254-03-33-016 4471 | Regal - West |
| PF Twill FURCVR T-SOF PLATINUM 01/CS | $644.05 | 0.01% | 32.00 | 760-254-03-33-267 4472 | Regal - West |
| PF Twill FURCVR WNGBK COCOA 01/CS | $5,928.60 | 0.07% | 410.00 | 760-254-03-40-016 4476 | Regal - West |
| PF Twill FURCVR WNGBK NAVY 01/CS | $1,171.26 | 0.01% | 81.00 | 760-254-03-40-042 4477 | Regal - West |
| PF Twill FURCVR WNGBK PLATINUM 01/CS | $274.74 | 0.00% | 19.00 | 760-254-03-40-267 4478 | Regal - West |
| PFI IMS STRH RR FUR CVR CHOC 1PCSO 1/CS | $3,684.15 | 0.04% | 119.00 | 692-254-01-60-016 4433 | Regal - West |
| PFI POWER BANK (BATTERY PACK) BP-PFIGP | $7,852.11 | 0.09% | 417.00 | | Blanket Warehouse |
| PFI SA1 STRPE RR PAD 1w Wht 01/CS | $466.26 | 0.01% | 38.00 | 449-225-01-11-023 4318 | Regal - West |
| Pin Strp Bck/Shd Wrap | $237,725.89 | 0.34% | 1,927.00 | | Regal - West |
| Plsh Bck/Shd Wrap | $58.65 | 0.00% | | | |
| Plsh Velour MPad | $386,595.47 | 4.42% | 8,337.00 | | |
| POLY BDSCK 13" Fl WHT 06/CS | $96.12 | 0.00% | 18.00 | 173-118-01-12-023 4717 | Regal - West |
| P3 300tc Cch Cellessence 20x28 Plw Tick | $2,350.10 | 0.03% | 710.00 | 707-121-01-23-023 4835 | Regal - West |
| P3 Smooth Top Prob 2PK PLW Jmb DS | $130.96 | 0.00% | 8.00 | | |
| Purple 2.5" Gusset Quilt Tick Std 233tc | $1,873.44 | 0.02% | 1,301.00 | | |
| Qltd Mem Foam MPad | $481.50 | 0.00% | 25.00 | | |
| Qltd Mem Foam MPad MU | $228,824.18 | 0.33% | 1,638.00 | | |
| QM Blk | $97,942.64 | 1.12% | 2,412.00 | | |
| QVC H-COMB D.I 110 THW BLUE 01/CS | $1,799.46 | 1.02% | 117.00 | 355-222-02-75-003 4200 | Regal - West |
| QVC H-COMB D.I 110 THW GREY 01/CS | $1,015.08 | 0.01% | 66.00 | 355-222-02-75-060 4202 | Regal - West |
| QVC H-COMB D.I 110 THW Ivry 01/CS | $30,006.38 | 0.34% | 1,951.00 | 355-222-02-75-010 4201 | Regal - West |
| QVC MPlsh D.I FWarmer Ivry 35x20 | $225.63 | 0.00% | 23.00 | 357-151-04-35-021 3534 | Regal - West |
| QVC MPlsh MF WP PAD Fl Wht 01/CS | $2,275.20 | 0.03% | 96.00 | 135-260-08-12-023 4019 | Regal - West |
| QVC MPlsh MF WP PAD Kg Wht 01/CS | $2,411.15 | 0.03% | 83.00 | 135-260-08-14-023 4021 | Regal - West |
| QVC MPlsh MF WP PAD Qn Wht 01/CS | $8,395.74 | 0.07% | 221.00 | 135-260-08-13-023 4020 | Regal - West |
| QVC MPlsh MF WP PAD Tw Wht 01/CS | $2,368.26 | 0.03% | 118.00 | 135-260-08-11-023 4018 | Regal - West |
| QVC MVelour Warm Mpad | $1,057.68 | 0.01% | 39.00 | | |
| QVC SER SHINY PCKT WRAP GREY 01/CS | $41.44 | 0.00% | 4.00 | 418-207-01-74-060 4303 | Regal - West |
| QVC SER SHINY PCKT WRAP Ivry 01/CS | $321.16 | 0.00% | 31.00 | 418-207-01-74-010 4301 | Regal - West |
| QVC SER SHINY PCKT WRAP Taup 01/CS | $41.44 | 0.00% | 4.00 | 418-207-01-74-050 4302 | Regal - West |
| QVC SIk P1 110 Thw Merlot 50x70 | $67.92 | 0.00% | 4.00 | 516-202-04-70-082 3553 | Regal - West |
| QVC TONAL ST 110 Thw 60x75 GREY 01/CS | $67.76 | 0.00% | 4.00 | 408-202-04-76-060 4281 | Regal - West |
| QVC TONAL ST 110 Thw 60x75 PURPLE 01/CS | $16.94 | 0.00% | 1.00 | 408-202-04-76-076 4282 | Regal - West |
| Rabbit PWrap | $22,300.80 | 0.25% | 1,380.00 | | Regal - West |
| Rabbit Thw | $64,336.91 | 0.74% | 3,310.00 | | Regal - West |
| RES MFIBER RR Bedskt Kg Wht 01/CS | $5.09 | 0.00% | 5.00 | 588-165-02-14-023 4354 | Regal - West |
| Rev Stch FCvr | $53,840.68 | 0.62% | 2,640.00 | | |
| Rev Stch Solid FCvr | $20,737.26 | 0.24% | 768.00 | | |
| RR 16V Duratec Power Supply | $27,371.26 | 0.31% | 2,026.00 | | Blanket Warehouse |
| RR 16V Duratec Power Supply RGL | $7,781.76 | 0.09% | 576.00 | 2245 | Blanket Warehouse |
| RR 16V Duratec Power Supply | $74,035.53 | 0.85% | 12,139.00 | 5894 | Blanket Warehouse |
| RR 200CT TEL RR W/P PAD CK Wht 04/CS | $8,332.40 | 0.10% | 563.00 | 291-235-01-15-023 4139 | Regal - West |
| S&C 200 MM Hooded Wrap Navy | $293.60 | 0.00% | 16.00 | 540-229-01-75-042 3436 | Regal - West |

| Description | Amount | % | Qty | Code | Item | Vendor |
|---|---|---|---|---|---|---|
| S/S Thw | $44,989.79 | 0.51% | 2,783.00 | | | Regal - West |
| Sam DS Pld Thw | $37,499.95 | 0.43% | 2,215.00 | | | Regal - West |
| Sam DS VP Thw | $37,990.92 | 0.43% | 2,244.00 | | | Regal - West |
| Sam DSV BT MPad | $18.25 | 0.00% | 1.00 | | | Regal - West |
| SC MPsh AiB WARM PAD Kg Wht 02/CS | $194.28 | 0.00% | 4.00 | 159-057-04-14-023 | 4029 | Regal - West |
| SC Slk MM Warm Cape Grey | $51.48 | 0.00% | 4.00 | 416-208-01-75-060 | 3554 | Regal - West |
| SC VELV PLSH WARM BLNK Kg LINEN 02/CS | $1,312.30 | 0.01% | 22.00 | 345-103-07-14-035 | 4199 | Regal - West |
| SC VELV PLSH WARM BLNK Qn LINEN 02/CS | $1,125.00 | 0.01% | 20.00 | 345-103-07-13-035 | 4198 | Regal - West |
| SER 200g Pln Wrm Lumbar 14x6 Gray | $48.37 | 0.00% | 4.00 | 415-099-04-80-060 | 3387 | Regal - West |
| SER 23SCT STR WP WARM MPAD Fl WHT 4/CS | $31.39 | 0.00% | 1.00 | 415-099-29-12-023 | 4034 | Regal - West |
| SER 23SCT STR WP WARM MPAD Tw WHT 4/CS | $27.22 | 0.00% | 1.00 | 161-054-29-11-023 | 4033 | Regal - West |
| SER 4-Set LED Cntr Warmer Short Cord Contr | $466.00 | 0.01% | 112.00 | | 2236 | Regal - West |
| SER 4-Set LED Foot Warmer Long Cord Controller | $2,023.00 | 0.02% | 476.00 | | 2237 | Blanket Warehouse |
| SER BLIZZARD BLNKT FU/DN CHOCLT 01/CS | $1,039.20 | 0.01% | 120.00 | 399-409-03-16-016 | 4269 | Blanket Warehouse |
| SER BLIZZARD BLNKT Kg CHOCLT 01/CS | $953.10 | 0.01% | 90.00 | 399-409-03-14-016 | 4268 | Blanket Warehouse |
| SER BLIZZARD BLNKT Tw CHOCLT 01/CS | $375.30 | 0.00% | 54.00 | 399-409-03-11-016 | 4267 | Regal - West |
| SER BLIZZARD RR Thw ChoclAT 01/CS | $623.52 | 0.01% | 144.00 | 399-192-01-75-016 | 4264 | Regal - West |
| SER BLIZZARD RR Thw Gannl 01/CS | $666.82 | 0.01% | 154.00 | 399-192-01-75-218 | 4266 | Regal - West |
| SER BLIZZARD RR Thw NAVY 01/CS | $3,062.55 | 0.03% | 735.00 | 399-192-01-75-042 | 4265 | Regal - West |
| SER CTN BLEND 110V PAD FULL WHITE 04/CS | $1,959.32 | 0.02% | 122.00 | 524-004-01-12-023 | 5630 | Regal - West |
| SER CTN BLEND 110V PAD Tw WHT 04/CS | $532.59 | 0.01% | 123.00 | | 5702 | Regal - West |
| SER CTN DUCK RR FUR CVR CHAR INDIGO 01/ | $163.76 | 0.00% | 1.00 | 938-254-02-30-167 | 4565 | Regal - West |
| SER CTN DUCK RR FUR CVR Chr Indg 06/CS | $37.02 | 0.00% | 3.00 | 938-254-02-30-167 | 4564 | Regal - West |
| SER CTN DUCK RR FUR CVR Chr KHAKI 06/CS | $3,674.34 | 0.04% | 298.00 | 938-254-02-30-167 | 4563 | Regal - West |
| SER CTN DUCK RR FUR CVR Chr NATURAL 06/CS | $3,699.00 | 0.04% | 300.00 | 938-254-02-30-029 | 4562 | Regal - West |
| SER CTN DUCK RR FUR CVR LVESE Indg 06/CS | $3,492.06 | 0.04% | 222.00 | 938-254-02-27-024 | 4561 | Regal - West |
| SER CTN DUCK RR FUR CVR LVESE KHAKI 01/CS | $1,419.04 | 0.02% | 181.00 | 938-254-02-27-024 | 5696 | Regal - West |
| SER CTN DUCK RR FUR CVR LVESE NATURAL 06/CS | $1,566.00 | 0.02% | 88.00 | 938-254-02-27-029 | 4560 | Regal - West |
| SER CTN DUCK RR FUR CVR LVESE Wht 06/CS | $580.16 | 0.01% | 200.00 | 938-254-02-27-024 | 4559 | Regal - West |
| SER CTN DUCK RR FUR CVR OTT Indg 06/CS | $5,237.12 | 0.06% | 74.00 | 938-254-02-69-023 | 4558 | Regal - West |
| SER CTN DUCK RR FUR CVR OTT KHAKI 06/CS | $15.73 | 0.00% | 1.00 | 938-254-02-69-024 | 4557 | Regal - West |
| SER CTN DUCK RR FUR CVR OTT NATURAL 06/CS | $2,941.51 | 0.03% | 187.00 | 938-254-02-59-167 | 4581 | Regal - West |
| SER CTN DUCK RR FUR CVR OTT Wht 06/CS | $15,289.56 | 0.17% | 972.00 | 938-254-02-69-024 | 4582 | Regal - West |
| SER CTN DUCK RR FUR CVR Sof KHAKI 06/CS | $972.00 | 0.01% | 1.00 | 938-254-02-31-023 | 4583 | Regal - West |
| SER CTN DUCK RR FUR CVR Sof Wht 06/CS | $18.50 | 0.00% | 5.00 | 938-254-02-31-024 | 4566 | Regal - West |
| SER CTN DUCK RR FUR CVR SOFA INDIGO 01/C | $851.00 | 0.01% | 46.00 | 938-254-02-31-029 | 4567 | Regal - West |
| SER CTN DUCK RR FUR CVR SOFA KHAKI 01/CS | $8,478.00 | 0.10% | 600.00 | 938-254-02-31-024 | 4568 | Regal - West |
| SER CTN DUCK RR FUR CVR SOFA NATURAL 01/ | $28.31 | 0.00% | 1.00 | 938-254-02-31-029 | 4580 | Regal - West |
| SER CTN DUCK RR FUR CVR T-CHR Indg 06/CS | $127.17 | 0.00% | 9.00 | 938-254-49-024 | 5700 | Regal - West |
| SER CTN DUCK RR FUR CVR T-CHR KHAKI 01/C | $24,960.60 | 0.29% | 1,764.00 | 938-254-02-31-167 | 5547 | Regal - West |
| SER CTN DUCK RR FUR CVR T-CHR NATURAL 06/CS | $1,243.92 | 0.01% | 71.00 | 938-254-49-167 | 5691 | Regal - West |
| SER CTN DUCK RR FUR CVR T-CHR Wht 06/CS | $17.52 | 0.00% | 1.00 | 938-254-34-024 | 4579 | Regal - West |
| SER CTN DUCK RR FUR CVR T-LVS INDIGO 01/ | $5,220.96 | 0.06% | 298.00 | 938-254-34-024 | 4577 | Regal - West |
| SER CTN DUCK RR FUR CVR T-LVS NATURAL 06/CS | $2,631.20 | 0.03% | 130.00 | 938-254-34-167 | 4576 | Regal - West |
| SER CTN DUCK RR FUR CVR T-SOF Indg 06/CS | $263.12 | 0.00% | 13.00 | 938-254-34-167 | 5704 | Regal - West |
| SER CTN DUCK RR FUR CVR T-SOF INDIGO 01/ | $1,234.64 | 0.01% | 61.00 | 938-254-24-024 | 4574 | Regal - West |
| SER CTN DUCK RR FUR CVR T-SOF KHAKI 06/CS | $14,633.52 | 0.17% | 723.00 | 938-254-24-167 | 4573 | Regal - West |
| SER CTN DUCK RR FUR CVR T-SOF NATURAL 06/CS | | | | 938-254-33-167 | 5698 | Regal - West |

