IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 20-30706 |
| PERFECT FIT INDUSTRIES, LLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT the undersigned hereby appears in this matter on behalf of Serta Simmons Bedding Company, LLC in the above-captioned bankruptcy proceeding, and hereby requests, as provided in 11 U.S.C. § 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set out below:

Stacy C. Cordes
Burt & Cordes, PLLC
122 Cherokee Road, Suite 1
Charlotte, North Carolina 28207
E-mail: scordes@burtcordeslaw.com

This the 10th day of August, 2020.

**BURT & CORDES, PLLC**

By:   /s/ Stacy C. Cordes
Stacy C. Cordes
State Bar No. 18122
122 Cherokee Road, Suite 1
Charlotte, North Carolina 28207
Telephone:    704.332.3282
Facsimile:    704.332.3324

**CERTIFICATE OF SERVICE**

    I hereby certify that on 10th day of August, 2020, I electronically filed the foregoing Notice of Appearance and Request for Service with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

U.S. Bankruptcy Administrator

Anna S. Gorman
Grier Wright Martinez, P.A.
Counsel for the Debtor

Joseph W. Grier, III
Grier Wright Martinez, P.A.
Counsel for the Debtor

John W. Taylor
John W. Taylor, PC
Trustee

Ross Robert Fulton
Rayburn Cooper Durham, P.A.
Counsel for Cross River, LLC

Matthew L. Tomsic
Rayburn Cooper Durham, P.A.
Counsel for Cross River, LLC

    This the 10th day of August, 2020.

                                                      **BURT & CORDES, PLLC**

                          By:    /s/ Stacy C. Cordes
                                  Stacy C. Cordes
                                  State Bar No. 18122
                                  122 Cherokee Road, Suite 1
                                  Charlotte, North Carolina 28207
                                  Telephone:    704.332.3282
                                  Facsimile:    704.332.3324