FILED & JUDGMENT ENTERED
Steven T. Salata

August 11 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 20-30706 |
| PERFECT FIT INDUSTRIES, LLC, ) | |
| ) | Chapter 7 |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER came on before the Court upon the Ex Parte Motion for Admission *Pro Hac Vice* of Beth E. Rogers, pursuant to Local Rule 2090-1(c). The Court having considered the request and the representations of Movant, the Court finds that the relief requested should be granted; therefore, it is

ORDERED that Beth E. Rogers are authorized to appear as co-counsel on behalf of Serta Simmons Bedding Company, LLC in the above-captioned proceeding.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court