# EXHIBIT B

| **Serta Warming Product at Regal** | | |
|---|---|---|
| **Item** | **UPC Code** | **On Hand** |
| SERTA Low Volt 233TC Striped WaterProof Warming Mattress Pad Twin White | 038533795506 | 1 |
| SERTA Low Volt 233TC Striped WaterProof Warming Mattress Pad Full White | 038533795513 | 1 |
| SERTA Low Volt Waterproof Mattress Pad White Twin | 038533795506 | 326 |
| SERTA Low Volt Waterproof Mattress Pad White Full | 038533795513 | 276 |
| SERTA Low Volt Waterproof Mattress Pad White Queen | 038533795520 | 488 |
| SERTA Low Volt Waterproof Mattress Pad White King | 038533795537 | 632 |
| SERTA Low Volt Waterproof Mattress Pad White CalKing | 038533795551 | 139 |
| SERTA Low Volt Tripple Ribbed Blanket Twin Ivory | 038533795308 | 1 |
| SERTA Low Volt Tripple Ribbed Foot Warmer 35X20 Natural | 038533830122 | 3554 |
| SERTA Low Volt Tripple Ribbed Foot Warmer 35X20 Beige | 038533818397 | 3390 |
| SERTA Low Volt Tripple Ribbed Foot Warmer 35X20 Sage | 038533818403 | 360 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Tan LoveSeat | 038533817307 | 547 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Tan Chair | 038533817314 | 2147 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Navy Chair | 038533870340 | 532 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Gray Chair | 038533870326 | 373 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Merlot Chair | 038533870333 | 323 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Tan Sofa | 038533817291 | 188 |
| SERTA Low Volt Sherpa Warming Mattress Pad Twin White | 038533825036 | 33 |
| SERTA Low Volt Sherpa Warming Mattress Pad Full White | 038533825043 | 3 |
| SERTA Low Volt Sherpa Warming Mattress Pad Queen White | 038533825050 | 9 |
| SERTA Low Volt Sherpa Warming Mattress Pad CalKing White | 038533825074 | 18 |
| SERTA Low Volt Sherpa Mattress Pad White Twin | 038533825036 | 163 |
| SERTA Low Volt Sherpa Mattress Pad White Full | 038533825043 | 129 |
| SERTA Low Volt Sherpa Mattress Pad White Queen | 038533825050 | 607 |
| SERTA Low Volt Sherpa Mattress Pad White King | 038533825067 | 289 |
| SERTA Low Volt Sherpa Mattress Pad White CalKing | 038533825074 | 138 |
| SERTA 110Volt MicroPlush Foot Warmer Ivory 35x20 | 038533805397 | 253 |
| SERTA 110Volt Suede/Sherpa Foot Warmer 20X24 Navy | 038533877158 | 1430 |
| SERTA 110Volt Suede/Sherpa Foot Warmer 20X24 Grey | 038533877141 | 1443 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Tan Chair | 038533825296 | 2 |
| SERTA Low Volt Luxe Plush Warming Blanket Full Cloud | 038533826729 | 4 |
| SERTA Low Volt Luxe Plush Warming Blanket Queen Cloud | 038533826736 | 1 |
| SERTA Low Volt Luxe Plush Warming Blanket Topaz Queen | 038533806042 | 2 |
| SERTA Low Volt Luxe Plush Blanket Cloud Twin | 038533826712 | 63 |
| SERTA Low Volt Luxe Plush Blanket Gray Twin | 038533867159 | 48 |
| SERTA Low Volt Luxe Plush Blanket Pearl Twin | 038533805984 | 1717 |
| SERTA Low Volt Luxe Plush Blanket Sapphire Twin | 038533806066 | 126 |
| SERTA Low Volt Luxe Plush Blanket Cloud Full | 038533826729 | 204 |
| SERTA Low Volt Luxe Plush Blanket Gray Full | 038533867166 | 201 |
| SERTA Low Volt Luxe Plush Blanket Pearl Full | 038533805991 | 294 |
| SERTA Low Volt Luxe Plush Blanket Sapphire Full | 038533806073 | 87 |
