

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 20−30706
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Perfect Fit Industries, LLC
8501 Tower Point Dr
Charlotte, NC 28227
Social Security No.:
Debtor EIN:
27−2762184

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion to Sell filed in the above referenced case on 08/20/2020 as document # 24 is defective for the reason(s) marked below:

Notice does not comply with L.R. 9013 noticing requirements. Notice of Hearing required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: August 21, 2020                                         Steven T. Salata
                                                               Clerk of Court

Electronically filed and signed (8/21/20)