UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 20-30706 |
| | ) | Chapter 7 |
| PERFECT FIT INDUSTRIES, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING (HEARING SCHEDULED)

The undersigned has filed a Motion for Authority to Sell Inventory, Trademarks and Certain Personal Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests.  The Motion is on file with the Bankruptcy Court for inspection by any interested party.

**Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to allow the motion or if you want the Court to consider your views on the motion then prior to the hearing, you or your attorney must:

File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at:  Clerk of Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina 28202.

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.  You must also mail a copy to:

| | |
|---|---|
| John W. Taylor, Trustee | Shelley K. Abel |
| 4600 Park Road, Ste 420 | Bankruptcy Administrator |
| Charlotte, NC  28209 | 402 W. Trade Street, Suite 200 |
| | Charlotte, NC  28202 |

**Attend the hearing** scheduled to be held on **August 31, 2020 at 11:00 a.m.** at the U.S. Bankruptcy Court, Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202.  **DUE TO COVID-19, THE HEARING WILL BE CONDUCTED VIA ZOOM.GOV VIDEO CONFERENCE ONLY**.  All parties in interest who desire to participate in the hearing are required to receive training from the Court to participate. Upon request, the Trustee will provide the appropriate contact information of the Court for the training.

Take any other steps required to oppose a motion or objection under local rule or court order.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: <u>August 21, 2020</u>

<u>/s/ John W. Taylor</u>
John W. Taylor, Bar No. 21378
Attorney for Trustee
4600 Park Road, Suite 420
Charlotte, NC  28209; (704) 540-3622