FILED & JUDGMENT ENTERED
Steven T. Salata

August 21 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 20-30706 |
| | ) Chapter 7 |
| PERFECT FIT INDUSTRIES, LLC, | ) |
| | ) |
| Debtor. | ) |

**EX PARTE ORDER SHORTENING NOTICE**

THIS CAUSE, coming on to be heard before the undersigned United States Bankruptcy Judge upon the Motion of John W. Taylor, Trustee for the above captioned bankruptcy estate, for the entry of an Order shortening notice of the hearing on the Trustee's Motion for Order Authorizing to Sell Inventory, trademarks and Certain Personal Property Free and Clear of All Liens, Claims, Encumbrances and Other Interests, pursuant to 11 U.S.C. § 363 and the Court, having reviewed the pleadings, the Motion filed herein, and the Court's file, hereby ORDERS as follows:

1. That the time for Notice shall be shortened such that a hearing on the Motion will be held on August 31, 2020 at 11:00 a.m. in the U.S. Bankruptcy Court, Charles R. Jonas Federal Building.

2. Movant shall be prepared to present evidence of good cause for the shortened notice at the hearing on the Motion.

This Order has been signed electronically. The
judge's signature and court's seal appear at the
top of the Order.

United States Bankruptcy Court