IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re: | Bankruptcy Case 20-30706 |
|---|---|
| PERFECT FIT INDUSTRIES, LLC, | Chapter 7 |
| Debtor. | |

**EX PARTE MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES Antonio E. Lewis, on behalf of Jeffrey Chubak ("Chubak") pursuant to Local Rule 2090-2(c) and hereby files this Ex Parte Motion for Admission *Pro Hac Vice* and hereby shows the Court as follows:

1. Chubak is an attorney with the law firm of Amini LLC, 131 West 35th Street, New York, New York 10001.

2. Chubak is licensed to practice by the States of New York and New Jersey, and in the following United States District Courts: Southern District of New York, Eastern District of New York and District of New Jersey.

3. Chubak is in good standing with the courts where he has been admitted and has not been the subject of any disciplinary action by a court of record.

4. Chubak has never been disbarred, suspended or denied admission to practice, and has not previously been convicted of a felony or misdemeanor involving moral turpitude.

5. Chubak has not previously appeared *pro hac vice* before this Court.

WHEREFORE, movant requests that the Court enter an Order authorizing Chubak to appear in the above-captioned case on behalf of R&M Group LLC, *pro hac vice*.

This is the 28th day of August, 2020.

KING & SPALDING LLP

By: /s/ Antonio E. Lewis
Antonio E. Lewis
State Bar No. 35409
300 S. Tryon Street
Suite 1700
Charlotte, NC 28202
(704) 503-2600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re: | Bankruptcy Case 20-30706 |
|---|---|
| PERFECT FIT INDUSTRIES, LLC, | Chapter 7 |
| Debtor. | |

**DECLARATION OF JEFFREY CHUBAK IN SUPPORT OF
EX PARTE MOTION FOR ADMISSION *PRO HAC VICE***

Jeffrey Chubak, in support of the Ex Parte Motion for Admission *Pro Hac Vice*, declares as follows:

1. I am an attorney with the law firm Amini LLC, with an office located at 131 West 35th Street, 12th Floor, New York, New York 10001.

2. I am admitted to practice in the States of New York and New Jersey, and in the following United States District Courts: Southern District of New York, Eastern District of New York and District of New Jersey.

3. I am in good standing with the courts where I have been admitted and have not been the subject of any disciplinary action by a court of record.

4. I have never been disbarred, suspended or denied admission to practice, and have not previously been convicted of a felony or misdemeanor involving moral turpitude.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2020.

/s/ Jeffrey Chubak

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of August, 2020, I electronically filed the foregoing Ex Parte Motion for Admission *Pro Hac Vice* and Declaration of Jeffrey Chubak in Support with the Clerk using the CM/ECF system, thereby causing Notice of Electronic Filing of the foregoing to be sent to the following parties:

U.S. Bankruptcy Administrator

Anna S. Gorman
Grier Wright Martinez, P.A.
Counsel for the Debtor

Joseph W. Grier III
Grier Wright Martinez, P.A.
Counsel for the Debtor

John W. Taylor
John W. Taylor, P.C.
Trustee

Ross Robert Fulton
Rayburn Cooper Durham, P.A.
Counsel for Cross River, LLC

Matthew L. Tomsic
Rayburn Cooper Durham, P.A.
Counsel for Cross River, LLC

Stacy C. Cordes,
Burt & Cordes, PLLC
Counsel for Serta Simmons Bedding Company, LLC

      This is the 28th day of August, 2020.

      KING & SPALDING LLP

      By: /s/ Antonio E. Lewis
      Antonio E. Lewis
      State Bar No. 35409
      300 S. Tryon Street
      Suite 1700
      Charlotte, NC 28202
      (704) 503-2600