UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | **)** | Bankruptcy Case No. 20-30706 |
| | **)** | Chapter 7 |
| PERFECT FIT INDUSTRIES, LLC, | **)** | |
| | **)** | |
| Debtor. | **)** | |

**TRUSTEE'S OBJECTION TO CLAIM AND MOTION TO DETERMINE CLAIM OF THE
SERTA, INC.**

The Trustee, John W. Taylor, hereby objects to the claim of Serta, Inc. and recommends that the

claim be treated as set forth below:

| CLAIM NO. | CLAIMANT | AMOUNT OF CLAIM |
|---|---|---|
| 26 | Serta, Inc. | $150,000.00 |

The Trustee objects to this claim as it not owed by the Debtor. In addition, the claim lacks any
supporting documentation or calculations of the amount claimed.

Recommendation:  Disallow claim.

DATED this 30th day of August, 2020.

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Trustee
John W. Taylor, P.C.
4600 Park Road, Suite 420
Charlotte, NC  28209
(704) 540-3622

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the TRUSTEE'S OBJECTION TO CLAIM

AND MOTION TO DETERMINE CLAIM OF SERTA, INC. and NOTICE OF HEARING (HEARING

SCHEDULED) by either Electronic Case Filing as indicated or depositing copies of same in the exclusive

care and custody of the United States Postal Service, with proper postage thereto affixed to the below listed

parties this 30th day of August, 2020.


Anna S. Gorman, Attorney for Debtor        Via Electronic Case Filing


Beth E. Rogers, Attorney for Serta, Inc.        Via Electronic Case Filing


/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Trustee
John W. Taylor, P.C.
4600 Park Road, Suite 420
Charlotte, NC  28209; (704) 540-3622