**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **PERFECT FIT INDUSTRIES, LLC** ) | **CASE NO. 20-30706** |
| ) | **CHAPTER 7** |
| **Debtor.** ) | |
| ) | |

    **COMES NOW,** R. Keith Johnson, an attorney duly licensed to practice in this Court, and hereby gives notice of his appearance in this case on behalf of REGAL WEST CORPORATION, a creditor of the Debtor. R. Keith Johnson would request that all notices and other pleadings served in this case be served on him as attorney for Regal West Corporation, and that copies be sent to him at the address shown below. This request is being made pursuant to Rule 2002 of the Bankruptcy Rules, and the Local Rules of this Court.

    The address to which notices should be sent is as follows:

        Law Office of R. Keith Johnson, P.A.
        1275 Hwy. 16 South Business
        Stanley, NC 28164

This 31st day of August, 2020.

        */s/ R. Keith Johnson*
        R. Keith Johnson,
        Attorney for Regal West Corporation
        NC State Bar No. 8840
        1275 S. Hwy. 16
        Stanley, NC 28165
        (704) 827-4200