| Item | Amount | % | Qty | Code | No. | Vendor | Vendor |
|---|---|---|---|---|---|---|---|
| SER CTN DUCK RR FUR CVR T-SOF Wht 06/CS | $10,281.92 | 0.12% | 508.00 | 938-254-02-33-023 | 4570 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT FU/ON GREY 01/CS | $1,720.68 | 0.02% | 156.00 | 390-409-03-16-066 | 4238 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT Kg GREY 01/CS | $1,897.16 | 0.02% | 172.00 | 390-409-03-16-011 | 4236 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT FU/ON Ivry 01/CS | $1,422.87 | 0.02% | 129.00 | 390-409-03-16-070 | 4239 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT FU/ON LT BLUE 01/CS | $1,581.95 | 0.02% | 95.00 | 390-409-03-16-021 | 4237 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT FU/ON TAN 01/CS | $961.85 | 0.01% | 77.00 | 390-409-03-14-066 | 4234 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT Kg GREY 01/CS | $1,026.72 | 0.01% | 77.00 | 390-409-03-14-011 | 4232 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT Kg Ivry 01/CS | $1,028.72 | 0.01% | 78.00 | 390-409-03-14-232 | 4235 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT Kg LT BLUE 01/CS | $1,071.36 | 0.01% | 78.00 | 390-409-03-14-070 | 4233 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT LT BLUE 01/CS | $1,042.08 | 0.01% | 44.00 | 390-409-03-14-021 | 4231 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT Tw LT BLUE 01/CS | $448.24 | 0.01% | 52.00 | 390-409-03-11-011 | 4228 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT Tw TAN 01/CS | $378.84 | 0.00% | 46.00 | 390-409-03-11-070 | 4229 | Regal - West | Regal - West |
| SER DAMK STR RR BLNKT Tw GREY 01/CS | $623.40 | 0.01% | 70.00 | 390-409-03-11-021 | 4230 | Regal - West | Regal - West |
| SER DAMK STRPE RR BLNKT Tw Ivry 01/CS | $396.50 | 0.00% | 46.00 | 398-192-01-75-119 | 4263 | Regal - West | Regal - West |
| SER DIAM EMBOS RR T-HRW Ivry 01/CS | $548.25 | 0.01% | 70.00 | 398-192-01-75-066 | 4261 | Regal - West | Regal - West |
| SER DIAM EMBOS Thw BERRY 01/CS | $487.25 | 0.01% | 75.00 | 398-192-01-75-075 | 4262 | Regal - West | Regal - West |
| SER DIAM EMBOS Thw GREY 01/CS | $49.46 | 0.00% | 2.00 | 638-286-01-99-167 | 4386 | Regal - West | Regal - West |
| SER DIAM EMBOS Thw TEAL 01/CS | $91.15 | 0.00% | 1.00 | 638-286-01-99-023 | 4387 | Regal - West | Regal - West |
| SER DUCK BOX FURN SET ASST Natl 01/CS | $49.16 | 0.00% | 1.00 | 638-267-05-99-024 | 4388 | Regal - West | Regal - West |
| SER DUCK BOX OTTO SET ASST NATURAL 01/CS | $1,048.14 | 0.01% | 162.00 | 395-192-01-75-080 | 4389 | Regal - West | Regal - West |
| SER DUCK T-FURN SET ASST Indig 01/CS | $1,116.93 | 0.01% | 219.00 | 395-192-01-75-084 | 4254 | Regal - West | Regal - West |
| SER DUCK T-FURN SET ASST Wht 01/CS | $111.36 | 0.00% | 46.00 | 395-192-01-75-083 | 4253 | Regal - West | Regal - West |
| SER FAUX FUR RR Thw COW 01/CS | $173.00 | 0.00% | 173.00 | 395-192-01-75-082 | 4252 | Regal - West | Regal - West |
| SER FAUX FUR RR Thw LYNX 01/CS | $426.76 | 0.01% | 47.00 | 397-192-01-75-057 | 4257 | Regal - West | Regal - West |
| SER FAUX FUR RR Thw Rabt 01/CS | $54.46 | 0.00% | 6.00 | 397-192-01-75-218 | 4258 | Regal - West | Regal - West |
| SER FAUX FUR RR Thw Strp 01/CS | $6.00 | 0.00% | 1.00 | 397-192-01-75-042 | 4259 | Regal - West | Regal - West |
| SER FROSTED RR Thw Forst 01/CS | $4,797.84 | 0.05% | 198.00 | 548-211-02-50-049 | 5604 | Regal - West | Regal - West |
| SER FROSTED RR Thw Garnt 01/CS | $1,791.84 | 0.02% | 137.00 | 635-254-01-44-021 | 4385 | Regal - West | Regal - West |
| SER FROSTED RR Thw NAVY 01/CS | $363.51 | 0.00% | 37.00 | 635-254-01-60-028 | 4384 | Regal - West | Regal - West |
| SER PWARMER LONG 4-SET LED CONTROLLER | $263.96 | 0.00% | 87.00 | 934-254-01-33-016 | 4549 | Regal - West | Regal - West |
| SER Grid FUR CVR 1PCSO BURGUND 02/CS | $770.89 | 0.01% | 111.00 | 934-254-01-60-066 | 4553 | Regal - West | Regal - West |
| SER Grid FUR CVR 4PCRE TAN 02/CS | $725.89 | 0.00% | 58.00 | 934-254-01-60-066 | 4550 | Regal - West | Regal - West |
| SER GRID VZ/8 FUR CVR T-SOF ChocLAT 06/CS | $12,563.00 | 0.15% | 3,024.00 | 934-254-01-60-054 | 4552 | Blanket Warehouse | Blanket Warehouse |
| SER GRID VZ/8 RR FUR CVR 1PCSO GREY 06/CS | $2,463.00 | 0.00% | 1.00 | 934-254-01-60-054 | 4551 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR 1PCSO GREY 06/CS | $249.04 | 0.00% | 16.00 | 934-254-01-62-031 | 4555 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR 1PCSO PUTTY 01/CS | $469.20 | 0.01% | 12.00 | 934-254-01-62-066 | 4557 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR 1PCSO PUTTY 06/CS | $182.70 | 0.02% | 391.00 | 934-254-01-62-054 | 4556 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR BXLOV PUTTY 01/C | $162.70 | 0.00% | 130.00 | 934-254-01-61-066 | 4555 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR BXLv GREY 06/CS | $76.79 | 0.00% | 130.00 | 934-254-01-61-054 | 4554 | Regal - West | Regal - West |
| SER GRID VZ/8 RR CVR BXLv PUTTY 06/CS | $73.82 | 0.01% | 1.00 | 934-254-01-33-066 | 4551 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR BxSf GREY 06/CS | $131.06 | 0.00% | 58.00 | 934-254-01-33-054 | 4550 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR BxSf PUTTY 06/CS | $4,632.76 | 0.05% | 1.00 | 934-254-01-62-066 | 4557 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR T-SOF GREY 06/CS | $3,632.76 | 0.04% | 188.00 | 934-254-01-62-066 | 4557 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR T-SOF GREY 06/CS | $11,294.64 | 0.13% | 188.00 | 934-254-01-61-066 | 4555 | Regal - West | Regal - West |
| SER GRID VZ/8 RR FUR CVR T-SOF PUTTY 06/CS | $524.74 | 0.01% | 504.00 | 934-254-01-61-066 | 4555 | Regal - West | Regal - West |
| SER LUX PLSH WARM BLNK Fl CLOUD 01/CS | $96.80 | 0.00% | 114.00 | 934-254-01-33-066 | 4551 | Regal - West | Regal - West |
| SER LUX PLSH WARM BLNK On CLOUD 01/CS | $96.80 | 0.00% | 4.00 | 934-254-01-33-066 | 4551 | Regal - West | Regal - West |
| Ser Lux Plsh Warming Blanket Topaz On | $3,131.40 | 0.04% | 4.00 | 934-254-01-33-066 | 4550 | Regal - West | Regal - West |
| SER LUX PLSH WARM BLNK FI GREY 01/CS | $131.06 | 0.00% | 137.00 | 934-254-01-33-066 | 4550 | Regal - West | Regal - West |
| SER M/FLEECE 110 BLNKT FI GREY 01/CS | $109.08 | 0.00% | 4.00 | 934-254-01-33-054 | 4550 | Regal - West | Regal - West |
| SER M/FLEECE 110V BLNKT Tw GREY 01/CS | $351.98 | 0.00% | 4.00 | 934-254-01-12-060 | 4284 | Regal - West | Regal - West |
| SER M/FLEECE 110 BLNKT QUEEN GREY 01/CS | $83.56 | 0.00% | 2.00 | 410-203-01-12-060 | 4283 | Regal - West | Regal - West |
| SER M/FLEECE 110V BLNKT TWIN SPICE 04/CS | $60.00 | 0.00% | 4.00 | 410-203-01-11-060 | 4283 | Regal - West | Regal - West |
| SER M/FLEECE BATTERY TH 40X60 BLACK 05/C | $115.70 | 0.00% | 4.00 | 410-203-01-13-060 | 5711 | Regal - West | Regal - West |
| SER M/FLEECE BATTERY TH 40X60 MERLOT 05/ | $1,859.49 | 0.02% | 5.00 | 410-203-01-11-058 | 5606 | Regal - West | Regal - West |
| | $62,676.00 | 0.72% | 1,800.00 | 548-211-02-50-049 | 5640 | Regal - West | Regal - West |
| | $51,533.60 | 0.59% | 1,480.00 | 548-211-02-50-082 | 5641 | Regal - West | Regal - West |

| Description | Price | % | Qty | Code | Vendor |
|---|---|---|---|---|---|
| SER M/FLEECE BATTERY TH 4X50 NAVY 05/CS | $46,310.60 | 0.53% | 1,330.00 | 548-211-12-050-042 5642 | Regal - West |
| SER M/PLUSH 110V PAD FULL WHITE 01/CS | $162.99 | 0.00% | 1.00 | 420-204-01-12-023 5557 | Regal - West |
| SER M/PLUSH 110V PAD QUEEN WHITE 01/CS | $9,142.50 | 0.00% | 5.00 | 420-204-01-13-023 5556 | Regal - West |
| SER M/Sud NWET FURN RECLR CAMEL 01/CS | $9,105.93 | 0.10% | 747.00 | 647-285-05-41-016 4392 | Regal - West |
| SER M/Sud NWET FURN RECLR ChocLAT 01/CS | $9,093.74 | 0.10% | 747.00 | 647-285-05-41-016 4393 | Regal - West |
| SER M/Sud NWET FURN RECLR DENIM 01/CS | $9,142.50 | 0.10% | 746.00 | 647-285-05-41-041 4394 | Regal - West |
| SER M/Sud NWET FURN RECLR GRAPHITE 01/CS | $73.24 | 0.10% | 750.00 | 647-285-05-41-266 4395 | Regal - West |
| SER M/Sud NWET FURN RECLR 2-REC CAMEL 10/CS | $2,343.66 | 0.03% | 4.00 | 992-254-01-42-022 4596 | Regal - West |
| SER M/Sud VZ8 RR FURCVR 2-REC GREY 10/CS | $457.75 | 0.01% | 25.00 | 992-254-01-42-066 4597 | Regal - West |
| SER M/Sud VZ8 RR FURCVR 2-REC IVOR 10/CS | $1,364.82 | 0.02% | 46.00 | 992-254-01-42-066 4595 | Regal - West |
| SER M/Sud VZ8 RR FURCVR BxLV CAMEL 10/CS | $890.10 | 0.01% | 20.00 | 992-254-01-61-066 4599 | Regal - West |
| SER M/Sud VZ8 RR FURCVR BxLV GREY 10/CS | $353.40 | 0.00% | 10.00 | 992-254-01-61-066 4601 | Regal - West |
| SER M/Sud VZ8 RR FURCVR BxSf GREY 10/CS | $708.80 | 0.01% | 20.00 | 992-254-01-61-011 4598 | Regal - West |
| SER M/Sud VZ8 RR FURCVR BxSf IVOR 10/CS | $1,798.92 | 0.02% | 57.00 | 992-254-01-62-066 4600 | Regal - West |
| SER M/Sud VZ8 RR FURCVR T-LVS CAMEL 10/CS | $1,830.48 | 0.02% | 58.00 | 992-254-01-34-022 4591 | Regal - West |
| SER M/Sud VZ8 RR FURCVR T-LVS GREY 10/CS | $4,572.00 | 0.05% | 120.00 | 992-254-01-34-066 4592 | Regal - West |
| SER M/Sud VZ8 RR FURCVR T-SOF CAMEL 10/CS | $5,410.20 | 0.05% | 142.00 | 992-254-01-33-022 4588 | Regal - West |
| SER M/Sud VZ8 RR FURCVR T-SOF GREY 10/CS | $495.30 | 0.01% | 13.00 | 992-254-01-33-011 4587 | Regal - West |
| SER M/Sud VZ8 RR FURCVR T-SOF IVOR 10/CS | $927.00 | 0.01% | 50.00 | 992-254-01-33-066 4589 | Regal - West |
| SER M/Sud VZ8 RR FURCVR WNGBK CAMEL 10/CS | $927.00 | 0.01% | 50.00 | 992-254-01-40-066 4594 | Regal - West |
| SER M/Sud VZ8 RR FURCVR WNGBK GREY 10/CS | $39.54 | 0.00% | 2.00 | 992-254-01-40-011 4593 | Regal - West |
| SER M/Sud VZ8 RR FURCVR WNGBK Ivry 10/CS | $97.71 | 0.00% | 3.00 | 269-112-04-30-021 3589 | Regal - West |
| SER M/Sud Wal NWm Pro Tan Chr | $76.52 | 0.00% | 2.00 | 246-112-03-27-021 5652 | Regal - West |
| SER M/SUEDE RR WRm Pro LSEAT TAN 01/CS | $860.43 | 0.01% | 29.00 | 992-254-01-62-066 5677 | Regal - West |
| SER M/SUEDE RR WRM PRO SOFA TAN 01/CS | $35.34 | 0.00% | 1.00 | 246-112-03-31-021 5587 | Regal - West |
| SER M/SUEDE VZ8 FURCVR BXLOV GREY 01/CS | $656.12 | 0.01% | 18.00 | 992-254-01-61-066 5676 | Regal - West |
| SER M/SUEDE VZ8 FURCVR BXSOF GREY 01/CS | $252.80 | 0.00% | 8.00 | 992-254-01-61-011 5666 | Regal - West |
| SER M/SUEDE VZ8 FURCVR BXSOF IVORY 01/CS | $126.24 | 0.00% | 4.00 | 992-254-01-34-066 5670 | Regal - West |
| SER M/SUEDE VZ8 FURCVR T-LVS CAMEL 01/CS | $157.84 | 0.00% | 5.00 | 992-254-01-34-066 5675 | Regal - West |
| SER M/SUEDE VZ8 FURCVR T-LVS GREY 01/CS | $952.50 | 0.01% | 25.00 | 992-254-01-34-066 5675 | Regal - West |
| SER M/SUEDE VZ8 FURCVR T-LVS IVORY 01/CS | $148.64 | 0.00% | 8.00 | 992-254-01-34-011 5665 | Regal - West |
| SER M/SUEDE VZ8 FURCVR T-SOF CAMEL 01/CS | $315.18 | 0.01% | 8.00 | 992-254-01-33-022 5669 | Regal - West |
| SER M/SUEDE VZ8 FURCVR WNGBK GREY 01/CS | $1,120.50 | 0.01% | 25.00 | 992-254-01-40-011 5668 | Regal - West |
| SER M/SUEDE VZ8 FURCVR WNGBK IVORY 01/CS | $1,516.41 | 0.02% | 17.00 | 992-254-01-40-011 5669 | Regal - West |
| SER MARBLE RR BLNKT FUQN ChocLAT 01/CS | $634.95 | 0.02% | 8.00 | 394-409-03-16-070 5668 | Regal - West |
| SER MARBLE RR BLNKT FUQN LT BLUE 01/CS | $1,680.75 | 0.02% | 150.00 | 394-409-03-16-016 4248 | Regal - West |
| SER MARBLE RR BLNKT FUQN PINK 01/CS | $1,441.02 | 0.02% | 203.00 | 394-409-03-16-070 4251 | Regal - West |
| SER MARBLE RR BLNKT FUQN TAN 01/CS | $2,279.97 | 0.03% | 85.00 | 394-409-03-16-021 4250 | Regal - West |
| SER MARBLE RR BLNKT Kg ChocLAT 01/CS | $2,279.97 | 0.03% | 225.00 | 394-409-03-16-021 4249 | Regal - West |
| SER MARBLE RR BLNKT Kg LT BLUE 01/CS | $179.10 | 0.00% | 146.00 | 394-409-03-14-016 4245 | Regal - West |
| SER MARBLE RR BLNKT Kg TAN 01/CS | $782.07 | 0.01% | 231.00 | 394-409-03-14-070 4247 | Regal - West |
| SER MARBLE RR BLNKT Tw ChocLAT 01/CS | $704.46 | 0.01% | 231.00 | 394-409-03-14-021 4246 | Regal - West |
| SER MARBLE RR BLNKT Tw LT BLUE 01/CS | $817.89 | 0.01% | 30.00 | 394-409-03-11-016 4241 | Regal - West |
| SER MARBLE RR BLNKT Tw PINK 01/CS | $602.36 | 0.01% | 131.00 | 394-409-03-11-070 4244 | Regal - West |
| SER MARBLE RR BLNKT Tw TAN 01/CS | $558.36 | 0.01% | 118.00 | 394-409-03-11-025 4243 | Regal - West |
| SER MF/SHRPA 110V THROW 50X60 SLATBL 06/ | $3,011.82 | 0.03% | 137.00 | 394-192-01-75-021 4240 | Regal - West |
| SER OFF-SHAD RR FURN PR Sdf PEWTER 02/CS | $77.56 | 0.00% | 148.00 | 394-409-03-11-021 4242 | Regal - West |
| SER Plsh 110 BLNKT Tw Ivry 04/CS | $45.37 | 0.00% | 606.00 | 531-202-04-75-043 5603 | Regal - West |
| SER PLUSH 110V BLNKT QUEEN IVORY 01/CS | $32.42 | 0.00% | 1.00 | 800-185-02-31-068 4497 | Regal - West |
| SER QVC SILK 110 Blk On GREY 01/CS | $1,084.86 | 0.01% | 1.00 | 400-203-01-11-010 4270 | Regal - West |
| SER QVC SILK 110 BLNKT Fl CHOCLT 01/CS | | | 41.00 | 402-203-01-12-025 4272 | Regal - West |