| SERTA Low Volt Luxe Plush Blanket Cloud Queen | 038533826736 | 123 |
| SERTA Low Volt Luxe Plush Blanket Gray Queen | 038533867173 | 213 |

| Description | SKU | Qty |
|---|---|---|
| SERTA Low Volt Luxe Plush Blanket Pearl Queen | 038533806004 | 135 |
| SERTA Low Volt Luxe Plush Blanket Sapphire Queen | 038533806080 | 87 |
| SERTA Low Volt Luxe Plush Blanket Cloud King | 038533826743 | 160 |
| SERTA Low Volt Luxe Plush Blanket Gray King | 038533867180 | 292 |
| SERTA Low Volt Luxe Plush Blanket Pearl King | 038533806011 | 184 |
| SERTA Low Volt Luxe Plush Blanket Sapphire King | 038533806097 | 260 |
| SERTA 110Volt MicroPlush Foot Warmer Gray 35x20 | 038533870272 | 856 |
| SERTA 110Volt Plush Blanket Twin Ivory | 038533836278 | 4 |
| SERTA 110Volt Plush Blanket Gray Full | 038533836889 | 3 |
| SERTA 110Volt Plush Blanket Queen Ivory | 038533836292 | 1 |
| SERTA 110Volt Plush Blanket Ivory King | 038533836827 | 1 |
| SERTA 110Volt QVC Silky Blanket Full Ivory | 038533852544 | 21 |
| SERTA 110Volt QVC Silky Blanket Full Chocolate | 038533852582 | 41 |
| SERTA 110Volt QVC Silky Blanket Full Taupe | 038533852629 | 1 |
| SERTA 110Volt QVC Silky Blanket Queen Ivory | 038533852551 | 159 |
| SERTA 110Volt QVC Silky Blanket Queen Chocolate | 038533852599 | 149 |
| SERTA 110Volt QVC Silky Blanket Queen Taupe | 038533852636 | 76 |
| SERTA 110Volt QVC Silky Blanket Queen Grey | 038533852513 | 1 |
| SERTA 110Volt QVC Silky Blanket King Ivory | 038533852568 | 17 |
| SERTA 110Volt QVC Silky Blanket King Chocolate | 038533852605 | 57 |
| SERTA 110Volt QVC Silky Blanket King Taupe | 038533852643 | 10 |
| SERTA 110Volt MicroFleece Blanket Natural Twin | 038533836919 | 1 |
| SERTA 110Volt MicroFleece Blanket Twin Grey | 038533851349 | 4 |
| SERTA 110Volt MicroFleece Blanket Full Grey | 038533851356 | 4 |
| SERTA 110Volt MicroFleece Blanket Slate Blue Queen | 038533837015 | 2 |
| SERTA 110Volt MicroFleece Blanket Gray Queen | 038533856764 | 255 |
| SERTA 110Volt MicroFleece Blanket Slate Blue King | 038533837022 | 1 |
| SERTA 200gsm Plush Warming Lumbar Cushion 14x6 Gray | 038533854180 | 4 |
| QVC SERTA Shiny Pocket Wrap Ivory | 038533854227 | 31 |
| QVC SERTA Shiny Pocket Wrap Taupe | 038533854241 | 4 |
| QVC SERTA Shiny Pocket Wrap Grey | 038533854210 | 4 |
| SERTA 110Volt MicroPlush Mattress Pad White Twin | 038533837527 | 499 |
| SERTA 110Volt MicroPlush Mattress Pad White Full | 038533837534 | 9 |
| SERTA 110Volt MicroPlush Mattress Pad Queen White | 038533837541 | 5 |
| SERTA 110Volt Sherpa Mattress Pad White Full | 038533837596 | 539 |
| SERTA 110Volt Sherpa Mattress Pad White Queen | 038533837602 | 80 |
| SERTA 110Volt Sherpa Mattress Pad White CalKing | 038533837633 | 577 |
| SERTA 110Volt 200gsm MacroMink Warming Cape Chocolate | 038533844020 | 5 |
| SERTA 110Volt MicroFleece Sherpa Throw Chocolate | 038533837749 | 2 |
| SERTA 110Volt Silky Blanket Full Ivory | 038533856597 | 1 |
| SERTA 110Volt Silky Blanket Full Chocolate | 038533851318 | 119 |
| SERTA 110Volt Silky Blanket Full Sand | 038533851134 | 1 |
| SERTA 110Volt Silky Blanket Queen Chocolate | 038533851325 | 9 |
| SERTA 110Volt Silky Blanket King Chocolate | 038533851332 | 155 |
| SERTA 110Volt Quilted Medallion Blanket Taupe Twin | 038533869115 | 102 |
| SERTA 110Volt Quilted Medallion Blanke Ivory Twin | 038533869078 | 93 |