| Description | Amount | % | Qty | Code | Vendor |
|---|---|---|---|---|---|
| SER QVC SILK 110 BLNKT Fl Ivry 01/CS | $555.66 | 0.01% | 21.00 | 402-203-01-12-010 | 4271 | Regal - West |
| SER QVC SILK 110 BLNKT Fl Taup 01/CS | $26.46 | 0.00% | 1.00 | 402-203-01-12-050 | 4273 | Regal - West |
| SER QVC SILK 110 BLNKT Kg CHOCLT 01/CS | $2,010.39 | 0.02% | 57.00 | 402-203-01-14-025 | 4279 | Regal - West |
| SER QVC SILK 110 BLNKT Kg Ivry 01/CS | $599.59 | 0.01% | 17.00 | 402-203-01-14-010 | 4278 | Regal - West |
| SER QVC SILK 110 BLNKT Kg Taup 01/CS | $352.70 | 0.00% | 10.00 | 402-203-01-14-050 | 4280 | Regal - West |
| SER QVC SILK 110 BLNKT Qn CHOCLT 01/CS | $4,830.58 | 0.06% | 149.00 | 402-203-01-13-025 | 4275 | Regal - West |
| SER QVC SILK 110 BLNKT Qn Ivry 01/CS | $5,154.78 | 0.06% | 159.00 | 402-203-01-13-010 | 4274 | Regal - West |
| SER QVC SILK 110 BLNKT Qn Taup 01/CS | $2,463.92 | 0.03% | 76.00 | 402-203-01-13-050 | 4276 | Regal - West |
| SER RET SHAG RR Thw LIME 01/CS | $77.77 | 0.00% | 11.00 | 398-192-01-75-032 | 4256 | Regal - West |
| SER REV SHERP FURN PR Sof CHOCLT 01/CS | $30.41 | 0.00% | 1.00 | 883-185-01-31-016 | 4511 | Regal - West |
| SER REV SOLD 6PK BUNDLE S.DRC KHAKI 01/CS | $30.80 | 0.00% | 1.00 | 645-275-01-74-029 | 4391 | Regal - West |
| SER REV SOLD FURN ENDLE ASST KHAKI 01/CS | $43.86 | 0.00% | 1.00 | 645-284-01-99-029 | 4390 | Regal - West |
| SER REV SOLID VZ RR FCVR S.CHR GRAPHT 12/CS | $54.36 | 0.00% | 9.00 | 945-254-01-74-266 | 4586 | Regal - West |
| SER REV SOLID VZ RR FCVR WNGBK GRAPHT 10/CS | $14,863.02 | 0.17% | 885.00 | 945-254-01-40-266 | 4584 | Regal - West |
| SER Shp WARM MPAD CK Wht 02/CS | $694.62 | 0.01% | 18.00 | 255-054-32-15-023 | 4076 | Regal - West |
| SER Shp WARM MPAD Fl Wht 04/CS | $93.19 | 0.00% | 3.00 | 255-054-32-12-023 | 4074 | Regal - West |
| SER Shp WARM MPAD Tw Wht 04/CS | $328.86 | 0.00% | 9.00 | 255-054-32-13-023 | 4075 | Regal - West |
| SER Shp WARM MPAD Qn Wht 04/CS | $699.61 | 0.01% | 33.00 | 255-054-32-14-023 | 4073 | Regal - West |
| SER SIK 110 BLNKT Fl CHoCLAT 01/CS | $2,629.90 | 0.03% | 119.00 | 434-203-01-12-025 | 4310 | Regal - West |
| SER SIK 110 BLNKT Fl Ivry 01/CS | $22.10 | 0.00% | 1.00 | 434-203-01-12-010 | 4309 | Regal - West |
| SER SIK 110 BLNKT Fl SAND 01/CS | $5,415.70 | 0.06% | 155.00 | 434-203-01-12-026 | 4311 | Regal - West |
| SER SIK 110 BLNKT Kg CHoCLAT 01/CS | $0.00 | 0.00% | 1.00 | 434-203-01-14-025 | 4313 | Regal - West |
| SER SIK 110 BLNKT Kg Ivry 02/CS | $22.10 | 0.00% | 1.00 | 434-203-01-14-010 | 4312 | Regal - West |
| SER SIK 110 BLNKT Qn CHoCLAT 01/CS | $284.44 | 0.00% | 552.00 | 534-203-01-11-025 | 4343 | Regal - West |
| SER SIK 110 BLNKT Tw NAVY 04/CS | $11,503.68 | 0.13% | 428.00 | 534-203-01-11-028 | 5011 | Regal - West |
| SER SIK 110 BLNKT Tw CHoCLAT 01/CS | $8,919.52 | 0.10% | 2.00 | 650-274-06-73-016 | 4396 | Regal - West |
| SER SW Sud 4PK SETL.DRC CHoCLAT 01/CS | $45.44 | 0.00% | 1,443.00 | 258-111-10-24-006 | 5643 | Regal - West |
| SER SUED/SHP FOOTWARMER 20X24 GREY 10/CS | $18,051.93 | 0.21% | 428.00 | 258-111-10-24-042 | 5644 | Regal - West |
| SER SUED/SHP FOOTWARMER 20X24 NAVY 10/CS | $17,889.30 | 0.20% | 1,430.00 | 258-111-12-11-030 | 3228 | Regal - West |
| SER Tri-Rib Blk Tw Ivry | $31.85 | 0.00% | 2.00 | 243-111-12-11-030 | 3228 | Regal - West |
| SER TRI-RIB FOOTWARMER 35X20 BEIGE 10/CS | $33,832.20 | 0.39% | 3,390.00 | 243-111-10-35-036 | 4064 | Regal - West |
| SER TRI-RIB FOOTWARMER 35X20 SAGE 10/CS | $3,686.40 | 0.04% | 3,554.00 | 243-111-10-35-039 | 4065 | Regal - West |
| SER TRI-RIB FVarmer 35X20 Natl 10/CS | $35,472.88 | 0.41% | 174.00 | 243-111-10-35-030 | 4063 | Regal - West |
| SF 200CT SRR RR WP PAD Fl Wht 08/CS | $1,893.12 | 0.02% | 650.00 | 291-235-01-13-025 | 4136 | Regal - West |
| SF 200CT SRR RR WP PAD Fl Wht 06/CS | $8,047.00 | 0.09% | 70.00 | 291-235-01-11-023 | 4137 | Regal - West |
| SF 200CT SRR RR WP PAD Qn Wht 04/CS | $1,470.50 | 0.02% | 5.00 | 291-235-01-13-023 | 4135 | Regal - West |
| SF 200CT TEL RR WP PAD Kg Wht 04/CS | $7,296.00 | 0.08% | 234.00 | 291-235-01-14-023 | 4138 | Regal - West |
| SF 200CT TEL RR WP PAD XLT Wht 06/CS | $2,129.40 | 0.02% | 480.00 | 291-235-01-17-023 | 4140 | Regal - West |
| SH 233T STR WP WARM MPAD CKNG Wht 02/CS | $596.88 | 0.01% | 12.00 | 161-054-29-15-023 | 4037 | Regal - West |
| SH 233T STRP WP WARM MPAD Qn Wht 02/CS | $54.24 | 0.00% | 2.00 | 161-054-29-13-023 | 4035 | Regal - West |
| SH HEATED MPAD Fl Wht 01/CS | $52.06 | 0.00% | 2.00 | 160-054-03-12-023 | 4031 | Regal - West |
| SH LUX PLSH WARM BLNK Fl GREY 02/CS | $32.01 | 0.00% | 1.00 | 296-103-06-12-060 | 4142 | Regal - West |
| SH LUX PLSH WARM BLNK Qn GREY 02/CS | $101.46 | 0.00% | 2.00 | 296-103-06-13-060 | 4145 | Regal - West |
| SH Lux Plsh Warm Thw Gray | $29.02 | 0.00% | 1.00 | 296-105-07-22-060 | 3340 | Regal - West |
| SH MFLEECE BLNK Fl Choc 02/CS | $154.60 | 0.00% | 5.00 | 272-103-01-12-025 | 4115 | Regal - West |
| SH MFLEECE BLNK On Choc 02/CS | $156.03 | 0.00% | 3.00 | 272-103-01-13-025 | 4117 | Regal - West |
| SH MFLEECE BLNK Qn FRT GREY 01/CS | $321.42 | 0.02% | 55.00 | 272-103-01-13-060 | 4120 | Regal - West |
| SH MFLEECE WARM BLNK Tw FRT GREY 01/CS | $1,674.75 | 0.01% | 6.00 | 272-103-01-11-060 | 4114 | Regal - West |
| SH MFLEECE BLNK Fl BEIGE 02/CS | $515.20 | 0.01% | 16.00 | 272-103-01-12-036 | 4116 | Regal - West |
| SH MFLEECE BLNK Qn BEIGE 02/CS | $197.20 | 0.00% | 4.00 | 272-103-01-13-036 | 4118 | Regal - West |
| SH PVELOUR WARM MPAD CK Wht 01/CS | $50.11 | 0.00% | 168.00 | 054-26-13-023 | 4040 | Regal - West |

| Description | Price | % | Qty | Code | Region |
|---|---|---|---|---|---|
| SH PVELOUR WARM MPAD Fl Wht 01/CS | $30.07 | 0.00% | 1.00 | 168-054-26-12-023 4038 | Regal - West |
| SH PVELOUR WARM MPAD Qn Wht 01/CS | $99.90 | 0.00% | 1.00 | 168-054-26-13-023 4039 | Regal - West |
| SH TRI-RIB BLNKT FULL BEIGE 01/CS | $34.75 | 0.00% | 1.00 | 243-101-12-12-036 5912 | Regal - West |
| SH TRI-RIB WARM Blk Fl Garnt 02/CS | $34.88 | 0.00% | 1.00 | 243-101-12-12-120 4056 | Regal - West |
| SH TRI-RIB WARM Blk Kg BEIGE 02/CS | $58.20 | 0.00% | 1.00 | 243-101-12-14-036 4062 | Regal - West |
| SH TRI-RIB WARM Blk Kg BLUE 02/CS | $116.40 | 0.00% | 2.00 | 243-101-12-14-024 4060 | Regal - West |
| SH TRI-RIB WARM Blk Qn BLUE 02/CS | $273.26 | 0.00% | 5.00 | 243-101-12-13-024 4057 | Regal - West |
| SH TRI-RIB WARM Blk Fl SAGE 02/CS | $313.92 | 0.00% | 9.00 | 243-101-12-12-039 4055 | Regal - West |
| SH TRI-RIB WARM BLNKT Kg NTRL 02/CS | $58.20 | 0.00% | 1.00 | 243-101-12-14-030 4061 | Regal - West |
| SH Warm Tan Med Pet Bed | $54.59 | 1.00% | 1.00 | 243-101-12-13-036 4059 | Regal - West |
| SH TRI-RIB WARM BLNKT Qn BEIGE 02/CS | $211.76 | 0.00% | 4.00 | 243-101-12-13-036 4059 | Regal - West |
| SH TRI-RIB WARM BLNKT Qn NTRL 02/CS | $127.88 | 0.00% | 4.00 | 243-101-12-13-030 4058 | Regal - West |
| SH TRI-RIB WARM BLNKT Tw BEIGE 02/CS | $95.91 | 0.00% | 3.00 | 243-101-12-11-036 4053 | Regal - West |
| SH VELVT PLH WARM BLNK Fl NAVY 01/CS | $1,330.52 | 0.02% | 31.00 | 298-103-07-12-042 4152 | Regal - West |
| SH VELVT PLH WARM BLNK Kg NAVY 01/CS | $5,322.82 | 0.06% | 74.00 | 298-103-07-14-042 4154 | Regal - West |
| SH VELVT PLH WARM BLNK Qn NAVY 01/CS | $7,353.14 | 0.09% | 109.00 | 298-103-07-13-042 4153 | Regal - West |
| SH VELVT PLH WARM BLNK Tw NAVY 01/CS | $233.76 | 0.00% | 6.00 | 298-103-07-11-042 4151 | Regal - West |
| SH Warm Tan Med Pet Bed | $147.60 | 0.00% | 4.00 | 298-103-07-11-030 5609 | Regal - West |
| SH VELVT PLH WARM BLNK TWIN NATURAL 02/C | $10,813.32 | 0.12% | 613.00 | 507-518-15-83-021 1385 | Regal - West |
| SH Warm Tan Small Pet Bed | $6,181.75 | 0.07% | 395.00 | 507-518-15-82-021 3399 | Regal - West |
| Sherp MPad | $3,710.17 | 0.07% | 1,842.00 | | Regal - West |
| Shrpa MPad | $57,457.78 | 0.61% | 1,326.00 | | Regal - West |
| Sig Flec/Shp Blk | $219,157.60 | 2.50% | 4,997.00 | | Regal - West |
| Sig Fleece MPad | $44,978.20 | 0.51% | 998.00 | | Regal - West |
| SLKY CTN KAPK PAD QUEEN WHITE 01/CS | $148.56 | 0.15% | 8.00 | 285-225-01-13-023 5582 | Regal - West |
| Slk Sided Mttncase | $12,787.53 | | 1,080.00 | | |
| Slk 110 BLNKT Fl GREY 04/CS | $92.28 | 0.00% | 4.00 | 334-203-01-12-060 4193 | Regal - West |
| Slk 110 BLNKT Fl Ivry 04/CS | $278.52 | 0.00% | 12.00 | 334-203-01-12-010 4191 | Regal - West |
| Slk 110 BLNKT Fl NAVY 04/CS | $368.64 | 0.00% | 16.00 | 334-203-01-12-042 4192 | Regal - West |
| Slk 110 BLNKT Kg Ivry 02/CS | $366.90 | 0.00% | 10.00 | 334-203-01-14-010 4197 | Regal - West |
| Slk 110 BLNKT Qn ChoLAT 02/CS | $603.00 | 0.01% | 18.00 | 334-203-01-13-025 4194 | Regal - West |
| Slk 110 BLNKT Qn NAVY 02/CS | $332.80 | 0.00% | 10.00 | 334-203-01-13-042 4196 | Regal - West |
| Slk 110 BLNKT Tw ChoLAT 04/CS | $199.68 | 0.00% | 6.00 | 334-203-01-13-026 4195 | Regal - West |
| Slk 110 BLNKT Tw GREY 04/CS | $399.60 | 0.00% | 20.00 | 334-203-01-11-025 4187 | Regal - West |
| Slk 110 BLNKT Tw GREY 04/CS | $239.40 | 0.00% | 12.00 | 334-203-01-11-060 4190 | Regal - West |
| Slk 110 BLNKT Tw Ivry 04/CS | $478.80 | 0.01% | 24.00 | 334-203-01-11-010 4186 | Regal - West |
| Slk 110 BLNKT Tw NAVY 04/CS | $738.15 | 0.01% | 37.00 | 334-203-01-11-042 4189 | Regal - West |
| Slk 110 BLNKT Tw SAND 04/CS | $877.80 | 0.01% | 44.00 | 334-203-01-11-026 4188 | Regal - West |
| Slk 110 Thw ChoLAT 06/CS | $1,336.72 | 0.02% | 88.00 | 334-202-04-75-025 4182 | Regal - West |
| Slk 110 Thw GREY 06/CS | $60.76 | 0.00% | 4.00 | 334-202-04-75-060 4185 | Regal - West |
| Slk 110 Thw NAVY 06/CS | $820.26 | 0.01% | 54.00 | 334-202-04-75-042 4184 | Regal - West |
| Slk 110 Thw SAND 06/CS | $334.18 | 0.00% | 22.00 | 334-202-04-75-026 4183 | Regal - West |
| Slk Blk | $144,599.22 | 1.65% | 5,398.00 | | Regal - West |
| Slk WtM Blk | $5,098.89 | 0.05% | 184.00 | | Regal - West |
| Slk Prt Thw | $4,268.39 | 0.05% | 281.00 | | Regal - West |
| Slk Rep 110 Blk | $85,038.85 | 0.97% | 5,329.00 | | Regal - West |
| Slk Ske Blk | $1,065.28 | 0.01% | 32.00 | | Regal - West |
| Slk Thw | $67,743.66 | 0.77% | 2,434.00 | | Regal - West |
| Slvr Celessence MPad | $33,318.29 | 0.38% | 2,164.00 | | Regal - West |
| Slvr Celessence MPad DS | $33,751.64 | 0.38% | 1,998.00 | | Regal - West |
| Smh Sud FCvr | $10,074.85 | 0.12% | 761.00 | | Regal - West |

| Product | Price | % | Qty | Code | Vendor |
|---|---|---|---|---|---|
| Smh Sud FCvr MU | $34,789.19 | 0.40% | 3,553.00 | | Regal - West |
| Smh Top Prob MPad | $33,282.93 | 0.38% | 1,807.00 | | Regal - West |
| SN MPlsh A/B MPad | $13,652.30 | 0.16% | 270.00 | | Regal - West |
| SN Smart V2 Bedskt | $37,396.36 | 0.43% | 2,466.00 | | Regal - West |
| SN VP Blk | $13,615.18 | 0.16% | 222.00 | | Regal - West |
| Snug Cape | $97,513.47 | 1.11% | 5,939.00 | | Regal - West |
| Soft Def MPad NW | $97,815.72 | 1.12% | 6,991.00 | | Regal - West |
| Soft Def MPad NW MU | $45,720.00 | 0.52% | 3,000.00 | | Regal - West |
| Stch MSud FCvr | $62,518.18 | 0.71% | 2,562.00 | | Regal - West |
| TCool 2.0 MProt | $90,094.75 | 1.03% | 2.00 | 666-254-01-39-054 4407 | Regal - West |
| TCool 2PK PLW - Jmb DS | $25.12 | 0.00% | 2,561.00 | | Regal - West |
| TCool MPad | $11,334.02 | 0.13% | 688.00 | | Regal - West |
| TCool RR WIP PAD 60X75 Wht 02/CS | $5,174.65 | 0.06% | 247.00 318-235-01-76-023 4174 | | Regal - West |
| TCool RR WIP PAD 72X80 Wht 02/CS | $700.00 | 0.01% | 28.00 318-235-01-77-023 4175 | | Regal - West |
| TCool RR WIP PAD BLNK Wht 04/CS | $1,749.06 | 0.02% | 123.00 318-235-01-71-023 4173 | | Regal - West |
| TCool RR WIP PAD FI Wht 04/CS | $176.56 | 0.00% | 6.00 318-235-01-12-023 4171 | | Regal - West |
| TCool RR WIP PAD Qn Wht 02/CS | $129.96 | 0.00% | 8.00 318-235-01-13-023 4172 | | Regal - West |
| TF BRUSH TWILL FUR CVR T-CHR Taup 01/CS | $15.97 | 0.00% | 1.00 664-254-03-49-050 4399 | | Blanket Warehouse |
| TH ACC LONG LED-5 SET PFI-HDE-1W2 V1.0 | $1,170.40 | 0.01% | 280.00 | | 5901 | Blanket Warehouse |
| TH BLKT DIGTL-10 SET PFI-DTC-1B1 V1.0 | $242.40 | 0.00% | 48.00 | | 5897 | Blanket Warehouse |
| TH BLKT DIGTL-10 SET PFI-DTC-1B2 V1.0 | $121.20 | 0.00% | 24.00 | | 5898 | Blanket Warehouse |
| TH PAD DIGTL-10 SET PFI-DTC-TM1 V1.0 | $161.60 | 0.00% | 32.00 | | 5902 | Blanket Warehouse |
| TH PAD DIGTL-10 SET PFI-DTC-TM2 V1.0 | $15.15 | 0.00% | 3.00 | | 5903 | Blanket Warehouse |
| TH QM BLK | $4,706.92 | 0.05% | 120.00 | | Regal - West |
| TH SILKY REP 110V BLNKT KING MARSHMAL 01 | $166.45 | 0.00% | 5.00 912-203-01-14-064 5739 | | Regal - West |
| Tick - MCL Med Green Dens PLW Std | $7,620.60 | 0.09% | 5,862.00 | | 2754 | Regal - West |
| Tick - MCL XFirm Purp Dens PLW Std | $1,498.90 | 0.02% | 1,153.00 | | 2760 | Regal - West |
| Tick - 1.5" Gusset Even Support PLW Jmb | $1,069.20 | 0.01% | 1,485.00 | | 2203 | Regal - West |
| Tick - 1.5" Gusset Even Support PLW Kg | $933.87 | 0.01% | 1,038.00 | | 2204 | Regal - West |
| Tick - 100x72 Poly Sanded PLW Jmb | $215.36 | 0.00% | 525.00 | | 2151 | Regal - West |
| Tick - 100x72 Poly Sanded PLW Qn | $219.49 | 0.00% | 498.00 | | 2152 | Regal - West |
| Tick - 100x72 Poly Sanded PLW Standard | $953.86 | 0.01% | 2,578.00 | | 2647 | Regal - West |
| Tick - AL Euro 26x26 PLW | $4,161.15 | 0.05% | 3,963.00 | | 2776 | Regal - West |
| Tick - Celessence Slvr Plw Kg | $2,256.00 | 0.03% | 600.00 2338 Jmb | | 3144 | Harris Pillow Supply |
| Tick - Cool Copper Knit PLW Jmb | $4,172.00 | 0.05% | 1,400.00 2338 Jmb | | 3143 | Harris Pillow Supply |
| Tick - Cool Copper Knit PLW Jmb | $12,759.75 | 0.15% | 3,975.00 713-121-01-23-023 1649 | | Harris Pillow Supply |
| Tick - Cool Copper Knit PLW Kg | $4,069.80 | 0.05% | 1,020.00 713-121-01-14-023 1650 | | Harris Pillow Supply |
| Tick - Double Diamond Qltd PLW Jmb | $8.96 | 0.00% | 7.00 | | 2772 | Harris Pillow Supply |
| Tick - Emboss Seersucker Plw Jmb | $2,310.00 | 0.03% | 3,500.00 2334 Jmb | | 3211 | Harris Pillow Supply |