| SERTA 110Volt Quilted Medallion Blanket Gray Twin | 038533869153 | 150 |
| SERTA 110Volt Quilted Medallion Blanket Taupe Full | 038533869122 | 68 |
| SERTA 110Volt Quilted Medallion Blanket Ivory Full | 038533869085 | 114 |

| Description | UPC | Qty |
|---|---|---|
| SERTA 110Volt Quilted Medallion Blanket Gray Full | 038533869160 | 60 |
| SERTA 110Volt Quilted Medallion Blanket Taupe Queen | 038533869139 | 160 |
| SERTA 110Volt Quilted Medallion Blanket Ivory Queen | 038533869092 | 245 |
| SERTA 110Volt Quilted Medallion Blanket Gray Queen | 038533869177 | 204 |
| SERTA 110Volt Quilted Medallion Blanket Ivory King | 038533869108 | 94 |
| SERTA 110Volt Quilted Medallion Blanket Gray King | 038533869184 | 67 |
| SERTA 110Volt Rabbit Throw Ivory | 038533860297 | 1457 |
| SERTA 110Volt Rabbit Throw Black | 038533875062 | 1101 |
| SERTA 110Volt Rabbit Throw Taupe | 038533875079 | 752 |
| SERTA 110Volt Rabbit Pocket Wrap White | 038533872856 | 382 |
| SERTA 110Volt Rabbit Pocket Wrap Taupe | 038533875086 | 998 |
| SERTA 110Volt HoneyComb Faux Fur Throw Sand | 038533860990 | 2 |
| SERTA 110Volt Chevron Throw Gray | 038533861010 | 3 |
| SERTA 110Volt Chevron Throw Marshmallow | 038533861003 | 54 |
| SERTA 110Volt Silky Throw Houndstooth Black/White | 038533869719 | 1048 |
| SERTA 110Volt Silky Throw Bias Plaid | 038533869726 | 762 |
| SERTA 110Volt Shiny/Sherpa Throw Bear Gray | 038533869702 | 612 |
| SERTA 110Volt Silky Throw Plaid Blue | 038533875130 | 1008 |
| SERTA 110Volt Silky Throw Plaid Brown | 038533875147 | 988 |
| SERTA 110Volt Shiny/Sherpa Throw Penguin Teal | 038533874751 | 787 |
| SERTA 110Volt Shiny/Sherpa Throw Penguin Red | 038533872627 | 604 |
| SERTA 110Volt 3D Pinsonic Blanket Ivory Twin | 038533869481 | 220 |
| SERTA 110Volt 3D Pinsonic Blanket Gray Twin | 038533869528 | 205 |
| SERTA 110Volt 3D Pinsonic Blanket Smoky Amethyst Twin | 038533869566 | 222 |
| SERTA 110Volt 3D Pinsonic Blanket Ivory Full | 038533869498 | 174 |
| SERTA 110Volt 3D Pinsonic Blanket Gray Full | 038533869535 | 161 |
| SERTA 110Volt 3D Pinsonic Blanket Smoky Amethyst Full | 038533869573 | 161 |
| SERTA 110Volt 3D Pinsonic Blanket Ivory Queen | 038533869504 | 213 |
| SERTA 110Volt 3D Pinsonic Blanket Gray Queen | 038533869542 | 265 |
| SERTA 110Volt 3D Pinsonic Blanket Smoky Amethyst Queen | 038533869580 | 236 |
| SERTA 110Volt 3D Pinsonic Blanket Ivory King | 038533869511 | 61 |
| SERTA 110Volt 3D Pinsonic Blanket Gray King | 038533869559 | 72 |
| SERTA 110Volt 3D Pinsonic Blanket Smoky Amethyst King | 038533869597 | 88 |
| SERTA 110Volt Shiny/Sherpa Throw Dogs Red | 038533874386 | 780 |
| SERTA Plush Electric Back & Shoulder Wrap Sand | 038533825371 | 3 |
| SERTA Plush Electric Back & Shoulder Wrap Gray | 038533840145 | 2 |
| SERTA 3-in-1 Warming Traveler Throw Khaki 30x40" | 038533825357 | 6 |
| SERTA 3-in-1 Warming Traveler Throw Gray 30x40" | 038533825364 | 2 |
| SERTA 110Volt Comfort Plush Blanket Ivory Twin | 038533860372 | 255 |
| SERTA 110Volt Comfort Plush Blanket Sand Twin | 038533860419 | 310 |
| SERTA 110Volt Comfort Plush Blanket Gray Twin | 038533860457 | 185 |
| SERTA 110Volt Comfort Plush Blanket Teal Twin | 038533873372 | 73 |
| SERTA 110Volt Comfort Plush Blanket Ivory Full | 038533860389 | 315 |