| Item | Amount | % | Qty | Account Code | Item # | Vendor | Vendor |
|---|---|---|---|---|---|---|---|
| Tick - Emboss Seersucker Piw Kg | $1,215.00 | 0.01% | 1,500.00 | 2334 Kg | 3212 | Harris Pillow Supply | Harris Pillow Supply |
| Tick - Euro 26x26 PLW | $3,277.50 | 0.04% | 2,850.00 | | 1672 | Regal - West | Regal - West |
| Tick - MCL Firm Blue Dens PLW Kg | $3,339.87 | 0.04% | 2,049.00 | | 2759 | Regal - West | Regal - West |
| Tick - MCL Firm Blue Dens PLW Qn | $3,104.45 | 0.04% | 2,141.00 | | 2758 | Regal - West | Regal - West |
| Tick - 1 MCL Firm Blue Dens PLW Std | $10,140.00 | 0.12% | 8,174.00 | | 2757 | Regal - West | Regal - West |
| Tick - MCL Med Green Dens PLW Kg | $13,229.00 | 0.15% | 8,116.00 | | 2756 | Regal - West | Regal - West |
| Tick - MCL Med Green Dens PLW Qn | $1,170.15 | 0.01% | 807.00 | | 2755 | Regal - West | Regal - West |
| Tick - MCL XFirm Purp Dens PLW Kg | $3,260.00 | 0.04% | 2,000.00 | | 2762 | Regal - West | Regal - West |
| Tick - MCL XFirm Purp Dens PLW Qn | $3,320.05 | 0.06% | 3,669.00 | | 2761 | Regal - West | Regal - West |
| Tick-AL Decorative Piw Stuffer | $1,324.02 | 0.02% | 3,567.00 | | | Regal - West | Regal - West |
| Tri-Rib Blk | $379,608.48 | 4.34% | 7,694.00 | | | Regal - West | Regal - West |
| TS CC SAX STRPE RR PAD FI Wht 01/CS | $2,541.37 | 0.03% | 173.00 | 449-225-01-12-023 | 4319 | Regal - West | Regal - West |
| TS SA STRPE RR PAD Qn Wht 01/CS | $1,151.50 | 0.01% | 70.00 | 449-225-01-13-023 | 4320 | Regal - West | Regal - West |
| TS MPOLY RR FURN PR LVESE CREAMRWR 02/CS | $5,051.82 | 0.06% | 807.00 | 695-185-01-27-052 | 4439 | Regal - West | Regal - West |
| TS MPOLY RR FURN PR Sdl STONEWR 02/CS | $1,161.27 | 0.01% | 153.00 | 695-185-01-31-053 | 4440 | Regal - West | Regal - West |
| TS SMOOTH SUED FURQVR S DRCHR IVOR 01/CS | $3285.37 | 0.04% | 33.00 | 650-254-03-70-011 | 5943 | Regal - West | Regal - West |
| Twill Cov | $11,919.69 | 0.14% | 882.00 | | | Regal - West | Regal - West |
| UL/SFT 200T C/P 2PK PLCVR 20X28 WHT 06/CS | $5,133.24 | 0.06% | 2,334.00 | 221-195-03-03-023 | 5625 | Regal - West | Regal - West |
| UL/SFT COM KNIT MAT PROT KING WHT 04/CS | $269.60 | 0.00% | 20.00 | 365-223-02-14-023 | 5658 | Regal - West | Regal - West |
| UN Com Knit MtProp | | | | | | | |
| UN Chevron WP Bdsk MU | | | | | | | |
| UndrPd | | | | | | | |
| ULTSFT 200T C/P PLNCVR KING WHT 06/CS | $369.56 | 0.00% | 629.00 | | | Regal - West | Regal - West |
| ULTSFT QLTD WDF 2PK PLW STD Wht 01/CS | $332.56 | 0.00% | 670.00 | | | Regal - West | Regal - West |
| ULTSFT QLTD WDF 2PK PLW STD Wht 01/CS | $8,976.32 | 0.10% | 486.00 | 221-195-03-14-023 | 5663 | Regal - West | Regal - West |
| UN HONEYCOMB 110 Thw SREY 06/CS | $4,388.56 | 0.05% | 32.00 | 251-382-02-10-023 | 4071 | Regal - West | Regal - West |
| UN HONEYCOMB 110 Thw SAND 06/CS | $271.51 | 0.00% | 961.00 | 464-202-04-75-060 | 4326 | Regal - West | Regal - West |
| UN POLYCTN UNIQ Thw STD Wht 12/CS | $16,731.01 | 0.19% | 4.00 | 464-202-04-75-026 | 4325 | Regal - West | Regal - West |
| UN POLYCTN UNIQ Thw STD Wht 12/CS | $69.64 | 0.00% | 46.00 | 990-029-01-10-023 | 4726 | Regal - West | Regal - West |
| UNB MFLEECE 110V BLNKT QUEEN CHOCLT 02/ | $83.26 | 0.00% | 1.00 | 310-203-01-13-025 | 5593 | Regal - West | Regal - West |
| UNB MFLEECE 110V BLNKT QUEEN CHOCLT 02/ | $30.69 | 0.00% | 12.00 | 547-211-02-50-049 | 5653 | Regal - West | Regal - West |
| UNB MFLEECE BATTERY THW 40X50 BLACK 06/ | $133.86 | 0.00% | | | | Regal - West | Regal - West |
| Versafit WP Pad | $226,468.85 | 2.60% | 2,997.00 | | | Regal - West | Regal - West |
| VP Bat MU | | | 2,464.00 | | | Regal - West | Regal - West |
| VP Blk | $141,454.19 | 1.62% | | | | Regal - West | Regal - West |
| WARRANTY DURA CONTR 24V Wht 01/CS | $14.72 | 0.00% | 1.00 | 999-997-01-92-023 | 4607 | Regal - West | Regal - West |
| WARRANTY SER 4-SET 35X20 Wht 01/CS | $4.70 | 0.00% | 1.00 | 999-883-01-35-023 | 4602 | Regal - West | Regal - West |
| Waterproof MPad | $83,288.15 | 0.95% | 1,661.00 | | | Regal - West | Regal - West |
| WhoolCsn MPad | $93,745.42 | 1.07% | 1,688.00 | | | Regal - West | Regal - West |
| WP FPro NW | | | 974.00 | | | | |
| WP FPro WW | | | | | | | |
| WR 110 Plsh Nck/Bck - 4S Natural 26 x 30 | $15,519.37 | 0.18% | 19.00 | 263-109-04-20-030 | 1383 | Regal - West | Regal - West |
| WR 200CT 2ON RR TAILOR Qn Wht 01/CS | $216.19 | 0.00% | 2.00 | 784-226-01-13-023 | 4495 | Regal - West | Regal - West |
| WR 233CT UNQLT WDF 2PK PLW STD WHT 06/CS | $29.84 | 0.00% | 1.00 | 227-382-02-10-023 | 4042 | Regal - West | Regal - West |
| WR 233CT UNQLT RR WDF PLW STD WHT 18/CS | $56.52 | 0.00% | 1.00 | 227-382-01-10-023 | 4041 | Regal - West | Regal - West |
| WR 300T POLI RR PADCVR Kg Wht 01/CS | $15,680.00 | 0.18% | 1.00 | 244-374-01-14-023 | 4066 | Regal - West | Regal - West |
| WR 300T POLI RR MEM PCR 20X28 WHT 06/CS | $31.33 | 0.00% | 1,378.00 | 082-373-01-03-023 | 3917 | Regal - West | Regal - West |
| WR 8UKT DIGTL-5 SET PFI-DTC-FB1 V1.0 | $5,195.06 | 0.06% | 36.00 | | 5899 | Regal - West | Regal - West |
| WR BLKT DIGTL-5 SET PFI-DTC-FB2 V1.0 | $181.80 | 0.00% | 256.00 | | 5900 | Regal - West | Regal - West |
| WR EVEN SUPRT PLW TICK 20X28 WHT 100/CS | $975.28 | 0.01% | 100.00 | 343-121-01-23-023 | 5915 | Regal - West | Regal - West |
| WR EVEN SUPRT PLW TICK 20X28 WHT 100/CS | $84.00 | 0.00% | | | | Regal - West | Regal - West |
| WR FLEECE VRM NCK PLW TRVEL CARMEL 01/CS | $7.79 | 0.00% | 2.00 | 174-137-01-12-023 | 4719 | Regal - West | Regal - West |
| WR FLEECE FUL WHT 06/CS | $15.32 | 0.00% | 1.00 | 488-106-02-03-080 | 5555 | Regal - West | Regal - West |
| WR FLEECE TAILOR QLIN WHT 04/CS | $17.04 | 0.00% | 10.00 | 174-137-01-11-023 | 4718 | Regal - West | Regal - West |
| WR FLEECE TAILOR TWN WHT 08/CS | $63.40 | 0.00% | 2.00 | 174-137-01-13-023 | 4720 | Regal - West | Regal - West |
| WR FLEECE TAILOR TWN WHT 08/CS | | | | | | Regal - West | Regal - West |
| WR Fleece Warm Nck Piw Trvel Caramel | | | | | | | |
| WR FLEECE WTRPF FTD FUL WHT 06/CS | $1,464.52 | 0.02% | 188.00 | 488-106-02-03-080 | 3422 | Regal - West | Regal - West |
| WR FLEECE WTRPF FTD TWN 06/CS | $3,391.68 | 0.00% | 48.00 | 174-170-30-12-023 | 4722 | Regal - West | Regal - West |
| WR FLEECE WTRPF FTD KNG WHT 04/CS | $709.39 | 0.01% | 63.00 | 174-170-30-14-023 | 4724 | Regal - West | Regal - West |

| Inventory Item | Value | % of Total | Quantity | Item Number | Vendor |
|---|---|---|---|---|---|
| WR FLEECE WTRPF FTD QUN WHT 04/CS | $439.20 | 0.01% | 48.00 | 174-170-30-13-023 4723 | Regal - West |
| WR FLEECE WTRPF FTD TWN WHT 06/CS | $195.00 | 0.00% | 30.00 | 174-170-30-11-023 4721 | Regal - West |
| WR M/FLEECE 110 BLNKT FL CREAM 04/CS | $340.74 | 0.00% | 18.00 | 411-203-01-12-013 4286 | Regal - West |
| WR M/FLEECE 110 BLNKT Kg CREAM 02/CS | $280.35 | 0.00% | 9.00 | 411-203-01-14-013 4288 | Regal - West |
| WR M/FLEECE 110 BLNKT Qn CREAM 04/CS | $116,920.65 | 1.34% | 4,081.00 | 411-203-01-13-013 4287 | Regal - West |
| WR M/FLEECE 110 BLNKT Tw CREAM 04/CS | $24,931.83 | 0.28% | 1,419.00 | 411-203-01-11-013 4285 | Regal - West |
| WR PINSTRIPE NW 2PK PLW 20X28 WHT 05/CS | $160.00 | 0.00% | 20.00 | 708-338-24-023 5608 | Regal - West |
| WR PinStrp Poly Newewet 20x28 Plw Tick | $4,511.43 | 0.05% | 3,069.00 | 708-121-01-23-023 4836 | Regal - West |
| WR PinStrp Qld NW 2PK PLW - Jmb DS | $24.00 | 0.00% | 3.00 | | Regal - West |
| WR PLUSH NCK/BCK 26X30 NATURAL 06/CS | $32,734.48 | 0.37% | 2,984.00 | 263-109-04-20-030 5627 | Regal - West |
| WR QLTD SUPT SN 2PK PLW 20X28 WHT 01/CS | $24.45 | 0.00% | 3.00 | 638-338-27-23-023 5561 | Regal - West |
| WR TABLET RR MF PLW NO SZ GREY 01/CS | $54.68 | 0.00% | 4.00 | 146-252-01-00-066 5562 | Regal - West |
| WR VERSAFT RR W/P PAD KG/CK WH 03/CS | $143.64 | 0.00% | 12.00 | 704-235-01-20-023 4443 | Regal - West |
| XFirm Dens 2PK PLW DS - Kg | $21.56 | 0.00% | 2.00 | | Regal - West |
| XFirm Dens 2PK PLW DS - Qn | $319.86 | 0.00% | 35.00 | | Regal - West |
| XFirm Dens 2PK PLW DS - Qn | $443.54 | 0.01% | 55.00 | | Regal - West |
| XFirm Dens 2PK PLW DS - Standard | $31.99 | 0.00% | 7.00 | | Regal - West |
| XFirm Dens PLW DS - Standard | $19.85 | 0.00% | 5.00 | | Regal - West |
| XFirm Dens PLW DS - Qn | | | | | Regal - West |
| XFirm Dens PLW DS - Standard | | | | | Regal - West |
| XFRM PUR GUS 2PK PL/PC SET STD WHT 01/C | $11.78 | 0.00% | 1.00 | 089-385-01-10-023 5907 | Regal - West |
| YLW Com KNIT MAT PRO SPLCK WH 04/CS | $200.98 | 0.00% | 13.00 | 266-223-02-41-023 4091 | Regal - West |
| YLW Com KNIT SWATCH NO SZ Wht 01/CS | $88.74 | 0.00% | 58.00 | 266-006-01-00-023 4820 | Regal - West |
| YLW CONIF KNIT REP MAT PRO CKG WHT 04/C | $1,296.90 | 0.00% | 131.00 | 266-223-02-15-023 5623 | Regal - West |
| **Total - Inventory Item** | $8,752,069.08 | 100.00% | 685,896.00 | | |
| **Total** | $8,752,069.08 | 100.00% | 685,896.00 | | |



EXHIBIT
tabbies
B

# Trademark Records By Trademark

| Owner | Trademark | Country | Appl. Date | , No. | Status | Agent |
|-------|-----------|---------|------------|-------|--------|-------|
| *Client* | *File Reference* | ***Next Renewal Due*** | *Reg. Date* | *, No.* | *Sub Status* | *Supervisor* |

## ALLER-FREE

| Perfect Fit Industries, LLC | ALLER-FREE | United States of America | 10 Mar 1997 | 75254594 | Registered | Laura A. Genovese | |
|---|---|---|---|---|---|---|---|
| | *PFI.5006* | ***24 Feb 2028*** | 24 Feb 1998 | 2138972 | | *Laura Genovese* |  ALLER-FREE |

| Class | 24 |
|---|---|
| Goods | pillow covers |

## ALWAYS FRESH

| Perfect Fit Industries, LLC | ALWAYS FRESH | United States of America | 26 Apr 2010 | 85022699 | Registered | K & G Law LLC | |
|---|---|---|---|---|---|---|---|
| *Perfect Fit Industries, LLC* | *PFI* | ***27 Dec 2021*** | 27 Dec 2011 | 4077676 | | *Laura Genovese* | ALWAYS FRESH |

| Class | 20 |
|---|---|
| Goods | Pillows |

| Class | 24 |
|---|---|
| Goods | Mattress covers; Mattress pads |

## BEDSACK

| Perfect Fit Industries, LLC | BEDSACK | United States of America | 10 Dec 1975 | 73071381 | Registered | Ned E. Barlas | |
|---|---|---|---|---|---|---|---|
| *Perfect Fit Industries, LLC* | *PFI* | ***17 Aug 2026*** | 17 Aug 1976 | 1046409 | | *Laura Genovese* | BEDSACK |

| Class | 24 |
|---|---|
| Goods | MATTRESS PADS |

## BED-SACK

| Perfect Fit Industries, LLC | BED-SACK | Canada | 31 May 1977 | 0411331 | Registered | BORDEN LADNER GERVAIS LLP |
|---|---|---|---|---|---|---|
| | *545* | ***28 Sep 2024*** | 28 Sep 1979 | TMA236184 | | *Laura Genovese* |

| Class | |
|---|---|
| Goods | (1) Mattress pads. |

## BEDSACK BED CLOTHING SINCE 1932

| Perfect Fit Industries, LLC | BEDSACK BED CLOTHING SINCE 1932 | United States of America | 25 Jan 2002 | 76363016 | Registered | K & G Law LLC | |
|---|---|---|---|---|---|---|---|
| | *PFI* | ***21 Sep 2024*** | 21 Sep 2004 | 2887027 | | *Laura Genovese* | |

| Class | 20 |
|---|---|
| Goods | Pillows |

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | **BEDSACK BED CLOTHING SINCE 1932** | United States of America | 6 Oct 2014 | 86415432 | Registered | K & G Law LLC |
| *Perfect Fit Industries, LLC* | *PFI* | **28 Apr 2025** | *28 Apr 2015  4727775* | | | *Laura Genovese* |



| Class | 20 |
|---|---|
| Goods | Mattress toppers |
| Class | 24 |
| Goods | Mattress pads |

## CLEAN & FRESH

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | **CLEAN & FRESH** | United States of America | 1 Mar 2010 | 77947342 | Registered | K & G Law LLC |
| *Perfect Fit Industries, LLC* | *PFI* | **14 May 2023** | *14 May 2013  4335159* | | | *Laura Genovese* |

CLEAN & FRESH

| Class | 24 |
|---|---|
| Goods | Pillow covers |

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | **CLEAN & FRESH** | United States of America | 1 Mar 2010 | 77982535 | Registered | K & G Law LLC |
| *Perfect Fit Industries, LLC* | *PFI* | **1 Nov 2021** | *1 Nov 2011  4050076* | | | *Laura Genovese* |

CLEAN & FRESH

| Class | 20 |
|---|---|
| Goods | Bed pillows; Pillows |
| Class | 24 |
| Goods | Mattress covers; Mattress pads |

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | **CLEAN & FRESH** | United States of America | 19 May 2011 | 85324949 | Registered | K & G Law LLC |
| *Perfect Fit Industries, LLC* | *PFI* | **20 Aug 2023** | *20 Aug 2013  4388573* | | | *Laura Genovese* |

CLEAN & FRESH

| Class | 20 |
|---|---|
| Goods | Beds for household pets; Fitted fabric furniture covers; Pet cushions; Portable beds for pets |
| Class | 24 |
| Goods | Bed sheets; Pet blankets; Sheet sets; Unfitted fabric furniture covers |

## CRIB SACK

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | **CRIB SACK** | Canada | 10 May 1977 | 0410499 | Registered | BORDEN LADNER GERVAIS LLP |
| | *546* | **30 Nov 2024** | *30 Nov 1979  TMA237627* | | | *Laura Genovese* |

| Class | |
|---|---|
| Goods | (1) Quilted sheets, pillow cases and blankets for children's beds and cribs. |

## DIAMOND LOFT

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | **DIAMOND LOFT** | United States of America | 28 Jul 2017 | 87547137 | Registered | Laura A. Genovese |
| | *PFI.1015* | | *20 Feb 2018  5407157* | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 20 Feb 2028 | | Laura Genovese | | DIAMOND LOFT |

**Class** 24
**Goods** Mattress covers; Mattress pads

## DOWNAIRE

| Perfect Fit Industries, LLC | DOWNAIRE | United States of America | 23 May 1997 | 75978018 | Registered | K & G Law LLC |
| Perfect Fit Industries, LLC | PFI | 13 Apr 2019 | 13 Apr 1999 | 2239835 | | Laura Genovese |