| SERTA 110Volt Comfort Plush Blanket Sand Full | 038533860426 | 446 |
| SERTA 110Volt Comfort Plush Blanket Gray Full | 038533860464 | 249 |
| SERTA 110Volt Comfort Plush Blanket Teal Full | 038533873389 | 61 |
| SERTA 110Volt Comfort Plush Blanket Ivory Queen | 038533860396 | 267 |
| SERTA 110Volt Comfort Plush Blanket Sand Queen | 038533860433 | 208 |
| SERTA 110Volt Comfort Plush Blanket Gray Queen | 038533860471 | 271 |

| Description | UPC | Qty |
|---|---|---|
| SERTA 110Volt Comfort Plush Blanket Ivory King | 038533860402 | 139 |
| SERTA 110Volt Comfort Plush Blanket Sand King | 038533860440 | 312 |
| SERTA 110Volt Comfort Plush Blanket Gray King | 038533860488 | 1 |
| SERTA 110Volt Comfort Plush Blanket Teal King | 038533873402 | 5 |
| SERTA 110Volt MicroFleece Blanket Chocolate Twin | 038533860884 | 373 |
| SERTA 110Volt MicroFleece Blanket Natural Twin | 038533860723 | 1126 |
| SERTA 110Volt MicroFleece Blanket Beige Twin | 038533860761 | 848 |
| SERTA 110Volt MicroFleece Blanket Slate Blue Twin | 038533860808 | 349 |
| SERTA 110Volt MicroFleece Blanket Spice Twin | 038533873419 | 97 |
| SERTA 110Volt MicroFleece Blanket Gray Twin | 038533860846 | 821 |
| SERTA 110Volt MicroFleece Blanket Chocolate Full | 038533860891 | 287 |
| SERTA 110Volt MicroFleece Blanket Natural Full | 038533860730 | 820 |
| SERTA 110Volt MicroFleece Blanket Beige Full | 038533860778 | 904 |
| SERTA 110Volt Micro leece Blanket Slate Blue Full | 038533860815 | 639 |
| SERTA 110Volt MicroFleece Blanket Spice Full | 038533873426 | 79 |
| SERTA 110Volt MicroFleece Blanket Gray Full | 038533860853 | 434 |
| SERTA 110Volt MicroFleece Blanket Chocolate Queen | 038533860907 | 234 |
| SERTA 110Volt MicroFleece Blanket Natural Queen | 038533860747 | 621 |
| SERTA 110Volt MicroFleece Blanket Beige Queen | 038533860785 | 939 |
| SERTA 110Volt MicroFleece Blanket Slate Blue Queen | 038533860822 | 317 |
| SERTA 110Volt MicroFleece Blanket Spice Queen | 038533873433 | 81 |
| SERTA 110Volt MicroFleece Blanket Gray Queen | 038533860860 | 12 |
| SERTA 110Volt MicroFleece Blanket Chocolate King | 038533860914 | 135 |
| SERTA 110Volt MicroFleece Blanket Natural King | 038533860754 | 292 |
| SERTA 110Volt MicroFleece Blanket Beige King | 038533860792 | 189 |
| SERTA 110Volt MicroFleece Blanket Slate Blue King | 038533860839 | 164 |
| SERTA 110Volt MicroFleece Blanket Spice King | 038533873440 | 46 |
| SERTA 110Volt MicroFleece Blanket Gray King | 038533860877 | 407 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Red Plaid | 038533875192 | 264 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Sand | 038533875215 | 374 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Charcoal | 038533873921 | 5 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Bay Blue | 038533875222 | 368 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Bay Blue Snowflake | 038533873907 | 369 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Garnet | 038533875208 | 592 |
| SERTA 110Volt 175gsm MicroPlush Blanket Ivory Twin | 038533875413 | 129 |
| SERTA 110Volt 175gsm MicroPlush Blanket Sand Twin | 038533875291 | 114 |
| SERTA 110Volt 175gsm MicroPlush Blanket Charcoal Twin | 038533875338 | 97 |
| SERTA 110Volt 175gsm MicroPlush Blanket Bay Blue Twin | 038533875376 | 117 |
| SERTA 110Volt 175gsm MicroPlush Blanket Garnet Twin | 038533875253 | 128 |