**Class** 20
**Goods** pillows

| Perfect Fit Industries, LLC | DOWNAIRE | United States of America | 29 Jul 2002 | 76435127 | Registered | K & G Law LLC |
| Perfect Fit Industries, LLC | PFI | 6 May 2023 | 6 May 2003 | 2713432 | | Laura Genovese | DOWNAIRE |

**Class** 24
**Goods** mattress pads and bed blankets

## FITTED PLUS

| Perfect Fit Industries, LLC | FITTED PLUS | United States of America | 3 Feb 1993 | 74355172 | Registered | K & G Law LLC |
| Perfect Fit Industries, LLC | PFI | 30 Aug 2024 | 30 Aug 1994 | 1851967 | | Laura Genovese | FITTED PLUS |

**Class** 24
**Goods** mattress pads, bed sheets, comforters and pillow covers

## INVISIWIRE

| Perfect Fit Industries, LLC | INVISIWIRE | United States of America | 18 Dec 2012 | 85804962 | Registered | K & G Law LLC |
| Perfect Fit Industries, LLC | PFI | 1 Apr 2024 | 1 Apr 2014 | 4507130 | | Laura Genovese | INVISIWIRE |

**Class** 11
**Goods** Electric blankets not for medical purposes; heated mattress pads not for medical purposes

## JOMO LOFT

| Perfect Fit Industries, LLC | JOMO LOFT | United States of America | 20 Sep 2018 | 88125566 | Pending | Laura A. Genovese |
| | PFI.1017 | | | | | Laura Genovese | JOMO LOFT |

**Class** 20
**Goods** Mattress toppers; Pillows; Fitted fabric furniture covers
**Class** 24
**Goods** Mattress covers; Mattress pads; Unfitted fabric furniture covers

## LUXURY LOFT

| Perfect Fit Industries, LLC | LUXURY LOFT | United States of America | 22 Dec 2008 | 77637615 | Registered | K & G Law LLC |

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | PFI | 12 Jan 2020 | 12 Jan 2010 3738354 | | Laura Genovese | |

LUXURY LOFT

| Class | 24 |
|---|---|
| Goods | Mattress covers |

## MAGIC LOFT

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | MAGIC LOFT | United States of America | 21 Sep 2009 77830699 | Registered | K & G Law LLC | |
| Perfect Fit Industries, LLC | PFI | 18 May 2020 | 18 May 2010 3789880 | | Laura Genovese | |

MAGIC LOFT

| Class | 24 |
|---|---|
| Goods | Mattress covers; Mattress pads |

## MAGIC LOFT CLOUD

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | MAGIC LOFT CLOUD | United States of America | 3 Sep 2014 86384681 | Registered | K & G Law LLC | |
| Perfect Fit Industries, LLC | PFI.0550 | 1 Dec 2025 | 1 Dec 2015 4864163 | | Laura Genovese | |

MAGIC LOFT CLOUD

| Class | 20 |
|---|---|
| Goods | Mattress toppers; Pillows |
| Class | 24 |
| Goods | Mattress covers; Mattress pads |

## MEMORYAIRE

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | MEMORYAIRE | United States of America | 17 Feb 2012 85545999 | Registered | K & G Law LLC | |
| Perfect Fit Industries, LLC | PFI | 29 Oct 2023 | 29 Oct 2013 4426150 | | Laura Genovese | |

MemoryAire

| Class | 20 |
|---|---|
| Goods | Pillows |

## OODLES

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | OODLES | Canada | 14 Sep 2009 1451564 | Registered | BORDEN LADNER GERVAIS LLP | |
| | 547 | 21 Sep 2025 | 21 Sep 2010 TMA777654 | | Laura Genovese | |

| Class | |
|---|---|
| Goods | (1) Pillows; mattress covers; mattress pads |

| | | | | | | |
|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | OODLES | EUTM | 10 Aug 2009 008481202 | Registered | NOVAGRAAF NEDERLAND B.V. | |
| | 548 | 10 Aug 2019 | 21 Jan 2010 008481202 | | Laura Genovese | |

| Class | 20 |
|---|---|
| Goods | Pillows. |
| Class | 24 |
| Goods | Bed sheets; comforters; mattress covers; mattress pads; pillow cases. |

## PERFECT COMFORT

| Perfect Fit Industries, LLC | PERFECT COMFORT | United States of America | 31 May 1985 | 73540733 | Registered | |
| Perfect Fit Industries, LLC | PFI | *14 Jan 2016* | *14 Jan 1986* | *1378147* | | Laura Genovese |

| Class | 24 |
| Goods | BONDED POLYESTER FIBER FOR THERMAL INSULATION SOLD AS A COMPONENT OF MATRESS PADS AND BED CLOTHES |

| Perfect Fit Industries, LLC | PERFECT COMFORT | United States of America | 10 May 2016 | 87031327 | Registered | K & G Law LLC | |
| Perfect Fit Industries, LLC | PFI.1009 | *25 Oct 2026* | *25 Oct 2016* | *5068800* | | Laura Genovese | PERFECT COMFORT |

| Class | 24 |
| Goods | Mattress covers; Mattress pads |

## PERFECT FIT

| Perfect Fit Industries, LLC | PERFECT FIT | United States of America | 2 Sep 1982 | 73383372 | Registered | Ned E. Barlas |
| Perfect Fit Industries, LLC | PFI | *12 Aug 2026* | *12 Aug 1986* | *1404961* | | Laura Genovese |

| Class | 24 |
| Goods | SHEETS, PILLOW CASES, QUILTED BED SPREADS, COMFORTERS, QUILTED MATTRESS AND BOX SPRING COVERS, AND QUILTED PILLOW COVERS |

| Perfect Fit Industries, LLC | PERFECT FIT | United States of America | 7 Feb 1994 | 74487251 | Registered | JORDAN A. LAVINE |
| Perfect Fit Industries, LLC | PFI | *12 Dec 2025* | *12 Dec 1995* | *1941630* | | Laura Genovese |

| Class | 20 |
| Goods | pillows |

## PERFECT FIT PFI INDUSTRIES

| Perfect Fit Industries, LLC | PERFECT FIT PFI INDUSTRIES | China | 17 Aug 2017 | 25907561 | Registered | |
| | PFI.1016 | *27 Nov 2028* | *28 Nov 2018* | *25907561* | | Laura Genovese |

| Class | 24 |
| Goods | Cotton fabrics; bath linen, except clothing; mattress covers; bed clothes (bed linen); bed blankets; bed sheets; towels of textile; shower curtains of textile or plastic; curtains of textile or plastic; door curtains; net curtains; bed curtains; tablecloths, not of paper; furniture coverings of plastic / furniture coverings of textile; pillow shams; pillow cases. |

## PERFECT PUFF

| Perfect Fit Industries, LLC | PERFECT PUFF | United States of America | 31 Dec 1979 | 73244540 | Registered | K & G Law LLC |
| Perfect Fit Industries, LLC | PFI | *9 Aug 2023* | *9 Aug 1983* | *1247692* | | Laura Genovese |

| Class | 17 |
| Goods | Polyester Fiber-Fill |

## PFI PERFECT FIT INDUSTRIES & Design

| Perfect Fit Industries, LLC | PFI PERFECT FIT INDUSTRIES & Design | China | 28 Jun 2018 | 31905984 | Pending | Azimarc IP |
| | *PFI.1016* | | | | | *Laura Genovese* |

| Class | 11 |
|---|---|
| Goods | blankets, electric, not for medical purposes; heating pads [cushions], electric , not for medical purpose |
| Class | 20 |
| Goods | bedding, except linen; mattresses; cushions; pillows; curtain rods; curtain rings |

## PILLOW BED

| Perfect Fit Industries, LLC | PILLOW BED | United States of America | 24 May 1994 | 74528878 | Registered | Laura A. Genovese |
| | *PFI.1013* | *14 Jan 2027* | 14 Jan 1997 | 2030614 | | *Laura Genovese* |

| Class | 24 |
|---|---|
| Goods | mattress pads |

## PURE SLEEP

| Perfect Fit Industries, LLC | PURE SLEEP | United States of America | 6 Jun 1995 | 74685025 | Registered | K & G Law LLC |
| *Perfect Fit Industries, LLC* | *PFI* | *10 Aug 2019* | 10 Aug 1999 | 2269303 | | *Laura Genovese* |

| Class | 20 |
|---|---|
| Goods | pillows |
| Class | 24 |
| Goods | mattress pads |

## REPELZ

| Perfect Fit Industries, LLC | REPELZ | United States of America | 18 Feb 2010 | 77938615 | Registered | K & G Law LLC |
| *Perfect Fit Industries, LLC* | *PFI* | *28 Dec 2020* | 28 Dec 2010 | 3898247 | | *Laura Genovese* |

REPELZ

| Class | 24 |
|---|---|
| Goods | Mattress covers; Mattress pads |

## REST REMEDY

| Perfect Fit Industries, LLC | REST REMEDY | United States of America | 31 Jul 2015 | 86711776 | Registered | K & G Law LLC |
| *Perfect Fit Industries, LLC* | *PFI.1005* | *13 Sep 2026* | 13 Sep 2016 | 5042582 | | *Laura Genovese* |

REST REMEDY

| Class | 20 |
|---|---|
| Goods | Bed pillows; Mattress toppers; Pillows |
| Class | 24 |
| Goods | Bed covers; Bed sheets; Fitted bed sheets; Flat bed sheets; Mattress pads; Pillow cases; Pillow covers; Sheet sets |

## SAFE & WARM

| | SAFE & WARM | | 27 Nov 2002 | 76470457 | Registered | |

| Perfect Fit Industries, LLC | | United States of America | | | K & G Law LLC | SAFE & WARM |
| Perfect Fit Industries, LLC | PFI | 10 Aug 2024 | 10 Aug 2004 2872361 | | Laura Genovese | |

| Class | 24 |
| Goods | mattress pads |

## SAFE AND WARM

| Perfect Fit Industries, LLC | SAFE AND WARM | United States of America | 23 Aug 1985 73555183 | Registered | JORDAN A. LAVINE | |
| Perfect Fit Industries, LLC | PFI | 22 Apr 2026 | 22 Apr 1986 1390835 | | Laura Genovese | |

| Class | 24 |
| Goods | SELF-HEATING MATTRESS PAD |

## SLUMBER SOFT

| Perfect Fit Industries, LLC | SLUMBER SOFT | United States of America | 5 Mar 2001 76219667 | Registered | K & G Law LLC | SLUMBER SOFT |
| Perfect Fit Industries, LLC | PFI | 15 Jul 2023 | 15 Jul 2003 2737902 | | Laura Genovese | |

| Class | 20 |
| Goods | pillows |

## SOFT HEAT

| Perfect Fit Industries, LLC | SOFT HEAT | United States of America | 30 Mar 1999 75670344 | Registered | K & G Law LLC | |
| Perfect Fit Industries, LLC | PFI | 8 Oct 2022 | 8 Oct 2002 2632164 | | Laura Genovese | |

| Class | 24 |
| Goods | bed blankets and mattress pads |

## TAILOR FIT

| Perfect Fit Industries, LLC | TAILOR FIT | United States of America | 11 Nov 2005 78751891 | Registered | K & G Law LLC | TAILOR FIT |
| Perfect Fit Industries, LLC | PFI | 20 Nov 2027 | 20 Nov 2007 3339382 | | Laura Genovese | |

| Class | 24 |
| Goods | Fitted bed skirts sold as an integral component of mattress pads |

## TEMPACOOL

| Perfect Fit Industries, LLC | TEMPACOOL | United States of America | 12 Oct 2015 86784544 | Registered | | TempaCool |
| Perfect Fit Industries, LLC | PFI.1006 | 22 Nov 2026 | 22 Nov 2016 5088091 | | Laura Genovese | |

| Class | 20 |
| Goods | Mattress toppers; Pillows |
| Class | 24 |
| Goods | Bed blankets; Bed sheets; Mattress covers; Mattress pads; Pillow cases |

## THE WORLD'S SAFEST HEATED MATTRESS PAD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | THE WORLD'S SAFEST HEATED MATTRESS PAD | United States of America | 13 Feb 2003 | 76489738 | Registered | K & G Law LLC | |
| *Perfect Fit Industries, LLC* | *PFI* | **18 May 2024** | 18 May 2004 | 2844108 | | *Laura Genovese* | THE WORLD'S SAFEST HEATED MATTRESS PAD |

| | |
|---|---|
| Class | 24 |
| Goods | mattress pads |

## ULTRASOFT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | ULTRASOFT | United States of America | 6 Aug 2007 | 77248250 | Registered | Ned E. Barlas | |
| *Perfect Fit Industries, LLC* | *PFI* | **19 Oct 2020** | 19 Oct 2010 | 3864798 | | *Laura Genovese* | ULTRASOFT |

| | |
|---|---|
| Class | 24 |
| Goods | Mattress pads and mattress covers not for use in the hospitality and healthcare industries and not for use in hot tubs, bathtubs, and swimming pools |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | ULTRASOFT | United States of America | 6 Aug 2007 | 77977910 | Registered | Ned E. Barlas | |
| *Perfect Fit Industries, LLC* | *PFI* | **27 Oct 2019** | 27 Oct 2009 | 3703533 | | *Laura Genovese* | ULTRASOFT |

| | |
|---|---|
| Class | 20 |
| Goods | Bed pillows not for use in the hospitality and healthcare industries and not for use in hot tubs, bathtubs, and swimming pools |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | ULTRASOFT | United States of America | 21 May 2013 | 85982649 | Registered | K & G Law LLC | |
| *Perfect Fit Industries, LLC* | *PFI* | **7 Oct 2024** | 7 Oct 2014 | 4618407 | | *Laura Genovese* | ULTRASOFT |

| | |
|---|---|
| Class | 20 |
| Goods | Mattress toppers; fitted fabric slipcovers for furniture, not for use in the hospitality and healthcare industries |
| Class | 24 |
| Goods | Bed blankets, bed sheets pillow covers, and comforters, not for use in the hospitality and healthcare industries |

## VERSAFIT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | VERSAFIT | United States of America | 7 Oct 2016 | 87196478 | Registered | Laura A. Genovese | |
| | *PFI.1014* | **3 Oct 2027** | 3 Oct 2017 | 5303208 | | *Laura Genovese* | VERSAFIT |

| | |
|---|---|
| Class | 20 |
| Goods | Mattress cushions; Mattress toppers |
| Class | 24 |
| Goods | Mattress covers; Mattress pads; Bed sheets |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Perfect Fit Industries, LLC | VERSAFIT | United States of America | 7 Dec 2018 | 88220837 | Pending | Laura A. Genovese | |
| | *PFI.1018* | | | | | *Laura Genovese* | VERSAFIT |

| | |
|---|---|
| Class | 20 |
| Goods | Fitted fabric furniture covers |

| Class | 24 |
| --- | --- |
| Goods | Bed sheets; Unfitted fabric furniture covers |

## WARM-ME-UP

| Perfect Fit Industries, LLC | WARM-ME-UP | United States of America | 22 Apr 2015 | 86606303 | Registered | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| *Perfect Fit Industries, LLC* | *PFI.1002* | **29 Dec 2025** | **29 Dec 2015** | **4877133** | | *Laura Genovese* | WARM-ME-UP |

| Class | 11 |
| --- | --- |
| Goods | electrically heated blankets and throws not for medical purposes |

## WELLREST

| Perfect Fit Industries, LLC | WELLREST | United States of America | 11 Apr 1994 | 75975947 | Registered | Ned E. Barlas | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| *Perfect Fit Industries, LLC* | *PFI* | **20 May 2027** | **20 May 1997** | **2064158** | | *Laura Genovese* | |

| Class | 24 |
| --- | --- |
| Goods | mattress pads |

| Perfect Fit Industries, LLC | WELLREST | United States of America | 10 Aug 2010 | 85104032 | Registered | K & G Law LLC | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| *Perfect Fit Industries, LLC* | *PFI* | **28 May 2023** | **28 May 2013** | **4342937** | | *Laura Genovese* | WELLREST |

| Class | 20 |
| --- | --- |
| Goods | Pillows |

## WRAP-ME-UP

| Perfect Fit Industries, LLC | WRAP-ME-UP | United States of America | 22 Apr 2015 | 86606304 | Registered | K & G Law LLC | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| *Perfect Fit Industries, LLC* | *PFI.1001* | **19 Jan 2026** | **19 Jan 2016** | **4888359** | | *Laura Genovese* | WRAP-ME-UP |

| Class | 11 |
| --- | --- |
| Goods | heated blankets and throws |

*TM Administrator - END OF REPORT*

**Fill in this information to identify the case:**

Debtor name **Perfect Fit Industries, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Regal West Corp. dba Regal Logistics**

Creditor's Name

**Attn: Randy Neeves
6500 26th Street East
Fife, WA 98424**

Creditor's mailing address

**randy.neeves@regallogistics.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Inventory-held by Regal Logistics, 2201 East Cerritos Ave., Anaheim, CA 92806-See Exhibit A**

Describe the lien
**Possible warehouseman's lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

$525,002.03 | $800,000.00

---

**2.2** **SV Logistics**

Creditor's Name

**15320 Gundry Ave. #7
Paramount, CA 90723**

Creditor's mailing address

**rene@svlogisticscorp.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Finished Goods in 2 shipping containers held by SV Logistics, 15320 Gundry Ave. #7, Compton, CA 90723**

Describe the lien
**Possible warehouseman's lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$16,189.36 | Unknown

Debtor __**Perfect Fit Industries, LLC**__  Case number (if known) _____
     Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **The Pillow Company** | | Describe debtor's property that is subject to a lien | $82,637.99 | Unknown |

Creditor's Name

**Attn:  Jim Stanton,
President
PO Box 4108
Dalton, GA 30721**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Goods held for resale at The Pillow Co., Attn:
Jim Stanton PO Box 4108 Dalton, GA 30721 -
See Exhibit A**

Describe the lien
**Possible warehouseman's lien**
Is the creditor an insider or related party?

**pillow@windstream.net**

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **Wells Fargo Bank, NA** | | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

Creditor's Name

**100 Park Ave.
New York, NY 10017**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All present and future assets of Debtor; credit
agreement terminated 6/11/20 but UCC not
cancelled**

Describe the lien
**Florida UCC lien**
Is the creditor an insider or related party?