| SERTA 110Volt 175gsm MicroPlush Blanket Ivory Full | 038533875420 | 107 |
| SERTA 110Volt 175gsm MicroPlush Blanket Sand Full | 038533875307 | 106 |
| SERTA 110Volt 175gsm MicroPlush Blanket Charcoal Full | 038533875345 | 97 |
| SERTA 110Volt 175gsm MicroPlush Blanket Bay Blue Full | 038533875383 | 103 |
| SERTA 110Volt 175gsm MicroPlush Blanket Garnet Full | 038533875260 | 108 |
| SERTA 110Volt 175gsm MicroPlush Blanket Ivory Queen | 038533875437 | 160 |
| SERTA 110Volt 175gsm MicroPlush Blanket Sand Queen | 038533875314 | 120 |
| SERTA 110Volt 175gsm MicroPlush Blanket Charcoal Queen | 038533875352 | 137 |
| SERTA 110Volt 175gsm MicroPlush Blanket Bay Blue Queen | 038533875390 | 156 |
| SERTA 110Volt 175gsm MicroPlush Blanket Garnet Queen | 038533875277 | 168 |

| Description | UPC | Qty |
|---|---|---|
| SERTA 110Volt 175gsm MicroPlush Blanket Ivory King | 038533875444 | 65 |
| SERTA 110Volt 175gsm MicroPlush Blanket Sand King | 038533875321 | 36 |
| SERTA 110Volt 175gsm MicroPlush Blanket Charcoal King | 038533875369 | 37 |
| SERTA 110Volt 175gsm MicroPlush Blanket Bay Blue King | 038533875406 | 69 |
| SERTA 110Volt 175gsm MicroPlush Blanket Garnet King | 038533875284 | 79 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Sand Twin | 038533876175 | 27 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Navy Twin | 038533876090 | 30 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Gray Twin | 038533876137 | 26 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Sand Full | 038533876182 | 23 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Navy Full | 038533876106 | 59 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Gray Full | 038533876144 | 43 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Sand Queen | 038533876199 | 62 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Navy Queen | 038533876113 | 63 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Gray Queen | 038533876151 | 63 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Sand King | 038533876205 | 29 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Navy King | 038533876120 | 29 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Gray King | 038533876168 | 15 |
| SERTA 110Volt MicroPlush Mattress Pad White Twin | 038533862598 | 155 |
| SERTA 110Volt MicroPlush Mattress Pad White Full | 038533862604 | 260 |
| SERTA 110Volt MicroPlush Mattress Pad White Queen | 038533862611 | 603 |
| SERTA 110Volt MicroPlush Mattress Pad White King | 038533862628 | 251 |
| SERTA 110Volt MicroPlush Mattress Pad White CalKing | 038533862635 | 127 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White Twin | 038533875093 | 183 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White Full | 038533875109 | 139 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White Queen | 038533875116 | 472 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White King | 038533875123 | 178 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White CalKing | 038533875857 | 99 |
| SERTA 110Volt Sherpa Mattress Pad White Twin | 038533860921 | 122 |
| SERTA 110Volt Sherpa Mattress Pad White Queen | 038533860945 | 1050 |
| SERTA 110Volt Sherpa Mattress Pad White King | 038533860952 | 670 |
| SERTA 110Volt Cotton Blend Mattress Pad White Twin | 038533869641 | 190 |