**curtis.foye@wellsfargo.co
m**

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
9/26/2019**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$623,829.38**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Perfect Fit Industries, LLC**
Name

Case number (if known)

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SV Logistics Trans Corp.**<br>**19818 Alameda St.**<br>**Compton, CA 90221** | Line __2.2__ | |
| **Wells Fargo Bank, NA**<br>**Commercial Services Group**<br>**1100 Abernathy Rd. Bldg. 500**<br>**15th Floor**<br>**Atlanta, GA 30328** | Line __2.4__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name **Perfect Fit Industries, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| **California Dept. of Tax Adm.**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    50727                    Best Case Bankruptcy

| Debtor | **Perfect Fit Industries, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Mecklenburg County Tax Collector
Business Tax Collections
PO Box 32728
Charlotte, NC 28232-2728**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC Dept of Revenue Bankruptcy
Unit
PO Box 1168
Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NH Dept. Revenue Administration
109 Pleasant St.
Concord, NH 03301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,442.80 |
|---|---|---|---|

**ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8396**

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**ADVANCED EXCAVATION & PAVING
PO BOX 581
Suncook, NH 03275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5595**

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,630.00 |

**AMERICAN EXPRESS**
PO Box 1270
Newark, NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card**

Last 4 digits of account number  **1006**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.03 |

**AVI FOOD SYSTEMS INC**
2590 ELM ROAD NE
Warren, OH 44483

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7684**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $654.00 |

**BOYLE FREDRICKSON NEWHOLM STEIN & GRATZ**
840 N PLANKINTON AVE
MILWAUKEE, WI 53203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9434**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Brady Sullivan Properties**
Attn:  Megan E. Hinson, In House Counsel
670 N. Commercial St., Suite 303
Manchester, NH 03101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.02 |

**BROADVIEW NETWORKS**
PO BOX 9242
UNIONDALE, NY 11555-9242

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4684**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,851.00 |

**C.H. ROBINSON**
3525 WHITEHALL PARK DRIVE
BLDG 6 SUITE 200
CHARLOTTE, NC 28273

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **0801**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.89 |

**CAROLINA BUSINESS SUPPLIES**
PO BOX 681027
Charlotte, NC 28216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8468**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $674,560.00 |
|---|---|---|---|

**CIBC Bank USA**
**120 S. LaSalle St.**
**Chicago, IL 60603**

Date(s) debt was incurred  04/27/2020

Last 4 digits of account number  7207

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan $674,560.00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,031.00 |
|---|---|---|---|

**COMMERCE HUB**
**25736 NETWORK PLACE**
**CHICAGO, IL 60673-1257**

Date(s) debt was incurred  _

Last 4 digits of account number  5282

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,486.00 |
|---|---|---|---|

**COMPLETE STAFFING SOLUTIONS**
**PO BOX 75343**
**CHICAGO, IL 60675-5343**

Date(s) debt was incurred  _

Last 4 digits of account number  8636

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,586,975.67 |
|---|---|---|---|

**CROSS RIVER, LLC**
**1184 HUNTING COUNTRY RD.**
**Tryon, NC 28782**

Date(s) debt was incurred  11/20/17

Last 4 digits of account number  6387

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Working capital loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**CROSS RIVER, LLC**
**1184 HUNTING COUNTRY RD.**
**Tryon, NC 28782**

Date(s) debt was incurred  _

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accrued Board Member fees**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254,394.37 |
|---|---|---|---|

**CROSS RIVER, LLC**
**1184 Hunting Country Rd.**
**Tryon, NC 28782**

Date(s) debt was incurred  8/1/19 - 6/27/20

Last 4 digits of account number  6387

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accrued unpaid interest on working capital loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,350.00 |
|---|---|---|---|

**CROSS RIVER, LLC**
**1184 Hunting Country Rd.**
**Tryon, NC 28782**

Date(s) debt was incurred  10/31/19

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advanced fee for tax prep Farris, Cooke & Assoc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329,166.07**

CROSS RIVER, LLC
1184 Hunting Country Rd.
Tryon, NC 28782

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Outstanding 2017 Dividends__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,610.00**

DILLON BOILDER SERVICES CO.
680 CRAWFORD STREET
Fitchburg, MA 01420-6898

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9461

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,371.00**

EARTH & SKY STUDIOS LLC
PO BOX 348
TWISP, WA 98856

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  9305

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,895.00**

ECOPLAST LLC
4619 SURF AVENUE
BROOKLYN, NY 11224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0802

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,277.00**

Eddie Bauer Licensing Services, LLC
Attn:  Senior VP, Mkting & Brand Dev.
10401 NE 8th St., Ste. 500
Bellevue, WA 98004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  0017

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136.00**

EVERSOURCE
PO BOX 56003
BOSTON, TX 02205-6603

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  6163

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$351.00**

GLOBAL REGISTRATION SERVICE
1677 S. RESEARCH LOOP
TUCSON, AZ 85710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  3819

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$860.00** |
|---|---|---|---|

**HAL JOHNSON/JJ ASSOC LLC**
**14053 EAST BECKER LANE**
**SCOTTSDALE, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Vendor**

Last 4 digits of account number **1952**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,789.00** |
|---|---|---|---|

**HANGZHOU CHUANGYUAN FEATHER**
**Miaojia Village, Suoqian Town**
**HANGZHOU Zhejiang Province**
 **CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Vendor**

Last 4 digits of account number **8880**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31.49** |
|---|---|---|---|

**HARRIS PILLOW SUPPLY INC.**
**5 PARKER DR.**
**Beaufort, SC 29906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Vendor**

Last 4 digits of account number **9145**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126,804.00** |
|---|---|---|---|

**HUANGSHUN SPRING HOME TEXTILES**
**NO57 HUANGSHAN EAST RD**
**Tunxi Distr**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Vendor**

Last 4 digits of account number **5304**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,222.72** |
|---|---|---|---|

**IBM CORP**
**PO BOX 643600**
**Pittsburgh, PA 15264-5254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Vendor**

Last 4 digits of account number **9794**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,772.00** |
|---|---|---|---|

**INSIGHT GLOBAL**
**4170 Ashford Dunwoody Road**
**Suite 250**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Vendor**

Last 4 digits of account number **9508**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,264.00** |
|---|---|---|---|

**INTERTEK TESTING SERVICE HONG KONG**
**c/o PO Box 405176**
**Atlanta, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Royalties**

Last 4 digits of account number **6275**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,100.00**

**INTERTEK TESTING SERVICES**
**PO BOX 405176**
**ATLANTA, GA 30384-5176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Royalties

Last 4 digits of account number  8654

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$198.00**

**JP PEST SERVICES**
**101 EMERSON RD**
**MILFORD, NH 03055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number  4502

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,109.88**

**K&G LAW LLC**
**602 S.BETHLEHEM PIKE**
**BLDG B 2ND FL**
**AMBLER, PA 19002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Legal Services

Last 4 digits of account number  6201

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,941.96**

**L.A. PILLOW & FIBER**
**P.O. BOX 460**
**MONTEBELLO, CA 90640-0460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number  4580

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,088.26**

**Maria Hernandez**
**c/o Elena Sandoval, Deputy Labor Comm.**
**464 W. 4th St. Room 348**
**San Bernardino, CA 92401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  claim for penalty for late paid wages

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$548.68**

**MERRIMACK HOME TEXTILE**
**ATTN: DAVID DIZAZZO**
**61 OAK ST.**
**Methuen, MA 01844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number  6619

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$744.00**

**MERRIMACK HOME TEXTILE DAVID**
**DIZAZZO**
**61 OAK ST**
**METHUEN, MA 01844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Vendor

Last 4 digits of account number  6619

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,395.00 |
|---|---|---|---|

**METRO GRAPHICS**
**1003A LOUISE AVENUE**
**CHARLOTTE, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6681**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $285.00 |
|---|---|---|---|

**MICHAEL CRAIN**
**968 SOUTH CARMELINA AVE.**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9823**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**MJE CREATIVE SERVICES LLC**
**102 DEEPWATER CIRCLE**
**MANALAPAN, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9321**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,021.60 |
|---|---|---|---|

**NAVISITE LLC**
**LOCKBOX #5138**
**PO BOX 7247**
**PHILADELPHIA, PA 19170-5138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8994**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $17,725.00 |
|---|---|---|---|

**NEW HAMPSHIRE HYDRO ASSOCIATION**
**55 UNION ST 4TH FL**
**ESSEX HYDRO ASSOC**
**BOSTON, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Utilities**

Last 4 digits of account number  **3949**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,312.50 |
|---|---|---|---|

**NH ELEVATOR INC**
**548 DONALD ST. UNIT 5**
**BEDFORD, NH 03110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6963**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,231.50 |
|---|---|---|---|

**NIELSEN COMPANY**
**PO BOX 88956**
**CHICAGO, IL 60695-8956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8505**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $582.00 |
|---|---|---|---|

**OLD DOMINION FREIGHT LINE**
PO BOX 198475
ATLANTA, GA 30384-8475

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8144**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,206.00 |
|---|---|---|---|

**ONE WORKS BUSINESS SOLUTIONS**
2425 NORTH CENTER STREET
BOX 155
HICKORY, NC 28601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7182**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,893.00 |
|---|---|---|---|

**OPEN TEXT INC**
24685 NEWTON PLACE
C/O JP MORGAN LOTBOX
CHICAGO, IL 60673-1246

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9583**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,576.00 |
|---|---|---|---|

**OPTIMAX MANAGEMENT LLC**
15317 78TH AVE SE
SNOHOMISH, WA 98296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8628**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,574.00 |
|---|---|---|---|

**PACKAGING CORPORATION OF AMERICA**
PO BOX 51584
LOS ANGELES, CA 90051-5884

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8520**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,105.00 |
|---|---|---|---|

**PANITCH SCHWARZSE BELISARIO &
NADEL LLP**
TWO COMMERCE SQUARE SUITE 2800
2001 MARKET ST
PHILADELPHIA, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **5444**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.00 |
|---|---|---|---|

**PHARR TECHNOLOGIES**
125 S.TRADE STREET
SHELBY, NC 28150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7692**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Perfect Fit Industries, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $79.00 |
|---|---|---|---|

**PMA INSURANCE GROUP**
**PO BOX 824857**
**PHILADELPHIA, PA 19182-4857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Insurance provider**

Last 4 digits of account number  **6672**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,562.00 |
|---|---|---|---|

**POLY-PACK INDUSTRIES**
**125 SPAGNOLI ROAD**
**MELVILLE, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number  **3518**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,376.26 |
|---|---|---|---|

**PREMIERE GLOBAL SERVICES**
**PO BOX 404351**
**ATLANTA, GA 30384-4351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number  **2592**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $209.14 |
|---|---|---|---|

**PURE WATER PARTNERS**
**DEPT CH 404351**
**Palatine, IL 60055-9648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $451.08 |
|---|---|---|---|

**QUILL**
**PO BOX 37600**
**PHILADELPHIA, PA 19101-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number  **7132**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,481.00 |
|---|---|---|---|

**R.B. ALLEN CO INC**
**PO BOX 770**
**NORTH HAMPTON, NH 03862-0770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vendor**

Last 4 digits of account number  **6111**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,707.50 |
|---|---|---|---|

**RANSMEIER & SPELLMAN**
**ONE CAPITOL STREET**
**Concord, NH 03302-0600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Legal fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Perfect Fit Industries, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$208,930.00**

**RASTORM INTERNATIONAL LTD**
**NO. 1 GUOHAI ROAD**
**Zhangmutou Town**
**Dongduan City, 523635**
**CHINA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **7537**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17.00**

**READY REFRESH**
**PO BOX 856192**
**LOUISVILLE, KY 40285-6192**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **6551**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,633.42**

**RICOH USA INC**
**PO BOX 827577**
**PHILADELPIA, PA 19182-7577**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Service agreement four leased copy machines**

Last 4 digits of account number  **3536**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$302.00**

**ROBERT H BARON**
**925 LONG MEADOW DRIVE**
**SCHAUMBURG, IL 60193-3951**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **1135**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,009.31**

**ROBERTS ENERGY**
**237 ALBANY ST.**
**Springfield, MA 01105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **8791**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,250.00**

**SALSIFY INC.**
**101 FEDERAL STREET SUITE 2600**
**Boston, MA 02110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **8801**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,364.34**

**SEGRA**
**PO BOX 603030**
**CHARLOTTE, NC 28260-3030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **8097**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Shanghai Shenda Import & Export, Ltd.**
**Room 1105, 11/F**
**Wing Tuck Commercial Centre**
**No. 183 Wing Lok St.**
**Sheung Wan, HONG KONG**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/20**

Basis for the claim:  **Loan to pay settlement to Bedford Cottage, LLC**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,900.00** |
|---|---|---|---|

**SITE ELECTRONICS INC**
**502 DEBORAH RD**
**WEST BEND, WI 53095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **License agreement**

Last 4 digits of account number  **1947**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,466.00** |
|---|---|---|---|

**SKUFCA LAW**
**1514 S CHURCH STREET**
**SUITE 101**
**CHARLOTTE, NC 28203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number  **9111**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,172.00** |
|---|---|---|---|

**Solid Design Solutions**
**8400 Coral Sea Street NE**
**Suite1800**
**Saint Paul, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6868**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,026.00** |
|---|---|---|---|

**SOLOMON COLORS**
**4050 COLOR PLANT RD.**
**Springfield, IL 62702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6850**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,300.00** |
|---|---|---|---|

**STEVE MILLER**
**3321 RICHARDS CROSSING**
**Fort Mill, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **9559**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**TAYLOR COMMUNICATIONS**
**PO BOX 840655**
**DALLAS, TX 75284-0655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8202**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,601.95** |
|---|---|---|---|

**TB ALLEN & ASSOC.**
**2950 XENIUM LANE SUITE 102**
**PLYMOUTH, MN 55441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __4141__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$527.18** |
|---|---|---|---|

**TEXTILES DIRECT**
**ATTN: NANCY FELDMAN**
**46 ORCHARD DR.**
**Woodbury, NY 11797**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,688.00** |
|---|---|---|---|

**TRACY ADAMS**
**3321 RICHARDS CROSSING**
**Fort Mill, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __8661__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$769.00** |
|---|---|---|---|

**UL GmbH**
**75 REMITTANCE DRIVE SUITE# 1893**
**CHICAGO, IL 60675-1893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __5638__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00** |
|---|---|---|---|

**UL LLC**
**75 REMITTANCE DRIVE SUITE# 1524**
**CHICAGO, IL 60675-1524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __5662__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,273.00** |
|---|---|---|---|

**ULINE**
**PO BOX 88741**
**ACCT RECEIVABLE**
**CHICAGO, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number __1096__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,609.00** |
|---|---|---|---|

**UNITED PARCEL SERVICE - PHILADELPHIA**
**PO BOX 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,694.00 |
|---|---|---|---|

**UPS SUPPLY CHAIN SOLUTIONS**
**28013 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4699**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $156.13 |
|---|---|---|---|

**VERIZON**
**PO BOX 660108**
**Dallas, TX 75266-0108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,441.40 |
|---|---|---|---|

**WASTE MANAGEMENT OF NEW HAMPTON**
**NH HAULI**
**PO BOX 13648**
**PHILADELPHIA, PA 19101-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6681**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,271.68 |
|---|---|---|---|

**WELLS FARGO FINANCIAL SERVICES**
**PO BOX 740540**
**ATLANTA, GA 30374-0540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease four copy machines**

Last 4 digits of account number  **7123**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $497.29 |
|---|---|---|---|

**WINDSTREAM**
**PO BOX 9001013**
**LOUISVILLE, KY 40290-1013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **7713**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,110.00 |
|---|---|---|---|

**WORLDSYNC INC**
**DEPT 781341**
**PO BOX 78000**
**DETROIT, MI 48278-1341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6307**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,597.00 |
|---|---|---|---|

**ZHANGJIAGANG HOMY HOME PRODUCTS**
**ROOM 1717 GUOTAI ORIENT PLAZA**
**#9 Renmin Rd E**
**215600**
**CHINA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **4765**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Perfect Fit Industries, LLC** | | Case number (if known) | |
| | Name | | | |

| 3.87 | Nonpriority creditor's name and mailing address | As the petition filing date, the claim is: Check all that apply. | $26,412.00 |
| | **ZHEJIANG SHUOQI HOME TEXTILE PRODUCTS CO LTD.** | | |
| | **No. 3 Wangongchi Road** | ☐ Contingent | |
| | **Yuyao Zhejiang Province** | ☐ Unliquidated | |
| | **CHINA** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **8863** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As the petition filing date, the claim is: Check all that apply. | $1,706.00 |
| | **Zoom Video Communications Inc.** | | |
| | **PO Box 398843** | ☐ Contingent | |
| | **San Francisco, CA 82146-4251** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number  **0021** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express** <br> **Customer Service** <br> **PO Box 981531** <br> **El Paso, TX 79998-1531** | Line  **3.3** <br><br> ☐  Not listed. Explain ____ | **1006** |
| 4.2 | **Brown & Joseph, LLC** <br> **Attn: Angela Keene** <br> **One Pierce Pl.** <br> **Suite 700W** <br> **Itasca, IL 60143** | Line  **3.25** <br><br> ☐  Not listed. Explain ____ | **0702** |
| 4.3 | **Leasing Connection** <br> **Attn:  Mary Turner** <br> **PO Box 9115** <br> **Macon, GA 31210** | Line  **3.61** <br><br> ☐  Not listed. Explain ____ | **1275** |
| 4.4 | **Ross R. Fulton** <br> **Rayburn Cooper & Durham, PA** <br> **227 West Trade St. Ste 1200** <br> **Charlotte, NC 28202** | Line  **3.13** <br><br> ☐  Not listed. Explain ____ | _ |
| 4.5 | **Ross R. Fulton** <br> **Rayburn Cooper & Durham, PA** <br> **227 West Trade St. Ste 1200** <br> **Charlotte, NC 28202** | Line  **3.14** <br><br> ☐  Not listed. Explain ____ | _ |
| 4.6 | **Ross R. Fulton** <br> **Rayburn Cooper & Durham, PA** <br> **227 West Trade St. Ste 1200** <br> **Charlotte, NC 28202** | Line  **3.15** <br><br> ☐  Not listed. Explain ____ | _ |
| 4.7 | **Ross R. Fulton** <br> **Rayburn Cooper & Durham, PA** <br> **227 West Trade St. Ste 1200** <br> **Charlotte, NC 28202** | Line  **3.16** <br><br> ☐  Not listed. Explain ____ | _ |

| Debtor | **Perfect Fit Industries, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Shanghi Shenda Import & Export** <br> **Shenda International** <br> **Mansion No. 1500** <br> **Jiangning Rd.** <br> **SHANGHAI 200060, PRC** | Line  **3.66** <br><br> ☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 11,309,632.12 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 11,309,632.12 |