| SERTA 110Volt Cotton Blend Mattress Pad White Full | 038533869658 | 9 |
| SERTA 110Volt Cotton Blend Mattress Pad White Queen | 038533869665 | 17 |
| SERTA 110Volt Cotton Blend Mattress Pad White King | 038533869672 | 97 |
| SERTA 110Volt Cotton Blend Mattress Pad White CalKing | 038533869689 | 9 |
| SERTA 110Volt All Season Mattress Pad White Twin | 038533869603 | 37 |
| SERTA 110Volt All Season Mattress Pad White Full | 038533869610 | 28 |
| SERTA 110Volt All Season Mattress Pad White Queen | 038533869627 | 12 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White Twin | 038533876045 | 60 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White Full | 038533876052 | 104 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White Queen | 038533876069 | 422 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White King | 038533876076 | 159 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White CalKing | 038533876083 | 16 |
| SERTA 110Volt MicroFleece/Sherpa Throw Chocolate | 038533861072 | 3647 |
| SERTA 110Volt MicroFleece/Sherpa Throw Beige | 038533861065 | 3691 |
| SERTA 110Volt MicroFleece/Sherpa Throw Navy | 038533861096 | 2200 |
| SERTA 110Volt MicroFleece/Sherpa Throw Slate Blue | 038533861119 | 7354 |
| SERTA 110Volt MicroFleece/Sherpa Throw Gray | 038533861089 | 5686 |
| SERTA 110Volt MicroFleece/Sherpa Throw Red Pepper | 038533861102 | 2224 |

| Description | UPC | Qty |
|---|---|---|
| SERTA 110Volt Faux Fur Throw Gray | 038533860983 | 413 |
| SERTA 110Volt Silky Throw Pine | 038533874805 | 564 |
| SERTA 110Volt Silky Throw Chocolate | 038533861058 | 564 |
| SERTA 110Volt Silky Throw Sand | 038533861034 | 566 |
| SERTA 110Volt Silky Throw Navy | 038533861041 | 116 |
| SERTA 110Volt Silky Throw Gray | 038533861027 | 354 |
| SERTA 110Volt Silky Blanket Pine Twin | 038533874768 | 211 |
| SERTA 110Volt Silky Blanket Ivory Twin | 038533860600 | 396 |
| SERTA 110Volt Silky Blanket Chocolate Twin | 038533860686 | 353 |
| SERTA 110Volt Silky Blanket Sand Twin | 038533860563 | 508 |
| SERTA 110Volt Silky Blanket Navy Twin | 038533860648 | 611 |
| SERTA 110Volt Silky Blanket Gray Twin | 038533860525 | 601 |
| SERTA 110Volt Silky Blanket Pine Full | 038533874775 | 86 |
| SERTA 110Volt Silky Blanket Ivory Full | 038533860617 | 336 |
| SERTA 110Volt Silky Blanket Chocolate Full | 038533860693 | 320 |
| SERTA 110Volt Silky Blanket Sand Full | 038533860570 | 419 |
| SERTA 110Volt Silky Blanket Navy Full | 038533860655 | 139 |
| SERTA 110Volt Silky Blanket Gray Full | 038533860532 | 137 |
| SERTA 110Volt Silky Blanket Pine Queen | 038533874782 | 187 |
| SERTA 110Volt Silky Blanket Ivory Queen | 038533860624 | 443 |
| SERTA 110Volt Silky Blanket Chocolate Queen | 038533860709 | 212 |
| SERTA 110Volt Silky Blanket Sand Queen | 038533860587 | 555 |
| SERTA 110Volt Silky Blanket Navy Queen | 038533860662 | 1 |
| SERTA 110Volt Silky Blanket Gray Queen | 038533860549 | 408 |
| SERTA 110Volt Silky Blanket Pine King | 038533874799 | 97 |
| SERTA 110Volt Silky Blanket Ivory King | 038533860631 | 2 |
| SERTA 110Volt Silky Blanket Chocolate King | 038533860716 | 45 |
| SERTA 110Volt Silky Blanket Sand King | 038533860594 | 310 |
| SERTA 110Volt Silky Blanket Gray King | 038533860556 | 3 |