Fill in this information to identify the case:

Debtor name   **Perfect Fit Industries, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Application design and maintenance** |
| State the term remaining  **none** | Design Center, Inc.<br>Attn:  Jayson Heffner<br>2040 Saint Clair Ave.<br>Saint Paul, MN 55105 |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Use of Licensed Marks with licensed products within a certain territory/royalties** |
| State the term remaining  **Through 12/31/2022** | Eddie Bauer Licensing Services, LLC<br>Attn:  Senior VP, Mkting & Brand Dev.<br>10401 NE 8th St., Ste. 500<br>Bellevue, WA 98004 |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Staffing services** |
| State the term remaining | Insight Global, LLC<br>Attn:  Legal Dept.<br>4170 Ashford Dunwoody Rd.<br>Suite 250<br>Atlanta, GA 30319 |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Digital marketing and advertising** |
| State the term remaining  **None** | Intellisea, LLC<br>Attn:  Joe Krystofik<br>221 Gilpin Ln.<br>McKinney, TX 75071 |
| List the contract number of any government contract | |

| Debtor 1 | **Perfect Fit Industries, LLC** | | Case number (*if known*) |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **NOTICE PURPOSES for Rastorm Internation Ltd., Ningbo Dingduan Elecrtical Appliances Co., and Ningbo Royal Peace Household Products Co.** | |
|---|---|---|---|
| | State the term remaining | | **Intertek Testing Services NA Inc.** |
| | List the contract number of any government contract | | **545 East Algonquin Rd.** |
| | | | **Arlington Heights, IL 60005** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **Through Jan. 7, 2021** | **Ken Hedrick** |
| | List the contract number of any government contract | | **8236 Cornhill Ave.** |
| | | | **Charlotte, NC 28277** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Utility agreement** | |
|---|---|---|---|
| | State the term remaining | | **New Hampshire Hydro Associates** |
| | | | **c/o Essex Hydro Associates** |
| | List the contract number of any government contract | | **Attn: Andrew Locke** |
| | | | **55 Union St., 4th Floor** |
| | | | **Boston, MA 02108** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **License to use marks for Heated Blanket** | |
|---|---|---|---|
| | State the term remaining | | **Ningbo Dingduan Electric Appliances Co.** |
| | List the contract number of any government contract | | **No. 3 Wangongchi Rd., Yuyao, Ningbo** |
| | | | **Zhejiang** |
| | | | **CHINA** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **License to use marks - Heated Blankets** | |
|---|---|---|---|
| | State the term remaining | | **Ningbo Royal Peace Household Products Co** |
| | | | **No. 269 Yindong South Rd., Yinzhou** |
| | List the contract number of any government contract | | **Industrial Park** |
| | | | **Ningbo, Zhejiang** |
| | | | **CHINA** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Product Design** | |
|---|---|---|---|
| | | | **NTS Technical Systems** |
| | | | **7800 Highway 20 West** |
| | | | **Huntsville, AL 35806** |

Debtor 1   **Perfect Fit Industries, LLC**

First Name      Middle Name      Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **None** | |
| List the contract number of any government contract _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Wifi product design/blankets** | |
|---|---|---|---|
| | State the term remaining | **None** | **Parham Santana** |
| | List the contract number of any government contract _____ | | **480 6th Ave.**<br>**Suite 106**<br>**New York, NY 10010** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **License to use marks for Electrically Heated Bedding** | |
|---|---|---|---|
| | State the term remaining | | **Rastorm Intermation Ltd.** |
| | List the contract number of any government contract _____ | | **No. 1, Guohai Rd., Chenwubei Village**<br>**ChangpintTown DONGGUAN**<br>**Guangdong 523582**<br>**CHINA** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Regal West Corp. Service and Rate Agreement - from port to sale services - receive, hold, store and handle products for Debtor in Regal warehouses, prepare goods for shipment with Regal personnel, ship goods for Debtor and related services Through 4/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Regal West Corp. dba Regal Logistics** |
| | List the contract number of any government contract _____ | | **6500 26th Street East**<br>**Fife, WA 98424** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark License Agreement** | |
|---|---|---|---|
| | State the term remaining | **None** | **Serta, Inc.** |
| | List the contract number of any government contract _____ | | **c/o Beth E. Rogers**<br>**Rogers Law Firm**<br>**100 Peachtree St., Ste. 1950**<br>**Atlanta, GA 30303** |

7/24/20 9:06AM

| Debtor 1 | **Perfect Fit Industries, LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty agreement related to sale of patents** | |
|---|---|---|---|
| | State the term remaining | **Through 2035** | **Site Electronics, Inc.**<br>**Attn: Shirley Carr, President**<br>**4502 Deborah Rd.**<br>**West Bend, WI 53095** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Product development** | |
|---|---|---|---|
| | State the term remaining | | **Solid Design Solutions**<br>**8400 Coral Sea Street NE**<br>**Suite 1800**<br>**Saint Paul, MN 55112** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of corporate space $12,065/month** | |
|---|---|---|---|
| | State the term remaining | **Through 8/31/2021** | **Souder Properties, Inc.**<br>**4614 B-1 Wilgrove Mint Hill Rd.**<br>**Charlotte, NC 28227** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Intellectual property license agreement** | |
|---|---|---|---|
| | State the term remaining | **Through May, 2022** | **Ther-A-Pedic Associates, Inc.**<br>**103 College Road East**<br>**2nd Floor**<br>**Princeton, NJ 08540** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of four Ricoh copy machines - Account 431275** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Vendor Financial Services**<br>**Mary Turner**<br>**PO Box 9115**<br>**Macon, GA 31210** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name     **Perfect Fit Industries, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ | _____ | ☐ D |
| | | Street _____ | | ☐ E/F |
| | | | | ☐ G |
| | | City      State      Zip Code | | |
| 2.2 | _____ | _____ | _____ | ☐ D |
| | | Street _____ | | ☐ E/F |
| | | | | ☐ G |
| | | City      State      Zip Code | | |
| 2.3 | _____ | _____ | _____ | ☐ D |
| | | Street _____ | | ☐ E/F |
| | | | | ☐ G |
| | | City      State      Zip Code | | |
| 2.4 | _____ | _____ | _____ | ☐ D |
| | | Street _____ | | ☐ E/F |
| | | | | ☐ G |
| | | City      State      Zip Code | | |

---

**Fill in this information to identify the case:**

Debtor name    **Perfect Fit Industries, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other | **$4,585,898.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$24,911,097.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$36,297,713.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

---

Debtor    **Perfect Fit Industries, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Exhibit C** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | **CROSS RIVER, LLC**<br>**1184 Hunting Country Rd.**<br>**Tryon, NC 28782**<br>**Parent of PFIH which is parent of Debtor** | **1/27/20** | **$60,000.00** | **Interest on working capital loan for interest due monthly May, 2019 - Dec., 2019 ($7500/mo accrued)** |
| 4.2. | **CROSS RIVER, LLC**<br>**1184 Hunting Country Rd.**<br>**Tryon, NC 28782**<br>**Parent of PFIH which is parent of Debtor** | **12/21/19** | **$75,000.00** | **Earned Board Member Fees** |
| 4.3. | **CROSS RIVER, LLC**<br>**1184 Hunting Country Rd.**<br>**Tryon, NC 28782**<br>**Parent of PFIH which is parent of Debtor** | **1/21/2020** | **$75,000.00** | **Earned Board Member fees** |
| 4.4. | **CROSS RIVER, LLC**<br>**1184 HUNTING COUNTRY RD.**<br>**Tryon, NC 28782**<br>**Parent of PFIH which is parent of Debtor** | **10/30/2019** | **$500,000.00** | **Principal payment on working capital loan** |
| 4.5. | **CROSS RIVER, LLC**<br>**1184 HUNTING COUNTRY RD.**<br>**Tryon, NC 28782**<br>**Parent of PFIH which is parent of Debtor** | **12/4/2019** | **$300,000.00** | **Principal payment on working capital loan** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Perfect Fit Industries, LLC** _____   Case number _(if known)_ _____

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **SV Logistics**<br>**15320 Gundry Ave. #7**<br>**Paramount, CA 90723** | **Seized 2 shipment containers of inventory**<br>Last 4 digits of account number: _____ | **June, 2020** | **Unknown** |
| **Regal West Corp. dba Regal Logistics**<br>**6500 26th Street East**<br>**Fife, WA 98424** | **Seized all inventory in CA warehouse; stopped shipping sold product**<br>Last 4 digits of account number: _____ | **6/12/20** | **Unknown** |
| **The Pillow Company**<br>**Attn: Jim Stanton, President**<br>**PO Box 4108**<br>**Dalton, GA 30719** | **Seized inventory; stopped shipping sold product**<br>Last 4 digits of account number: _____ | | **Unknown** |

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Bedford Cottage, LLC v. Perfect Fit Industries, LLC f/k/a Thomas Hodgson and Sons, Inc. and Perfect Fit Yarn, LLC**<br>**217-2019-CV-00842** | **Breach of Contract/Sublease Agreement regarding space at 25 Canal Street, Suncook, NH 03275 Settlement Agreement entered 3/4/2020** | **5 Court St.**<br>**Concord, NH 03301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Maria Hernandez v. Perfect Fit Industries, LLC**<br>**WC-CM-793250** | **Notice of Claim for penalty for failing to timely pay wages - penalty claim for $6088.26** | **CA Dept of Industrial Relations**<br>**Labor Commissioner's Office**<br>**646 W. 4th St., Room 348**<br>**San Bernardino, CA 92401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

7/24/20 9:06AM

Debtor    **Perfect Fit Industries, LLC**                          Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **$96,500 was wired from CIBC acccount to an account at HSBC - wire request was fraudulent - despite requests to CIBC funds were never recovered; insurance paid a portion of loss on 7/22/19** | **$75,000 paid after insurance claim** | **5/10/19** | **$21,500.00** |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Grier Wright Martinez, PA**<br>**521 E. Morehead St. Ste 440**<br>**Charlotte, NC 28202** | | **6/30/20** | **$25,000.00** |
| | Email or website address<br>**www.grierlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Skufca Law, LLC**<br>**1514 S. Church St.**<br>**Suite 101**<br>**Charlotte, NC 28203** | | **May, 2020** | **$1,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

Debtor    **Perfect Fit Industries, LLC**                        Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **See Exhibit D** | | | **$0.00** |
| | **Relationship to debtor** | | | |
| 13.2 | **Wells Fargo Bank, NC 1100 Abernathy Rd., Bldg. 500 15th Floor Atlanta, GA 30328** | **Fee paid for due diligence, audit and eventually termination fee ($10,000)  for factoring agreement.  Agreement was entered into 9/26/19 but thereafter terminated 6/11/2020 prior to any credit advancement.** | | **$35,000.00** |
| | **Relationship to debtor** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **360 Lilac Ln. Rialto, CA 92376** | **12/30/15-6/3/19** |
| 14.2. | **230 Fifth Ave. #1304 New York, NY 10001-7799** | **4/23/10-3/31/20** |
| 14.3. | **25 Canal St. Suncook, NH 03275** | **11/23/2015-6/30/2020** |
| 14.4. | **Shenda International Mansion No. 1500 Jiangning Rd. SHANGHAI 200060** | **Through 6/17/2020** |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | **Perfect Fit Industries, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP Total Source Retirement Savings Plan (Employee funded 401k)** | EIN: **59-2452823** |

  Has the plan been terminated?
  - ■ No
  - ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank 1100 Abernathy Rd. Bldg. 500 15th Floor Atlanta, GA 30328** | **XXXX-4554** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **6/11/20** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Perfect Fit Industries, LLC**                                      Case number *(if known)*

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Regal West Corp. dba Regal Logistics 2201 East Cerritos Ave. Anaheim, CA 92806** | **Regal Logistics Employees** | **Debtor's inventory per a service logistics agreement** | ☐ No ■ Yes |

---

**Part 11:**    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

---

Debtor    **Perfect Fit Industries, LLC**                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| **25.1.**  **Perfect Fit Yarn, LLC (PFY)**<br>**8501 Tower Point Dr.**<br>**Charlotte, NC 28227** | **Historically a yarn manufacturer however no operations in past 3+ years; PFY is a leasee of real property at 55 Canal St., Suncook, NH, property was subleased by Bedford Cottege, LLC, rent collection and payment have been made through Perfect Fit Industries, LLC (PFI) accounts during past three years; lease is in default and landlord has begun eviction proceedings; PFY and PFI are wholly owned subsidiaries of PFI Holdings, LLC (TIN 27-258977)** | **Dates business existed**<br><br>EIN:      27-2762307<br><br>From-To |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26a.1.**  **Farris, Cooke & Associates, PA**<br>**Gray Langley CPA**<br>**118 S. Colonial Ave., Ste. 200**<br>**Charlotte, NC 28207** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| **26b.1.**  **Jay Schroeder, CFO**<br>**8501 Tower Point Rd.**<br>**Charlotte, NC 28227** | **CFO past 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**  **Jay Schroeder, CFO**<br>**8501 Tower Point Dr.**<br>**Charlotte, NC 28227** | **CFO past 2 years** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1.**  **James B. Oswald Co.**<br>**Insurance Broker**<br>**1360 East 9th St. #600**<br>**Cleveland, OH 44114-1730** |

Debtor    **Perfect Fit Industries, LLC**                                    Case number *(if known)* _____

| Name and address |
|---|
| 26d.2. **Pelnik Insurance**<br>**100 Ridgeview Dr.**<br>**Suite 100**<br>**Cary, NC 27511** |
| 26d.3. **Wells Fargo Bank**<br>**1100 Avernathy Rd. Bldg 500**<br>**15th Floor**<br>**Atlanta, GA 30328** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jay Schroeder** | **12/27/2019** | **$8,932,533 Standard Cost** |
| | Name and address of the person who has possession of inventory records | | |
| | **Jay Schroeder**<br>**8501 Tower Point Dr.**<br>**Charlotte, NC 28227** | | |
| 27.2. | **Michael Nicholas** | **12/27/2019** | **$8,932,533 Standard Cost** |
| | Name and address of the person who has possession of inventory records | | |
| | **Regal West Corp. dba Regal Logistics**<br>**6500 26th Street East**<br>**Fife, WA 98424** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **PFI Holdings, LLC** | **8501 Tower Point Dr.**<br>**Charlotte, NC 28227** | **Owner** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cross River, LLC** | **1184 Hunting Country Rd.**<br>**Tryon, NC 28782** | **100% owner of PFI Holdings, LLC** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wei Zhang** | **1101 Shenda International Mansion No. 1500 Jiangning Rd.**<br>**SHANGHI 200060, PRC** | **Per the Operating Agreement of PFI Holdings, LLC (PFIH), management and control of PFIH is vested in a Board of Directors, PFIH is the Member of PFI, Mr. Zhang is a Board Member** | |

Debtor    **Perfect Fit Industries, LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Wenlei Zhu** | **Room 812 Shenda International Mansion No. 1500 Jiangning Rd. SHANGHAI 200060, PRC** | **Per the Operating Agreement of PFI Holdings, LLC (PFIH), management and control of PFIH is vested in a Board of Directors, PFIH is the Member of PFI, Mr. Zhu is a Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Lawrence Liu** | **281 Marietta St. Englewood Cliffs, NJ 07632** | **Per the Operating Agreement of PFI Holdings, LLC (PFIH), management and control of PFIH is vested in a Board of Directors, PFIH is the Member of PFI, Mr. Liu is a Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Johnny Walker** | **1184 Hunting Country Rd. Tryon, NC 28782** | **Per the Operating Agreement of PFI Holdings, LLC (PFIH), management and control of PFIH is vested in a Board of Directors, PFIH is the Member of PFI, Mr. Walker is a Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Geoffrey Hanff** | **2627 Rosegate Ln. Charlotte, NC 28270** | **Per the Operating Agreement of PFI Holdings, LLC (PFIH), management and control of PFIH is vested in a Board of Directors, PFIH is the Member of PFI, Mr. Hanff is a Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Jay Schroeder** | **8501 Tower Point Dr. Charlotte, NC 28227** | **CFO of Debtor** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **Ken Hedrick** | **8501 Tower Point Dr. Charlotte, NC 28227** | **CEO of Debtor** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-----------------------------------|----------------------|
| **SSIE Holdings, LLC** | **c/o Shenda, Room 101, Shenda Int'l Bldg. 1500 Jiang-Ning Rd. SHANGHAI 200060** | **Owner of 75.24% membership interests in Cross River, LLC** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                 page **10**

Debtor    **Perfect Fit Industries, LLC**                                    Case number *(if known)* _____

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Ken Hedrick**<br>**8501 Tower Point Dr.**<br>**Charlotte, NC 28227** | **Salary $250,000 per year;  Accrued and unused vacation pay $10,576.92 paid July 23, 2020** | | |
| | **Relationship to debtor**<br>**Chief Executive Officer** | | | |
| 30.2 . | **Jay Schroeder**<br>**8501 Tower Point Dr.**<br>**Charlotte, NC 28227** | **Salary $170,000 per year; Accrued unused vacation pay of $7,192.31 paid July 23, 2020** | | |
| | **Relationship to debtor**<br>**Chief Financial Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Cross River, LLC** | **EIN:      42-1671593** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 24, 2020__

**/s/ Ken Hedrick**                                            **Ken Hedrick**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes

Handwritten note (rotated): 90 day ACH Transfers

| Account Type | Account Name | Post Date | Reference | Additional Reference | Amount | Description |
|---|---|---|---|---|---|---|
| Checking | Perfect Fit Industries LLC | 5/26/2020 | PERFECT FIT AC | | ($1,687.50) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 5/28/2020 | PERFECT FIT AC | OneWorks | ($79,647.89) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 5/29/2020 | ADP PAYROLL FEES AD | Regal Logistics | ($76,841.22) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 5/29/2020 | PERFECT FIT AC | | ($167,574.12) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 5/29/2020 | PERFECT FIT AC | Regal Logistics | ($27,681.22) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 6/8/2020 | US CBP PA | United Parcel Services | ($38,438.84) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 6/10/2020 | ADP PAYROLL FEES AD | US CBP        PA - Import Duties | ($26,200.48) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 6/12/2020 | ADP PAYROLL FEES AD | | ($82,911.59) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 6/19/2020 | PERFECT FIT AC | Souder Properties | ($13,847.80) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 6/30/2020 | ADP PAYROLL FEES AD | | ($54,127.89) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 6/30/2020 | PERFECT FIT AC | Grier Wright Martinez, PA Trust Account | ($25,000.00) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 7/2/2020 | PERFECT FIT AC | Souder Properties | ($13,498.44) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 7/10/2020 | ADP PAYROLL FEES AD | | ($3,052.86) | PREAUTHORIZED ACH DEBIT |
| Checking | Perfect Fit Industries LLC | 7/10/2020 | ADP PAYROLL FEES AD | | ($17,201.20) | PREAUTHORIZED ACH DEBIT |