| SERTA 110Volt Snuggler Cape Chocolate | 038533861140 | 1334 |
| SERTA 110Volt Snuggler Cape Sand | 038533861133 | 1389 |
| SERTA 110Volt Snuggler Cape Navy | 038533861157 | 1844 |
| SERTA 110Volt Snuggler Cape Gray | 038533861126 | 1372 |
| SERTA 110Volt BlueTooth Silkyy Blanket Pine Twin | 038533874898 | 204 |
| SERTA 110Volt BlueTooth Silkyy Blanket Sand Twin | 038533874935 | 179 |
| SERTA 110Volt BlueTooth Silkyy Blanket Navy Twin | 038533875017 | 129 |
| SERTA 110Volt BlueTooth Silkyy Blanket Gray Twin | 038533874973 | 171 |
| SERTA 110Volt BlueTooth Silkyy Blanket Pine Full | 038533874904 | 193 |
| SERTA 110Volt BlueTooth Silkyy Blanket Sand Full | 038533874942 | 175 |
| SERTA 110Volt BlueTooth Silkyy Blanket Navy Full | 038533875024 | 169 |
| SERTA 110Volt BlueTooth Silkyy Blanket Gray Full | 038533874980 | 157 |
| SERTA 110Volt BlueTooth Silkyy Blanket Pine Queen | 038533874911 | 235 |
| SERTA 110Volt BlueTooth Silkyy Blanket Sand Queen | 038533874959 | 139 |
| SERTA 110Volt BlueTooth Silkyy Blanket Navy Queen | 038533875031 | 209 |
| SERTA 110Volt BlueTooth Silkyy Blanket Gray Queen | 038533874997 | 197 |
| SERTA 110Volt BlueTooth Silkyy Blanket Pine King | 038533874928 | 131 |
| SERTA 110Volt BlueTooth Silkyy Blanket Sand King | 038533874966 | 88 |
| SERTA 110Volt BlueTooth Silkyy Blanket Navy King | 038533875048 | 117 |
| SERTA 110Volt BlueTooth Silkyy Blanket Gray King | 038533875000 | 90 |

| Description | UPC | Qty |
|---|---|---|
| SERTA MicroFleece Battery Throw 40X50 Navy | 038533874867 | 1372 |
| SERTA MicroFleece Battery Throw 40X50 Black | 038533874843 | 1801 |
| SERTA MicroFleece Battery Throw 40X50 Merlot | 038533874850 | 1483 |
| SERTA 110Volt Silky Throw Snowflake White | 038533869696 | 414 |
| SERTA 110Volt Silky Throw Snowflake Navy | 038533860358 | 233 |
| SERTA 110Volt Silky Blanket Snowflake Navy Twin | 038533872672 | 476 |
| SERTA 110Volt Silky Blanket Snowflake Merlot Twin | 038533872634 | 433 |
| SERTA 110Volt Silky Blanket Snowflake Navy Full | 038533872689 | 334 |
| SERTA 110Volt Silky Blanket Snowflake Merlot Full | 038533872641 | 300 |
| SERTA 110Volt Silky Blanket Snowflake Navy Queen | 038533872696 | 269 |
| SERTA 110Volt Silky Blanket Snowflake Merlot Queen | 038533872658 | 180 |
| SERTA 110Volt Silky Blanket Snowflake Navy King | 038533872702 | 257 |
| SERTA 110Volt Silky Blanket Snowflake Merlot King | 038533872665 | 185 |
| SERTA 110Volt Silky Throw Buffalo Check Green | 038533867197 | 312 |
| SERTA 110Volt Silky Throw Buffalo Check Red | 038533860365 | 564 |
| SERTA 110Volt Luxe Cuddler Wrap w/pockets Cloud | 038533861171 | 2444 |
| SERTA 110Volt Luxe Cuddler Wrap w/pockets Sapphire | 038533861164 | 2744 |
| SERTA 110Volt Sam's Plush/Sherpa Throw Taupe | 038533873860 | 1290 |
| SERTA 110Volt Sam's Plush/Sherpa Throw Grey | 038533873877 | 954 |
| SERTA 110Volt Sam's Plush/Sherpa Throw Silver Plaid | 038533873891 | 1331 |
| SERTA 110Volt Sam's Plush/Sherpa Throw Gray Plaid | 038533873884 | 884 |
| SERTA 110Volt Sam's BlueTooth Mattress Pad White Queen | 038533873846 | 1 |
| WARRANTY SERTA 4-SET 35X20 White 01/CS | 038533870210 | 1 |
| SERTA 110Volt 10S LCD Mattress Pad Controller BlueTooth for Queen size | #N/A | 924 |
| SERTA 110Volt 10S LCD Mattress Pad Controller BlueTooth for Twin,Full & King sizes | #N/A | 82 |
| | | 125,393 |