EXHIBIT

*90 day - wire transfers*

| Account | Template | Wire Type | Recipient | Amount | Currency | Effective |
|---|---|---|---|---|---|---|
| 2470836 | Paula Leung | USD international wire | Ms Leung Wan Loc, Paula | 22,292.03 | USD | 5/28/2020 |
| 2470836 | Ningo Royal Peace | USD international wire | Ningbo Royal Peace Household Produc | 56,059.00 | USD | 5/28/2020 |
| 2470836 | LCS not factores | USD international wire | LCS Home Industries Limited | 69,213.00 | USD | 6/9/2020 |
| 2470836 | Eric Li | USD international wire | Zhenhua Li | 9,140.00 | USD | 6/17/2020 |
| 2470836 | Stephanie Sun | USD international wire | Sun Yi | 10,490.00 | USD | 6/17/2020 |
| 2470836 | Lilian Bi | USD international wire | Bi Min Min | 23,775.07 | USD | 6/17/2020 |
| 2470836 | Ningo Royal Peace | USD international wire | Ningbo Royal Peace Household Produc | 113,216.85 | USD | 6/18/2020 |

90 day Checks

**Checks Cleared**

| Date | Period | Type | Check Number | Name | Amount | Account |
|---|---|---|---|---|---|---|
| 5/27/2020 | P6 2020 | Bill Payment | 1026 | 23000 SERTA INC | (63,761.00) | 1131 Cash : CIBC-AP Disbursements |
| 7/3/2020 | P7 2020 | Bill Payment | 29604 | DESIGN CENTER INC | (41,325.00) | 1020 AMEX Credit Card |
| 7/13/2020 | P7 2020 | Bill Payment | Amex | 1040 20950 JAMES B OSWALD CO | (12,549.25) | 1130 Cash : CIBC-Operating Cash |

# Out-of-the-Ordinary Payments Made
## July 2018 through July 2020

| Date | Payment Method | Vendor | Amount | Reason/Comment |
|---|---|---|---|---|
| 6/17/2020 | Wire | Lou Bing | 1,510.00 | Severance Pay |
| 6/17/2020 | Wire | Yin Ming Ran | 4,690.00 | Severance Pay |
| 6/17/2020 | Wire | Zhenhua Li | 9,140.00 | Severance Pay |
| 6/17/2020 | Wire | Sun Yi | 10,490.00 | Severance Pay |
| 6/17/2020 | Wire | Bi Min Min | 23,775.07 | Severance Pay |
| 6/18/2020 | Wire | Ningbo Royal Peace | 113,216.85 | 50% settlement on balance owed |
| 6/25/2020 | Check | De Lage Landen Financial | 2,497.66 | Pay off forklift |
| 5/14/2020 | Check | Ransmeier & Spellman | 4,477.50 | Legal Fees local counsel- Suncook lawsuit |
| 1/3/2020 | Check | Design Center | 24,475.00 | Product Design |
| 1/7/2020 | Check | BazaarVoice Inc. | 13,461.46 | Media Consulting |
| 1/17/2020 | Check | Ransmeier & Spellman | 1,500.00 | Legal Fees local counsel - Suncook lawsuit |
| 2/5/2020 | Check | Design Center | 16,850.00 | Product Design |
| 2/21/2020 | Check | Ransmeier & Spellman | 1,582.50 | Legal fees local counsel- Suncook lawsuit |
| 3/24/2020 | Check | Design Center | 4,500.00 | Product Design |
| 3/24/2020 | Check | Brookstone Liquidating Trust | 1,684.78 | Settlement Brookstone Bcy overpayment of sold claim |
| 3/27/2020 | Check | Bedford Cottage | 150,000.00 | Sub-tenant lease settlement - Suncook |
| 3/27/2020 | Wire | Skufca Law | 150,000.00 | Sub-tenant lease settlement - Suncook - trust account |
| 5/13/2020 | AMEX | Design Center | 41,325.00 | Product Design |
| 1/8/2019 | Check | Ken Hedrick | 15,232.73 | Moving Expense |
| 1/25/2019 | Check | John Roth | 22,917.00 | Severance Pay |
| 2/27/2019 | Check | John Roth | 22,917.00 | Severance Pay |
| 6/6/2020 | Check | BazaarVoice Inc. | 33,481.45 | Media Consulting |
| 12/6/2020 | Check | BazaarVoice Inc. | 1,800.00 | Media Consulting |
| 8/31/2018 | Check | DMA Debra Malbin Associates | 18,750.00 | Retainer |
| 8/21/2018 | Check | Select Equipment | 10,805.69 | Equipment Purchase |
| 9/2018 - 2/2019 | Payroll | John Roth | 103,824.16 | Severance Pay |
| 4/2019 - 8/2019 | Payroll | Lucia Fitzgerald | 41,538.46 | Severance Pay |



EXHIBIT

tabbies®

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of North Carolina

In re  **Perfect Fit Industries, LLC**                                    Case No. _____
_____
Debtor(s)                    Chapter      **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .........................................    $ _____**25,000.00**

    Prior to the filing of this statement I have received ........................    $ _____**25,000.00**

    Balance Due ...............................................................................    $ _____**0.00**

2.  $  **335.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Any other contested matter or adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**July 24, 2020**                                    **/s/ Joseph W. Grier, III**
_____              _____
*Date*                                       **Joseph W. Grier, III 7764**
                                             *Signature of Attorney*
                                             **Grier Wright Martinez, PA**
                                             **521 E. Morehead St., Suite 440**
                                             **Charlotte, NC 28202**
                                             **704 332-0201  Fax: 704 332-0215**
                                             **jgrier@grierlaw.com**
                                             _____
                                             *Name of law firm*

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Perfect Fit Industries, LLC**                                        Case No.
                                              Debtor(s)              Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:   **July 24, 2020**                              **/s/ Ken Hedrick**
                                                       **Ken Hedrick/CEO**
                                                       Signer/Title

ACCOUNTEMPS
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

ADVANCED EXCAVATION & PAVING
PO BOX 581
Suncook, NH 03275

AMERICAN EXPRESS
PO Box 1270
Newark, NJ 07101-1270

American Express
Customer Service
PO Box 981531
El Paso, TX 79998-1531

AVI FOOD SYSTEMS INC
2590 ELM ROAD NE
Warren, OH 44483

BOYLE FREDRICKSON NEWHOLM STEIN & GRATZ
840 N PLANKINTON AVE
MILWAUKEE, WI 53203

Brady Sullivan Properties
Attn: Megan E. Hinson, In House Counsel
670 N. Commercial St., Suite 303
Manchester, NH 03101

BROADVIEW NETWORKS
PO BOX 9242
UNIONDALE, NY 11555-9242

Brown & Joseph, LLC
Attn: Angela Keene
One Pierce Pl.
Suite 700W
Itasca, IL 60143

C.H. ROBINSON
3525 WHITEHALL PARK DRIVE
BLDG 6 SUITE 200
CHARLOTTE, NC 28273

California Dept. of Tax Adm.
PO Box 942879
Sacramento, CA 94279


CAROLINA BUSINESS SUPPLIES
PO BOX 681027
Charlotte, NC 28216


CIBC Bank USA
120 S. LaSalle St.
Chicago, IL 60603


COMMERCE HUB
25736 NETWORK PLACE
CHICAGO, IL 60673-1257


COMPLETE STAFFING SOLUTIONS
PO BOX 75343
CHICAGO, IL 60675-5343


CROSS RIVER, LLC
1184 HUNTING COUNTRY RD.
Tryon, NC 28782


Design Center, Inc.
Attn: Jayson Heffner
2040 Saint Clair Ave.
Saint Paul, MN 55105


DILLON BOILDER SERVICES CO.
680 CRAWFORD STREET
Fitchburg, MA 01420-6898


EARTH & SKY STUDIOS LLC
PO BOX 348
TWISP, WA 98856


ECOPLAST LLC
4619 SURF AVENUE
BROOKLYN, NY 11224


Eddie Bauer Licensing Services, LLC
Attn: Senior VP, Mkting & Brand Dev.
10401 NE 8th St., Ste. 500
Bellevue, WA 98004

EVERSOURCE
PO BOX 56003
BOSTON, TX 02205-6603


GLOBAL REGISTRATION SERVICE
1677 S. RESEARCH LOOP
TUCSON, AZ 85710


HAL JOHNSON/JJ ASSOC LLC
14053 EAST BECKER LANE
SCOTTSDALE, AZ 85259


HANGZHOU CHUANGYUAN FEATHER
Miaojia Village, Suoquian Town
HANGZHOU Zhejiang Province
 CHINA


HARRIS PILLOW SUPPLY INC.
5 PARKER DR.
Beaufort, SC 29906


HUANGSHUN SPRING HOME TEXTILES
NO57 HUANGSHAN EAST RD
Tunxi Distr
CHINA


IBM CORP
PO BOX 643600
Pittsburgh, PA 15264-5254


Insight Global, LLC
Attn: Legal Dept.
4170 Ashford Dunwoody Rd.
Suite 250
Atlanta, GA 30319


Intellisea, LLC
Attn: Joe Krystofik
221 Gilpin Ln.
McKinney, TX 75071


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

INTERTEK TESTING SERVICES
PO BOX 405176
ATLANTA, GA 30384-5176


Intertek Testing Services NA Inc.
545 East Algonquin Rd.
Arlington Heights, IL 60005


JP PEST SERVICES
101 EMERSON RD
MILFORD, NH 03055


K&G LAW LLC
602 S.BETHLEHEM PIKE
BLDG B 2ND FL
AMBLER, PA 19002


Ken Hedrick
8236 Cornhill Ave.
Charlotte, NC 28277


L.A. PILLOW & FIBER
P.O. BOX 460
MONTEBELLO, CA 90640-0460


Leasing Connection
Attn: Mary Turner
PO Box 9115
Macon, GA 31210


Maria Hernandez
c/o Elena Sandoval, Deputy Labor Comm.
464 W. 4th St. Room 348
San Bernardino, CA 92401


Mecklenburg County Tax Collector
Business Tax Collections
PO Box 32728
Charlotte, NC 28232-2728


MERRIMACK HOME TEXTILE
ATTN: DAVID DIZAZZO
61 OAK ST.
Methuen, MA 01844

MERRIMACK HOME TEXTILE DAVID DIZAZZO
61 OAK ST
METHUEN, MA 01844


METRO GRAPHICS
1003A LOUISE AVENUE
CHARLOTTE, NC 28205


MICHAEL CRAIN
968 SOUTH CARMELINA AVE.
Los Angeles, CA 90049


MJE CREATIVE SERVICES LLC
102 DEEPWATER CIRCLE
MANALAPAN, NJ 07726


NAVISITE LLC
LOCKBOX #5138
PO BOX 7247
PHILADELPHIA, PA 19170-5138


NC Dept of Revenue Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


New Hampshire Hydro Associates
c/o Essex Hydro Associates
Attn: Andrew Locke
55 Union St., 4th Floor
Boston, MA 02108


NH Dept. Revenue Administration
109 Pleasant St.
Concord, NH 03301


NH ELEVATOR INC
548 DONALD ST. UNIT 5
BEDFORD, NH 03110


NIELSEN COMPANY
PO BOX 88956
CHICAGO, IL 60695-8956

Ningbo Dingduan Electric Appliances Co.
No. 3 Wangongchi Rd., Yuyao, Ningbo
Zhejiang
CHINA


Ningbo Royal Peace Household Products Co
No. 269 Yindong South Rd., Yinzhou
Industrial Park
Ningbo, Zhejiang
CHINA


NTS Technical Systems
7800 Highway 20 West
Huntsville, AL 35806


OLD DOMINION FREIGHT LINE
PO BOX 198475
ATLANTA, GA 30384-8475


ONE WORKS BUSINESS SOLUTIONS
2425 NORTH CENTER STREET
BOX 155
HICKORY, NC 28601


OPEN TEXT INC
24685 NEWTON PLACE
C/O JP MORGAN LOTBOX
CHICAGO, IL 60673-1246


OPTIMAX MANAGEMENT LLC
15317 78TH AVE SE
SNOHOMISH, WA 98296


PACKAGING CORPORATION OF AMERICA
PO BOX 51584
LOS ANGELES, CA 90051-5884


PANITCH SCHWARZSE BELISARIO & NADEL LLP
TWO COMMERCE SQUARE SUITE 2800
2001 MARKET ST
PHILADELPHIA, PA 19103


Parham Santana
480 6th Ave.
Suite 106
New York, NY 10010

PHARR TECHNOLOGIES
125 S.TRADE STREET
SHELBY, NC 28150


PMA INSURANCE GROUP
PO BOX 824857
PHILADELPHIA, PA 19182-4857


POLY-PACK INDUSTRIES
125 SPAGNOLI ROAD
MELVILLE, NY 11747


PREMIERE GLOBAL SERVICES
PO BOX 404351
ATLANTA, GA 30384-4351


PURE WATER PARTNERS
DEPT CH 404351
Palatine, IL 60055-9648


QUILL
PO BOX 37600
PHILADELPHIA, PA 19101-0600


R.B. ALLEN CO INC
PO BOX 770
NORTH HAMPTON, NH 03862-0770


RANSMEIER & SPELLMAN
ONE CAPITOL STREET
Concord, NH 03302-0600


Rastorm Intermation Ltd.
No. 1, Guohai Rd., Chenwubei Village
ChangpintTown DONGGUAN
Guangdong 523582
CHINA


RASTORM INTERNATIONAL LTD
NO. 1 GUOHAI ROAD
Zhangmutou Town
Dongduan City, 523635
CHINA

READY REFRESH
PO BOX 856192
LOUISVILLE, KY 40285-6192


Regal West Corp. dba Regal Logistics
Attn: Randy Neeves
6500 26th Street East
Fife, WA 98424


RICOH USA INC
PO BOX 827577
PHILADELPIA, PA 19182-7577


ROBERT H BARON
925 LONG MEADOW DRIVE
SCHAUMBURG, IL 60193-3951


ROBERTS ENERGY
237 ALBANY ST.
Springfield, MA 01105


Ross R. Fulton
Rayburn Cooper & Durham, PA
227 West Trade St. Ste 1200
Charlotte, NC 28202


SALSIFY INC.
101 FEDERAL STREET SUITE 2600
Boston, MA 02110


SEGRA
PO BOX 603030
CHARLOTTE, NC 28260-3030


Serta, Inc.
c/o Beth E. Rogers
Rogers Law Firm
100 Peachtree St., Ste. 1950
Atlanta, GA 30303


Shanghai Shenda Import & Export, Ltd.
Room 1105, 11/F
Wing Tuck Commercial Centre
No. 183 Wing Lok St.
Sheung Wan, HONG KONG

Shanghi Shenda Import & Export
Shenda International
Mansion No. 1500
Jiangning Rd.
SHANGHAI 200060, PRC


Site Electronics, Inc.
Attn: Shirley Carr, President
4502 Deborah Rd.
West Bend, WI 53095


SKUFCA LAW
1514 S CHURCH STREET
SUITE 101
CHARLOTTE, NC 28203


Solid Design Solutions
8400 Coral Sea Street NE
Suite1800
Saint Paul, MN 55112


Solid Design Solutions
8400 Coral Sea Street NE
Suite 1800
Saint Paul, MN 55112


SOLOMON COLORS
4050 COLOR PLANT RD.
Springfield, IL 62702


Souder Properties, Inc.
4614 B-1 Wilgrove Mint Hill Rd.
Charlotte, NC 28227


STEVE MILLER
3321 RICHARDS CROSSING
Fort Mill, SC 29708


SV Logistics
15320 Gundry Ave. #7
Paramount, CA 90723


SV Logistics Trans Corp.
19818 Alameda St.
Compton, CA 90221

TAYLOR COMMUNICATIONS
PO BOX 840655
DALLAS, TX 75284-0655


TB ALLEN & ASSOC.
2950 XENIUM LANE SUITE 102
PLYMOUTH, MN 55441


TEXTILES DIRECT
ATTN: NANCY FELDMAN
46 ORCHARD DR.
Woodbury, NY 11797


The Pillow Company
Attn: Jim Stanton, President
PO Box 4108
Dalton, GA 30721


Ther-A-Pedic Associates, Inc.
103 College Road East
2nd Floor
Princeton, NJ 08540


TRACY ADAMS
3321 RICHARDS CROSSING
Fort Mill, SC 29708


UL GmbH
75 REMITTANCE DRIVE SUITE# 1893
CHICAGO, IL 60675-1893


UL LLC
75 REMITTANCE DRIVE SUITE# 1524
CHICAGO, IL 60675-1524


ULINE
PO BOX 88741
ACCT RECEIVABLE
CHICAGO, IL 60680-1741


UNITED PARCEL SERVICE - PHILADELPHIA
PO BOX 7247-0244
Philadelphia, PA 19170-0001

```
UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO, IL 60673


VERIZON
PO BOX 660108
Dallas, TX 75266-0108


WASTE MANAGEMENT OF NEW HAMPTON NH HAULI
PO BOX 13648
PHILADELPHIA, PA 19101-3648


Wells Fargo Bank, NA
100 Park Ave.
New York, NY 10017


Wells Fargo Bank, NA
Commercial Services Group
1100 Abernathy Rd. Bldg. 500
15th Floor
Atlanta, GA 30328


WELLS FARGO FINANCIAL SERVICES
PO BOX 740540
ATLANTA, GA 30374-0540


Wells Fargo Vendor Financial Services
Mary Turner
PO Box 9115
Macon, GA 31210


WINDSTREAM
PO BOX 9001013
LOUISVILLE, KY 40290-1013


WORLDSYNC INC
DEPT 781341
PO BOX 78000
DETROIT, MI 48278-1341


ZHANGJIAGANG HOMY HOME PRODUCTS
ROOM 1717 GUOTAI ORIENT PLAZA
#9 Renmin Rd E
215600
CHINA
```

ZHEJIANG SHUOQI HOME TEXTILE
PRODUCTS CO LTD.
No. 3 Wangongchi Road
Yuyao Zhejiang Province
CHINA


Zoom Video Communications Inc.
PO Box 398843
San Francisco, CA 82146-4251