

FILED & JUDGMENT ENTERED
Steven T. Salata

September 3 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 20-30706 |
| | ) | Chapter 7 |
| PERFECT FIT INDUSTRIES, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY TO SELL INVENTORY, TRADEMARKS AND CERTAIN PERSONAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO 11 U.S.C. § 363**

THIS MATTER came on before the undersigned United States Bankruptcy Judge for the United States Bankruptcy Court for the Western District of North Carolina on August 31, 2020, on the Motion by the Trustee for authority to sell inventory, trademarks and certain personal property free and clear of liens, claims, encumbrances, and other interests pursuant to 11 U.S.C. § 363 ("Sale Motion") and the Objection filed by Serta, Inc. to same. Appearances were made at the hearing by John W. Taylor, attorney for the Trustee, Stacey C. Cordes and Beth E. Rogers, attorneys for Serta, Inc. ("Serta"), R. Keith Johnson, attorney for Regal West Corporation and Jeffrey Chubak, attorney for R&M Group, LLC ("R&M Group").

Based upon the Court's review of the pleadings, the record in this case, and the representations made by the Parties in open court, the Court finds and concludes that the Trustee's Motion should be granted as set forth below:

### JURISDICTION AND NOTICE

1.      John W. Taylor is the duly appointed and acting Chapter 7 Trustee in the above referenced bankruptcy case of Perfect Fit Industries, LLC that was filed on July 24, 2020.

2.      The Trustee brings the Motion pursuant to Sections 105 and 363 of the Bankruptcy Code

and Bankruptcy Rules 6004 and 9014.  The Trustee has given all parties in interest due and proper notice of the Motion and the hearing thereon.

3.      The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334(b).  The Motion is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (M), (N) and (O).

4.      The Bankruptcy Estate is the owner of certain inventory, trademarks and certain personal property as defined in the Motion ("Personal Property"). The Bankruptcy Estate is not the owner of the Serta Trademarks (as defined in the Serta Objection) and the term "Personal Property" as used herein does not include the Serta Trademarks or its rights therein.

5.      The Debtor scheduled inventory with a cost basis of $8,752,069.08 consisting of consumer warming and non-warming products including blankets, bedding and sofa covers. The Debtor scheduled the estimated liquidation value to be $800,000.00.

6.      The vast majority of the inventory being sold is in the possession of Regal West Corporation ("Regal West") located in its fulfillment center/warehouse located in Anaheim, California. Regal West has asserted a warehouseman's lien under California law in the current amount of $739,296.86, with an additional amount of $86,226.51 coming due on August 31, 2020.  The Trustee believes that the storage fees of Regal West will continue to accrue at the rate of approximately $86,000.00 per month thereafter.

7.      The remaining inventory being sold is in the possession of SV Logistics in Compton, California in two shipping containers on which it has asserted a statutory carrier lien in the amount of $16,189.36 under California law.

8.      The lien asserted by SV Logistics is subject to a bone fide dispute by the Trustee and the inventory held by it is being sold free and clear of SV logistics lien, with the lien attaching to the sale proceeds.  The Trustee will bring an adversary proceeding to determine the nature and extent of the lien asserted by SV Logistics.

9.      The Bankruptcy Estate is also the owner of a small amount of inventory in the possession of The Pillow Company located in Dalton, Georgia ("Pillow Company Inventory").  The Trustee is not

seeking to sell the Pillow Company Inventory in this Motion.

10.    The Debtor was the exclusive licensee of Serta branded warming products and furniture covers in the United States, Canada, and Mexico pursuant to a license agreement between the Debtor and Serta ("License Agreement").  Serta sent the Debtor a notice of termination of the License Agreement on June 15, 2020.

11.    A significant portion of the inventory is branded with the trademark of Serta pursuant to the Licensing Agreement.

12.    Serta filed an Objection to the Sale Motion, inter alia, on the basis that the License Agreement was terminated pre-petition and, therefore, not property of the estate and the Bankruptcy Estate has no right to sell the Serta Trademarked Inventory, without Serta's permission.

13.    The Trustee filed his Response to Serta's Objection to the Sale Motion, *inter alia,* on the basis that the Serta branded inventory is property of the Bankruptcy Estate and that it has the right to sell the Serta branded inventory under the terms of the License Agreement and the Bankruptcy Code.

14.    The Trustee received offers from two potential buyers for two separate parts of the Personal Property, each potential buyer offering to buy one of the separate parts.

15.    The Trustee is seeking to sell both parts in conjunction with each other as the combined sale price is necessary to satisfy the warehouseman's lien asserted by Regal West.

16.    The first part of the Personal Property consists of (1) non-Serta warming and non-warming inventory and Serta branded furniture covers, (2) Debtor trademarks, (3) the Perfectfitliving.com website, and (4) the code to the Debtor's cloud based ERP system ("Part One of Personal Property"). The inventory and trademarks included in Part One of Personal Property are listed on Exhibit A attached to the Motion.

17.    The second part of the Personal Property consists of the Serta branded warming and non-warming inventory listed on Exhibit B attached to the Motion ("Part Two of Personal Property").

18.    The Trustee received an offer from Royal Heritage Home, LLC ("Royal Heritage") to purchase Part One of the Personal Property for the sum of $515,000.00 ("Royal Heritage Offer").

19.     The Trustee received an offer from R&M Group, LLC ("R&M Group") to purchase Part Two of the Personal Property for the sum of $496,937.00 on the terms set forth in the Letter of Intent attached to the Sale Motion as Exhibit C ("R&M Group Offer").

20.     The R&M Group Offer was modified pursuant to an Asset Purchase Agreement between Serta and R&M (the "R&M APA"), a copy of which is attached hereto as Exhibit A, as well as additional agreements made by the Trustee with respect to same as reflected in the below decretals (the "R&M Group Modified Offer").  The modifications by the R & M APA do not alter or effect the Bankruptcy Estates' rights or obligations under the R & M Group Offer.

21.     Subject to the approval of the Court, the Trustee accepted the Royal Heritage Offer and the R&M Modified Group Offer, subject to the approval of both offers in conjunction with one another.

22.     The sale of the Personal Property will be pursuant to the R & M APA as to the Part Two of Personal Property and free and clear of all liens, claims, encumbrances, and other interests, including but not limited to, the liens, claims and interests of Regal West, SV Logistics and Serta, with same attaching to the proceeds of the sale..

23.     The sales shall be AS IS, WHERE IS, AND WITHOUT WARRANTY.  The Trustee will provide to the buyer a Non-Warranty Trustee's Bill of Sale at closing.  Additionally, each lienholder will cancel any lien on the public record against the Personal Property within ten (10) days of notification, orally or in writing, by the Trustee that the Personal Property closing has occurred.  To the extent it applies to charges arising before the sale of the Personal Property the lien of Regal West against the Personal Property will be automatically terminated upon Trustee's payment to Regal West of the initial disbursement set forth in section 7 of the Order, below.  With respect to inventory in Part One of the Personal Property, Regal West will retain lien rights for storage and charges for services that occur after Closing.  With respect to inventory in the Part Two Personal Property, Regal West will retain lien rights for storage and charges for services that occur after Closing, to the extent same are not paid by the Trustee as set forth below in the Order.

24.     In the opinion of the Trustee, the sale of the Personal Property as set forth herein is in the

best interest of the Bankruptcy Estate and its creditors.

25.     Some of the inventory in Part One of the Personal Property is Eddie Bauer branded inventory pursuant to a license agreement between the Debtor and Eddie Bauer Licensing Services, LLC ("Eddie Bauer"), however, the Trustee was informed that Royal Heritage has a license agreement with Eddie Bauer under which the inventory will be sold.   Eddie Bauer was given proper notice of the Motion and hearing thereon and no objection to the sale was made by it.

26.     Other than the liens, claims and interests asserted by Regal West, SV Logistics and Serta, no other liens, claims or interests are known to the Trustee.

27.     The Trustee further requested that Regal West and SV Logistics be required to release the inventory to the buyers upon notice from the Trustee that the sale has closed and that such turnover of the inventory be conducted as expeditiously as possible to minimize any additional storage fees to the Bankruptcy Estate.

28.     Except with respect to Serta's interest in Part Two of the Personal Property, pursuant to Section 363(f) of the Bankruptcy Code, to the extent that an interest by a third party exists, with respect to each such interest asserted on the Personal Property:  (1) applicable non-bankruptcy law permits sale of the Personal Property free and clear of such interests; (2) such party consents to the sale; (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on the Personal Property; (4) such interest is in bona fide dispute; or (5) such party could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

29.     The Trustee reserved all rights, claims and defenses with respect to all claims asserted against the Debtor, and all liens, security interests and other interests in the Part One of Personal Property.

30.     Based on the foregoing, the Court approves the sale of the Personal Property under Section 363(b)(1), (f), (h) and (m) of the Bankruptcy Code and pursuant to the R&M APA.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Trustee's Motion is GRANTED, and it is further ORDERED that:

1.      Part One of the Personal Property is property of the Bankruptcy Estate and the Court

approves and confirms the sale of Part One of the Personal Property, free and clear of liens, claims, encumbrances, and other interests, including, but not limited to,  of Regal West, SV Logistics and Serta. To the extent it applies to charges arising before the sale of the Personal Property the lien of Regal West against the Personal Property will be automatically terminated upon Trustee's payment to Regal West of the initial disbursement set forth in section 7 of the Order, below.  With respect to inventory in Part One of the Personal Property, Regal West will retain lien rights for storage and charges for services that occur after Closing.  With respect to inventory in the Part Two Personal Property, Regal West will retain lien rights for storage and charges for services that occur after Closing, to the extent same are not paid by the Trustee as set forth below in the Order;

2.    The Court also approves and confirms the sale of Part Two of the Personal Property, subject to and as set forth in the R&M APA, and as further modified by the provisions with respect thereto in this Order, but otherwise free and clear of liens, claims, encumbrances and other interests, including, but not limited to Regal West, SV Logistics and Serta.

3.    Royal Heritage shall pay the sum of $515,000.00 to the Trustee in readily available funds upon entry of this Order;

4.    R&M Group shall pay the sum of $496,937.00 to the Trustee in readily available funds upon entry of this Order;

5.    Upon notice by the Trustee that the sale has closed, Regal West and SV Logistics shall turnover Part One of the Personal Property to Royal Heritage and Part Two of the Personal Property to R&M Group and such turnover of the inventory be conducted as expeditiously as possible to minimize any additional storage fees to the Bankruptcy Estate associated with Part Two of the Personal Property;

6.    R&M Group shall use its best efforts to remove Part Two of the Personal Property from the Regal West warehouse facility as expeditiously as possible after closing to minimize any additional storage fees to the Bankruptcy Estate associated with Part Two of the Personal Property;

7.    Upon closing, the Trustee shall be authorized to make an initial disbursement of $835,523.37 to Regal West;

8.      Upon closing, the Trustee shall be authorized to disburse the sum on $10,000.00 to Serta;

9.      The Bankruptcy Estate shall be responsible for additional storage charges of Regal West associated with Part Two of the Personal Property, for the period up to and including thirty working days after the entry of this Order;

10.     Upon the completion of the removal of Part Two of the Personal Property, Regal West shall notify the Trustee of the additional storage charges associated with Part Two of the Personal Property for the period up to and including thirty working days after the entry of this Order.  Upon receipt of notice from Regal West, the Bankruptcy Estate shall pay to Regal West the additional storage charges associated with Part Two of the Personal Property for the period of up to and including thirty working days after entry of this Order;

11.     R&M Group shall be responsible for the payment of the moving charges except that the Bankruptcy Estate will be responsible for one-half of the charges for putting the inventory on pallets and shrink wrapping associated with Part Two of the Personal Property;

12.     Upon the completion of the removal of Part Two of the Personal Property, Regal West shall notify the Trustee the removal charges associated with Part Two of the Personal Property;

13.     The Bankruptcy Estate shall initially pay Regal West the full amount due for putting the inventory on pallets and shrink wrapping associated with Part Two of the Personal Property (including R&M Group's half);

14.     Upon payment by the Bankruptcy Estate of the charges associated with putting the inventory on pallets and shrink wrapping Part Two of the Personal Property to Regal West, R&M Group shall pay to the Trustee in readily available funds an amount equal to one half of the charges associated with putting the inventory on pallets and shrink wrapping Part Two of the Personal Property paid by the Bankruptcy Estate to Regal West;

15.     The Bankruptcy Estate shall not be responsible for any charges associated with Part One of the Personal Property after closing.

16.     Liens, claims, encumbrances and other interests, if any, shall attach to the proceeds of the

sale in accordance with the Bankruptcy Code and other applicable laws, and that any lienholder remove its lien from the public record within ten (10) days of notification of the closing by the Trustee;

17.    The Trustee is authorized to execute any instrument or document necessary or appropriate to consummate the sale of the Personal Property as set forth above;

18.    The Trustee, the buyer, and all other parties have acted in good faith and are entitled to the protection of Section 363(m) of the Bankruptcy Code;

19.    Pursuant to Bankruptcy Rule 6004(h), the parties are not stayed for any period of time after the entry of this Order from consummating any and all transactions contemplated by the Trustee's Motion, including, without limitation, the closing of the proposed sale of the Personal Property;

20.    All rights, claims and defenses with respect to all claims asserted against the Debtor, and all liens, security interests and other interests in the Personal Property are reserved to the Trustee;

21.    The Court retains jurisdiction over this matter and the parties in interest to determine or resolve any disputes between them over the provisions herein and to otherwise enforce this Order.

This Order has been signed electronically.
The judge's signature and court's seal
appear at the top of the Order.

United States Bankruptcy Court

# ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT, dated as of September 2, 2020 (the "Execution Date"), is entered into between R&M GROUP, LLC(" Buyer ") and Serta, Inc. ("Serta"), with respect to the sale of the Warming Inventory (as defined below), which is branded with certain trademarks of Serta, by the bankruptcy estate of Perfect Fit Industries, LLC ("PFI" or "Seller"), in that certain bankruptcy case styled as *In re: Perfect Fit Industries, LLC, Case No. 20-30706, United States Bankruptcy Court, Western District North Carolina, Charlotte Division* (the "Bankruptcy Case").  Buyer and Serta are referred to in this Agreement collectively as the "Parties."

WHEREAS, Buyer wishes to purchase from Seller, and Seller desires to sell to Buyer, the Serta branded warming products listed on Exhibit A (the "Warming Inventory"), attached hereto and incorporated herein by this reference, some or all of which is presently located at the fulfillment center/warehouse of Regal West Corporation ("Regal West") located in Anaheim, California (the "Regal Warehouse");

WHEREAS, Seller filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code ("Bankruptcy Code") on July 24, 2020 in the above-referenced Bankruptcy Case;

WHEREAS, the Trustee filed a Motion for Authority to Sell Inventory, Trademarks and Certain Personal Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests Pursuant to § 363 (the "Sale Motion") in the Bankruptcy Case, including the Warming Inventory;

WHEREAS, the Warming Inventory is branded with trademarks owned by Serta;

WHEREAS, Serta filed an Objection to the Sale Motion on the basis, *inter alia*, that Seller does not have the right to sell the Warming Inventory to third parties without Serta's permission based on its License Agreement with Debtor and its rights in its trademarks;

WHEREAS, the Parties desire to resolve the Sale Motion and Serta's Objection thereto as set forth herein; and

NOW, THEREFORE, in consideration of the respective representations, warranties, covenants and agreements set forth below, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties hereto agree as follows:

1.      Agreements to Purchase and Sell.  Subject to Bankruptcy Court Approval (as defined below) and except as otherwise set forth in this Agreement, at the closing Seller shall sell, transfer, convey, assign and deliver to Buyer, and Buyer shall purchase and accept from Seller, free and clear from any liens, claims and encumbrances pursuant to section 363(f) of the Bankruptcy Code, with all valid liens, claims and interests to attach to the proceeds of sale, all right, title and interest of Seller in and to the Warming Inventory.

2.     <u>Purchase Price.</u>     In consideration of the sale by Seller to Buyer of the Warming Inventory, Buyer agrees to pay to Seller at Closing the sum of $496,937.00 for purchase of the Warming Inventory in US Dollars in cash or certified funds (the "Purchase Price").

3.     <u>No Assumed Liabilities</u>.  On the Closing Date, Buyer shall not assume any liabilities of Seller except as otherwise stated herein.

4.     <u>Closing</u>

5.     <u>Closing Date</u>.  On the terms and subject to the conditions of this Agreement, the Closing shall occur no later than twenty-four hours after Bankruptcy Court Approval (the "Closing Date"). Time is of the essence.

6.     <u>Non-Exclusive Limited Trademark License Agreement as to the Warming Inventory</u>

6.1     Serta is the owner of all right, title, and interest in and to the following trademarks:

SERTA
PERFECT SLEEPER
SERTAREST
"Counting Sheep" design
SERTAPEDIC
WE MAKE THE WORLD'S BEST MATTRESS (the "Marks").

6.2     Buyer desires to acquire a license to use the Marks in connection with sale of the Warming Inventory by Buyer.

6.3     Serta grants Buyer, subject to the terms of this Agreement, a non-exclusive, non-transferable, limited license to use the Marks on the Warming Inventory and in connection with sale of the Warming Inventory for the Term set forth below, in the Territories set forth below and through the Distribution Channels set forth below (the "Limited License").

6.4     <u>Term</u>.  The above license will commence on the Effective Date of this Agreement and shall expire on the earlier of (1) sale of all of the Warming Inventory by Buyer, or (2) March 21, 2022 (the "Term").  After expiration of the Term, Buyer will have one hundred twenty (120) days to liquidate any remaining Warming Inventory consistent with the terms of this Agreement.

6.5     <u>Territories</u>.  Buyer may offer the Warming Inventory for sale in the territories of the United States.

6.6     <u>Distribution Channels/Restrictions</u>.  Buyer agrees not to directly sell the Warming Inventory to the following retail chains:  Walmart, Costco, Costco.com, BJs, BJs.com, Target, Target.com, Sam's Club and Samsclub.com ((Collectively with RH and PFI Affiliates (defined below), the "Excluded Retailers")).  Also before offering or selling any of the Warming Inventory to any of Big Lots, Lowe's, Kohl's, Bed Bath & Beyond,

2

JCP or Macy's, Buyer agrees to inform and collaborate with Serta on such sales opportunities and seek to secure the best price possible for same, so as not to denigrate the Serta brand.  Buyer also agrees to work with Serta to sell the Warming Inventory to Walmart, as the preferred retailer for distribution, on terms acceptable to Serta. Additionally, Buyer agrees not to sell the Warming Inventory to Royal Heritage Home, LLC, any of its related entities ("RH"), or any entities related to PFI ("PFI Affiliates"). Buyer and Serta agree that the foregoing distribution channel restrictions apply only to direct sales of the Warming Inventory to those retailers; provided, however, that Buyer also will use reasonable efforts to avoid indirect sales of the Warming Inventory to the retailers identified in this paragraph.  Buyer shall not distribute, sell, or offer for sale any of the Warming Inventory to any of the Excluded Retailers unless mutually agreed to by Serta and Buyer in writing. Simultaneous with  the closing, Serta will provide Buyer with a letter on Serta letterhead authorizing Buyer to sell the Warming Inventory to retailers other than the Excluded Retailers.

6.7    Royalty.  In exchange for the above Limited License, Buyer will pay Serta at Closing on the Closing Date a flat royalty fee of $40,000 in US Dollars in cash or certified funds.

6.8    Warranty Claims Supply.  Buyer will provide 250 sample pieces of the assets included in the Warming Inventory, selected by Buyer, to Serta to use to address any warranty claims received by Serta ("Sample Pieces").  Buyer will provide the Sample Pieces to Serta within twenty (20) days after written request to Buyer for same. Serta will pay to have the Samples Pieces picked up and delivered to the destination of their choosing.

6.9    Obsolete or Defective Product.  Buyer will inspect and agrees not to sell any defective or obsolete product which is part of the Warming Inventory.  Upon reasonable notice to Buyer, Serta may also inspect the Warming Inventory.

7.    Use of Marks

7.1    Buyer agrees that the Limited License does not constitute a partnership or joint venture, and agrees not to use the Marks or the name of Serta other than as provided in this Limited License.

7.2    Buyer  agrees that it will not alter, modify, dilute or otherwise misuse the Marks, or use the Marks on or in connection with any products or services or in any manner, or make any statements or claims, or distribute, sell, or offer for sale the Warming Inventory to any customer or in any channel of trade, that would or would be likely to damage or demean the name or reputation of the Marks or Serta.

7.3    Buyer agrees not to use any other trademark, service mark, logo, symbol, or devices in combination with the Marks without the prior written consent of Serta.

7.4    At the direction of Serta, Buyer shall cause to appear in association with the Marks such copyright, trademark or other notices as Serta may from time to time designate. For example same, includes but is not limited to, requiring Buyer to include Serta' copyright, trademark or other notices on any advertisements of the Warming Inventory.

3

8.    Ownership and Protection Rights

8.1    Buyer recognizes the value of the goodwill associated with the Marks and acknowledges that such goodwill belongs exclusively to Serta.  Buyer acknowledges the exclusive right, title and interest of Serta in and to the Marks, and agrees that it will not claim or represent that it owns any right, title or interest in or to any of the Marks.

8.2    Buyer agrees that its use of the Marks on and in connection with sale of the Warming Inventory inures to the benefit of Serta and agrees not to register, attempt to register, or attempt to obtain ownership, on its own behalf or through a third party, in any jurisdiction, of any of the Marks.  Buyer further agrees not to contest Serta's ownership of the Marks.

9.    Termination of Limited License.

9.1    The Limited License will terminate immediately, without notice, if any of the following occur:

9.1.1    Either party fails to observe or perform any covenant or obligation herein with respect to the Limited License.

9.1.2   Either party files a petition in bankruptcy or is adjudicated as bankrupt or insolvent, or makes an assignment for the benefit of creditors or an arrangement pursuant to any bankruptcy law, or if a receiver is appointed for a party or for the party's business.

9.2   Termination of the Limited License shall not impair any rights of Serta, nor shall it relieve Buyer of any of its obligations hereunder or any rights or obligations that have accrued prior to termination of this Agreement.

9.3    Upon termination, Buyer's right to use the Marks on the Warming Inventory shall immediately cease.

10.    Waiver.  No waiver of any term of this Agreement shall be valid unless set forth in a writing signed by the party against which the waiver is sought to be enforced.  No waiver by either party of any breach of or failure of performance under this Agreement shall be deemed a continuing waiver or a waiver as to any subsequent or similar breach.

11.    No Assignment.  Neither this Limited License, this Agreement or any right, license or privilege granted to Buyer herein shall be assignable, by operation of law or otherwise, without Serta's prior written consent to same.

12.    **Representations of Buyer**

12.1    Financial Status.  Buyer has adequate funds to complete the transactions contemplated herein without any financing contingency.

12.2    No Conflict.  Neither the execution nor performance of this Agreement will violate any contract or other commitment to which Buyer is a party, or by which it is bound,

4

or will be in conflict with, or result in or constitute a breach or default on the part of Buyer under any such indenture, contract or other commitment.

12.3   Compliance with Laws.  All consents, approvals and authorizations and all other requirements prescribed by any law, rule or regulation which must be obtained or satisfied by Buyer and which are necessary for the execution and delivery by Buyer of this Agreement and the documents to be executed and delivered by Buyer in connection herewith have been obtained and satisfied or shall be obtained and satisfied.

12.4   As-Is; Where-Is.  Buyer acknowledges and agrees that all of the Warming Inventory is being purchased by Buyer in "As-Is" and "Where-Is" condition, without warranties express or implied.  Buyer further acknowledges and agrees that Buyer is familiar with Warming Inventory and unconditionally accepts the purchase of the Warming Inventory in such "As-Is" and "Where-Is" condition, pursuant to the terms herein.

12.5   Confidentiality.   It is acknowledged by Buyer that all information discovered in the course of its due diligence or in the course of its communications with Serta related to the Limited License and sell, distribution and marketing of the Warming Inventory is in all respects of a confidential nature and Buyer agrees to keep all such information confidential and not disclose same to any party without the prior written consent of Serta, or if required by court order.

12.6   Corporate Authority: Buyer represents to Seller that this Agreement, the transactions contemplated in this Agreement, and the execution and delivery hereof, have been duly authorized by all necessary partnership, corporate or trust proceedings and actions, including without limitation the action on the part of the directors, if the party is a corporation. Certified copies of such corporate or other resolutions authorizing this transaction shall upon request be delivered at the Closing.

13.   **Conditions to Closing**

This Agreement shall be subject to the satisfaction of the following conditions ("Closing Conditions"):

13.1   Bankruptcy Court Approval.  By written order (the "Bankruptcy Court Order") the Court shall approve this Agreement and the transactions contemplated herein pursuant to §363(b), (f) and (m) of the Bankruptcy Code as a sale to a good faith purchaser "free and clear" of all liens, claims and encumbrances and subject to this Agreement.

13.2   Compliance with Agreement.  Buyer shall have otherwise complied with all terms and conditions of this Agreement.

13.3   Bankruptcy Court Approval and Authorization. Notwithstanding any provision herein to the contrary, Seller's obligation to sell and Buyer's obligation to purchase the Warming Inventory and Serta's obligation to agree to the Limited License

pursuant to the terms of this Agreement is expressly subject to and contingent upon the approval and entry of an Order of the Bankruptcy Court authorizing the sale of the Warming Inventory to Buyer subject to this Agreement and free and clear of all liens, claims and encumbrances, with such liens, claims and encumbrances attaching instead to the cash proceeds of the sale in the order and with such validity and priority as existed prior to the sale as provided for by applicable law (the "Bankruptcy Court Approval").  In the event that such Bankruptcy Court Approval is not obtained, this Agreement shall terminate and shall be null, voided and of no evidentiary effect in any proceeding.

13.4    <u>Governing Law</u>.  This Agreement shall be governed and construed by the laws of the State of Illinois and/or applicable federal law.  The Parties agree that exclusive jurisdiction over any legal action arising out of or in connection with this Agreement will be in state or federal courts located in Chicago, Illinois, and Buyer hereby consents to such jurisdiction and venue; expect claims related to the bankruptcy proceeding shall be brought in the U.S. Bankruptcy Court, Western District of North Carolina, Charlotte Division.

13.5    <u>Entire Agreement</u>.  This Agreement contains the entire agreement between the Parties with regard to its subject matter and supersedes all prior agreements between them pertaining to is subject matter, including, but not limited to the Notice of Intent dated August 19, 2020 between Buyer and Seller and the Term Sheet between Buyer and Serta dated August 30, 2020.  This Agreement may be altered or amended only in a duly executed writing.

Executed this 2nd day of September, 2020.

Buyer:

R & M Group, LLC

By_____
Its_____

Serta:

Serta, Inc.

By_____
    235FDF483000449
Its___EVP, Chief Marketing Officer___

Executed this 2nd day of September, 2020.

Buyer:

R & M Group, LLC

By_____

Its_____

Serta:

Serta, Inc.

By_____

Its_____

EXHIBIT A

WARMING INVENTORY LIST

## Exhibit A

| Serta Warming Product at Regal | | |
|---|---|---|
| **Item** | **UPC Code** | **On Hand** |
| SERTA Low Volt 233TC Striped WaterProof Warming Mattress Pad Twin White | 038533795506 | 1 |
| SERTA Low Volt 233TC Striped WaterProof Warming Mattress Pad Full White | 038533795513 | 1 |
| SERTA Low Volt Waterproof Mattress Pad White Twin | 038533795506 | 326 |
| SERTA Low Volt Waterproof Mattress Pad White Full | 038533795513 | 276 |
| SERTA Low Volt Waterproof Mattress Pad White Queen | 038533795520 | 488 |
| SERTA Low Volt Waterproof Mattress Pad White King | 038533795537 | 632 |
| SERTA Low Volt Waterproof Mattress Pad White CalKing | 038533795551 | 139 |
| SERTA Low Volt Tripple Ribbed Blanket Twin Ivory | 038533795308 | 1 |
| SERTA Low Volt Tripple Ribbed Foot Warmer 35X20 Natural | 038533830122 | 3554 |
| SERTA Low Volt Tripple Ribbed Foot Warmer 35X20 Beige | 038533818397 | 3390 |
| SERTA Low Volt Tripple Ribbed Foot Warmer 35X20 Sage | 038533818403 | 360 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Tan LoveSeat | 038533817307 | 547 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Tan Chair | 038533817314 | 2147 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Navy Chair | 038533870340 | 532 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Gray Chair | 038533870326 | 373 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Merlot Chair | 038533870333 | 323 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Tan Sofa | 038533817291 | 188 |
| SERTA Low Volt Sherpa Warming Mattress Pad Twin White | 038533825036 | 33 |
| SERTA Low Volt Sherpa Warming Mattress Pad Full White | 038533825043 | 3 |
| SERTA Low Volt Sherpa Warming Mattress Pad Queen White | 038533825050 | 9 |
| SERTA Low Volt Sherpa Warming Mattress Pad CalKing White | 038533825074 | 18 |
| SERTA Low Volt Sherpa Mattress Pad White Twin | 038533825036 | 163 |
| SERTA Low Volt Sherpa Mattress Pad White Full | 038533825043 | 129 |
| SERTA Low Volt Sherpa Mattress Pad White Queen | 038533825050 | 607 |
| SERTA Low Volt Sherpa Mattress Pad White King | 038533825067 | 289 |
| SERTA Low Volt Sherpa Mattress Pad White CalKing | 038533825074 | 138 |
| SERTA 110Volt MicroPlush Foot Warmer Ivory 35x20 | 038533805397 | 253 |
| SERTA 110Volt Suede/Sherpa Foot Warmer 20X24 Navy | 038533877158 | 1430 |
| SERTA 110Volt Suede/Sherpa Foot Warmer 20X24 Grey | 038533877141 | 1443 |
| SERTA 110Volt MicroSuede Warming Furniture Protector Tan Chair | 038533825296 | 2 |
| SERTA Low Volt Luxe Plush Warming Blanket Full Cloud | 038533826729 | 4 |
| SERTA Low Volt Luxe Plush Warming Blanket Queen Cloud | 038533826736 | 1 |
| SERTA Low Volt Luxe Plush Warming Blanket Topaz Queen | 038533806042 | 2 |
| SERTA Low Volt Luxe Plush Blanket Cloud Twin | 038533826712 | 63 |
| SERTA Low Volt Luxe Plush Blanket Gray Twin | 038533867159 | 48 |
| SERTA Low Volt Luxe Plush Blanket Pearl Twin | 038533805984 | 1717 |
| SERTA Low Volt Luxe Plush Blanket Sapphire Twin | 038533806066 | 126 |
| SERTA Low Volt Luxe Plush Blanket Cloud Full | 038533826729 | 204 |
| SERTA Low Volt Luxe Plush Blanket Gray Full | 038533867166 | 201 |
| SERTA Low Volt Luxe Plush Blanket Pearl Full | 038533805991 | 294 |
| SERTA Low Volt Luxe Plush Blanket Sapphire Full | 038533806073 | 87 |
| SERTA Low Volt Luxe Plush Blanket Cloud Queen | 038533826736 | 123 |
| SERTA Low Volt Luxe Plush Blanket Gray Queen | 038533867173 | 213 |

| | | |
|---|---|---|
| SERTA Low Volt Luxe Plush Blanket Pearl Queen | 038533806004 | 135 |
| SERTA Low Volt Luxe Plush Blanket Sapphire Queen | 038533806080 | 87 |
| SERTA Low Volt Luxe Plush Blanket Cloud King | 038533826743 | 160 |
| SERTA Low Volt Luxe Plush Blanket Gray King | 038533867180 | 292 |
| SERTA Low Volt Luxe Plush Blanket Pearl King | 038533806011 | 184 |
| SERTA Low Volt Luxe Plush Blanket Sapphire King | 038533806097 | 260 |
| SERTA 110Volt MicroPlush Foot Warmer Gray 35x20 | 038533870272 | 856 |
| SERTA 110Volt Plush Blanket Twin Ivory | 038533836278 | 4 |
| SERTA 110Volt Plush Blanket Gray Full | 038533836889 | 3 |
| SERTA 110Volt Plush Blanket Queen Ivory | 038533836292 | 1 |
| SERTA 110Volt Plush Blanket Ivory King | 038533836827 | 1 |
| SERTA 110Volt QVC Silky Blanket Full Ivory | 038533852544 | 21 |
| SERTA 110Volt QVC Silky Blanket Full Chocolate | 038533852582 | 41 |
| SERTA 110Volt QVC Silky Blanket Full Taupe | 038533852629 | 1 |
| SERTA 110Volt QVC Silky Blanket Queen Ivory | 038533852551 | 159 |
| SERTA 110Volt QVC Silky Blanket Queen Chocolate | 038533852599 | 149 |
| SERTA 110Volt QVC Silky Blanket Queen Taupe | 038533852636 | 76 |
| SERTA 110Volt QVC Silky Blanket Queen Grey | 038533852513 | 1 |
| SERTA 110Volt QVC Silky Blanket King Ivory | 038533852568 | 17 |
| SERTA 110Volt QVC Silky Blanket King Chocolate | 038533852605 | 57 |
| SERTA 110Volt QVC Silky Blanket King Taupe | 038533852643 | 10 |
| SERTA 110Volt MicroFleece Blanket Natural Twin | 038533836919 | 1 |
| SERTA 110Volt MicroFleece Blanket Twin Grey | 038533851349 | 4 |
| SERTA 110Volt MicroFleece Blanket Full Grey | 038533851356 | 4 |
| SERTA 110Volt MicroFleece Blanket Slate Blue Queen | 038533837015 | 2 |
| SERTA 110Volt MicroFleece Blanket Gray Queen | 038533856764 | 255 |
| SERTA 110Volt MicroFleece Blanket Slate Blue King | 038533837022 | 1 |
| SERTA 200gsm Plush Warming Lumbar Cushion 14x6 Gray | 038533854180 | 4 |
| QVC SERTA Shiny Pocket Wrap Ivory | 038533854227 | 31 |
| QVC SERTA Shiny Pocket Wrap Taupe | 038533854241 | 4 |
| QVC SERTA Shiny Pocket Wrap Grey | 038533854210 | 4 |
| SERTA 110Volt MicroPlush Mattress Pad White Twin | 038533837527 | 499 |
| SERTA 110Volt MicroPlush Mattress Pad White Full | 038533837534 | 9 |
| SERTA 110Volt MicroPlush Mattress Pad Queen White | 038533837541 | 5 |
| SERTA 110Volt Sherpa Mattress Pad  White Full | 038533837596 | 539 |
| SERTA 110Volt Sherpa Mattress Pad  White Queen | 038533837602 | 80 |
| SERTA 110Volt Sherpa Mattress Pad  White CalKing | 038533837633 | 577 |
| SERTA 110Volt 200gsm MacroMink Warming Cape Chocolate | 038533844020 | 5 |
| SERTA 110Volt MicroFleece Sherpa Throw Chocolate | 038533837749 | 2 |
| SERTA 110Volt Silky Blanket Full Ivory | 038533856597 | 1 |
| SERTA 110Volt Silky Blanket Full Chocolate | 038533851318 | 119 |
| SERTA 110Volt Silky Blanket Full Sand | 038533851134 | 1 |
| SERTA 110Volt Silky Blanket Queen Chocolate | 038533851325 | 9 |
| SERTA 110Volt Silky Blanket King Chocolate | 038533851332 | 155 |
| SERTA 110Volt Quilted Medallion Blanket Taupe Twin | 038533869115 | 102 |
| SERTA 110Volt Quilted Medallion Blanke  Ivory Twin | 038533869078 | 93 |
| SERTA 110Volt Quilted Medallion Blanket Gray Twin | 038533869153 | 150 |
| SERTA 110Volt Quilted Medallion Blanket Taupe Full | 038533869122 | 68 |
| SERTA 110Volt Quilted Medallion Blanket Ivory Full | 038533869085 | 114 |

| Description | Code | Qty |
|---|---|---|
| SERTA 110Volt Quilted Medallion Blanket Gray Full | 038533869160 | 60 |
| SERTA 110Volt Quilted Medallion Blanket Taupe Queen | 038533869139 | 160 |
| SERTA 110Volt Quilted Medallion Blanket Ivory Queen | 038533869092 | 245 |
| SERTA 110Volt Quilted Medallion Blanket Gray Queen | 038533869177 | 204 |
| SERTA 110Volt Quilted Medallion Blanket Ivory King | 038533869108 | 94 |
| SERTA 110Volt Quilted Medallion Blanket Gray King | 038533869184 | 67 |
| SERTA 110Volt Rabbit Throw Ivory | 038533860297 | 1457 |
| SERTA 110Volt Rabbit Throw Black | 038533875062 | 1101 |
| SERTA 110Volt Rabbit Throw Taupe | 038533875079 | 752 |
| SERTA 110Volt Rabbit Pocket Wrap White | 038533872856 | 382 |
| SERTA 110Volt Rabbit Pocket Wrap Taupe | 038533875086 | 998 |
| SERTA 110Volt HoneyComb Faux Fur Throw Sand | 038533860990 | 2 |
| SERTA 110Volt Chevron Throw Gray | 038533861010 | 3 |
| SERTA 110Volt Chevron Throw Marshmallow | 038533861003 | 54 |
| SERTA 110Volt Silky Throw Houndstooth Black/White | 038533869719 | 1048 |
| SERTA 110Volt Silky Throw Bias Plaid | 038533869726 | 762 |
| SERTA 110Volt Shiny/Sherpa Throw Bear Gray | 038533869702 | 612 |
| SERTA 110Volt Silky Throw Plaid Blue | 038533875130 | 1008 |
| SERTA 110Volt Silky Throw Plaid Brown | 038533875147 | 988 |
| SERTA 110Volt Shiny/Sherpa Throw Penguin Teal | 038533874751 | 787 |
| SERTA 110Volt Shiny/Sherpa Throw Penguin Red | 038533872627 | 604 |
| SERTA 110Volt 3D Pinsonic Blanket Ivory Twin | 038533869481 | 220 |
| SERTA 110Volt 3D Pinsonic Blanket Gray Twin | 038533869528 | 205 |
| SERTA 110Volt 3D Pinsonic Blanket Smoky Amethyst Twin | 038533869566 | 222 |
| SERTA 110Volt 3D Pinsonic Blanket Ivory Full | 038533869498 | 174 |
| SERTA 110Volt 3D Pinsonic Blanket Gray Full | 038533869535 | 161 |
| SERTA 110Volt 3D Pinsonic Blanket Smoky Amethyst Full | 038533869573 | 161 |
| SERTA 110Volt 3D Pinsonic Blanket Ivory Queen | 038533869504 | 213 |
| SERTA 110Volt 3D Pinsonic Blanket Gray Queen | 038533869542 | 265 |
| SERTA 110Volt 3D Pinsonic Blanket Smoky Amethyst Queen | 038533869580 | 236 |
| SERTA 110Volt 3D Pinsonic Blanket Ivory King | 038533869511 | 61 |
| SERTA 110Volt 3D Pinsonic Blanket Gray King | 038533869559 | 72 |
| SERTA 110Volt 3D Pinsonic Blanket Smoky Amethyst King | 038533869597 | 88 |
| SERTA 110Volt Shiny/Sherpa Throw Dogs Red | 038533874386 | 780 |
| SERTA Plush Electric Back & Shoulder Wrap Sand | 038533825371 | 3 |
| SERTA Plush Electric Back & Shoulder Wrap Gray | 038533840145 | 2 |
| SERTA 3-in-1 Warming Traveler Throw Khaki 30x40" | 038533825357 | 6 |
| SERTA 3-in-1 Warming Traveler Throw Gray 30x40" | 038533825364 | 2 |
| SERTA 110Volt Comfort Plush Blanket Ivory Twin | 038533860372 | 255 |
| SERTA 110Volt Comfort Plush Blanket Sand Twin | 038533860419 | 310 |
| SERTA 110Volt Comfort Plush Blanket Gray Twin | 038533860457 | 185 |
| SERTA 110Volt Comfort Plush Blanket Teal Twin | 038533873372 | 73 |
| SERTA 110Volt Comfort Plush Blanket Ivory Full | 038533860389 | 315 |
| SERTA 110Volt Comfort Plush Blanket Sand Full | 038533860426 | 446 |
| SERTA 110Volt Comfort Plush Blanket Gray Full | 038533860464 | 249 |
| SERTA 110Volt Comfort Plush Blanket Teal Full | 038533873389 | 61 |
| SERTA 110Volt Comfort Plush Blanket Ivory Queen | 038533860396 | 267 |
| SERTA 110Volt Comfort Plush Blanket Sand Queen | 038533860433 | 208 |
| SERTA 110Volt Comfort Plush Blanket Gray Queen | 038533860471 | 271 |

| | | |
|---|---|---|
| SERTA 110Volt Comfort Plush Blanket Ivory King | 038533860402 | 139 |
| SERTA 110Volt Comfort Plush Blanket Sand King | 038533860440 | 312 |
| SERTA 110Volt Comfort Plush Blanket Gray King | 038533860488 | 1 |
| SERTA 110Volt Comfort Plush Blanket Teal King | 038533873402 | 5 |
| SERTA 110Volt MicroFleece Blanket Chocolate Twin | 038533860884 | 373 |
| SERTA 110Volt MicroFleece Blanket Natural Twin | 038533860723 | 1126 |
| SERTA 110Volt MicroFleece Blanket Beige Twin | 038533860761 | 848 |
| SERTA 110Volt MicroFleece Blanket Slate Blue Twin | 038533860808 | 349 |
| SERTA 110Volt MicroFleece Blanket Spice Twin | 038533873419 | 97 |
| SERTA 110Volt MicroFleece Blanket Gray Twin | 038533860846 | 821 |
| SERTA 110Volt MicroFleece Blanket Chocolate Full | 038533860891 | 287 |
| SERTA 110Volt MicroFleece Blanket Natural Full | 038533860730 | 820 |
| SERTA 110Volt MicroFleece Blanket Beige Full | 038533860778 | 904 |
| SERTA 110Volt Micro leece Blanket Slate Blue Full | 038533860815 | 639 |
| SERTA 110Volt MicroFleece Blanket Spice Full | 038533873426 | 79 |
| SERTA 110Volt MicroFleece Blanket Gray Full | 038533860853 | 434 |
| SERTA 110Volt MicroFleece Blanket Chocolate Queen | 038533860907 | 234 |
| SERTA 110Volt MicroFleece Blanket Natural Queen | 038533860747 | 621 |
| SERTA 110Volt MicroFleece Blanket Beige Queen | 038533860785 | 939 |
| SERTA 110Volt MicroFleece Blanket Slate Blue Queen | 038533860822 | 317 |
| SERTA 110Volt MicroFleece Blanket Spice Queen | 038533873433 | 81 |
| SERTA 110Volt MicroFleece Blanket Gray Queen | 038533860860 | 12 |
| SERTA 110Volt MicroFleece Blanket Chocolate King | 038533860914 | 135 |
| SERTA 110Volt MicroFleece Blanket Natural King | 038533860754 | 292 |
| SERTA 110Volt MicroFleece Blanket Beige King | 038533860792 | 189 |
| SERTA 110Volt MicroFleece Blanket Slate Blue King | 038533860839 | 164 |
| SERTA 110Volt MicroFleece Blanket Spice King | 038533873440 | 46 |
| SERTA 110Volt MicroFleece Blanket Gray King | 038533860877 | 407 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Red Plaid | 038533875192 | 264 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Sand | 038533875215 | 374 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Charcoal | 038533873921 | 5 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Bay Blue | 038533875222 | 368 |
| SERTA 110Volt 175gsm  MicroPlush/Sherpa Throw Bay Blue Snowflake | 038533873907 | 369 |
| SERTA 110Volt 175gsm MicroPlush/Sherpa Throw Garnet | 038533875208 | 592 |
| SERTA 110Volt 175gsm MicroPlush Blanket Ivory Twin | 038533875413 | 129 |
| SERTA 110Volt 175gsm MicroPlush Blanket Sand Twin | 038533875291 | 114 |
| SERTA 110Volt 175gsm MicroPlush Blanket Charcoal Twin | 038533875338 | 97 |
| SERTA 110Volt 175gsm MicroPlush Blanket Bay Blue Twin | 038533875376 | 117 |
| SERTA 110Volt 175gsm MicroPlush Blanket Garnet Twin | 038533875253 | 128 |
| SERTA 110Volt 175gsm MicroPlush Blanket Ivory Full | 038533875420 | 107 |
| SERTA 110Volt 175gsm MicroPlush Blanket Sand Full | 038533875307 | 106 |
| SERTA 110Volt 175gsm MicroPlush Blanket Charcoal Full | 038533875345 | 97 |
| SERTA 110Volt 175gsm MicroPlush Blanket Bay Blue Full | 038533875383 | 103 |
| SERTA 110Volt 175gsm MicroPlush Blanket Garnet Full | 038533875260 | 108 |
| SERTA 110Volt 175gsm MicroPlush Blanket Ivory Queen | 038533875437 | 160 |
| SERTA 110Volt 175gsm MicroPlush Blanket Sand Queen | 038533875314 | 120 |
| SERTA 110Volt 175gsm MicroPlush Blanket Charcoal Queen | 038533875352 | 137 |
| SERTA 110Volt 175gsm MicroPlush Blanket Bay Blue Queen | 038533875390 | 156 |
| SERTA 110Volt 175gsm MicroPlush Blanket Garnet Queen | 038533875277 | 168 |

| Product | Code | Qty |
|---|---|---|
| SERTA 110Volt 175gsm MicroPlush Blanket Ivory King | 038533875444 | 65 |
| SERTA 110Volt 175gsm MicroPlush Blanket Sand King | 038533875321 | 36 |
| SERTA 110Volt 175gsm MicroPlush Blanket Charcoal King | 038533875369 | 37 |
| SERTA 110Volt 175gsm MicroPlush Blanket Bay Blue King | 038533875406 | 69 |
| SERTA 110Volt 175gsm MicroPlush Blanket Garnet King | 038533875284 | 79 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Sand Twin | 038533876175 | 27 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Navy Twin | 038533876090 | 30 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Gray Twin | 038533876137 | 26 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Sand Full | 038533876182 | 23 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Navy Full | 038533876106 | 59 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Gray Full | 038533876144 | 43 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Sand Queen | 038533876199 | 62 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Navy Queen | 038533876113 | 63 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Gray Queen | 038533876151 | 63 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Sand King | 038533876205 | 29 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Navy King | 038533876120 | 29 |
| SERTA 110Volt Kohls Silkyy BlueTooth Blanket Gray King | 038533876168 | 15 |
| SERTA 110Volt MicroPlush Mattress Pad White Twin | 038533862598 | 155 |
| SERTA 110Volt MicroPlush Mattress Pad White Full | 038533862604 | 260 |
| SERTA 110Volt MicroPlush Mattress Pad White Queen | 038533862611 | 603 |
| SERTA 110Volt MicroPlush Mattress Pad White King | 038533862628 | 251 |
| SERTA 110Volt MicroPlush Mattress Pad White CalKing | 038533862635 | 127 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White Twin | 038533875093 | 183 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White Full | 038533875109 | 139 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White Queen | 038533875116 | 472 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White King | 038533875123 | 178 |
| SERTA 110Volt BlueTooth MicroPlush Mattress Pad White CalKing | 038533875857 | 99 |
| SERTA 110Volt Sherpa Mattress Pad White Twin | 038533860921 | 122 |
| SERTA 110Volt Sherpa Mattress Pad White Queen | 038533860945 | 1050 |
| SERTA 110Volt Sherpa Mattress Pad White King | 038533860952 | 670 |
| SERTA 110Volt Cotton Blend Mattress Pad White Twin | 038533869641 | 190 |
| SERTA 110Volt Cotton Blend Mattress Pad White Full | 038533869658 | 9 |
| SERTA 110Volt Cotton Blend Mattress Pad White Queen | 038533869665 | 17 |
| SERTA 110Volt Cotton Blend Mattress Pad White King | 038533869672 | 97 |
| SERTA 110Volt Cotton Blend Mattress Pad White CalKing | 038533869689 | 9 |
| SERTA 110Volt All Season Mattress Pad White Twin | 038533869603 | 37 |
| SERTA 110Volt All Season Mattress Pad White Full | 038533869610 | 28 |
| SERTA 110Volt All Season Mattress Pad White Queen | 038533869627 | 12 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White Twin | 038533876045 | 60 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White Full | 038533876052 | 104 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White Queen | 038533876069 | 422 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White King | 038533876076 | 159 |
| SERTA 110Volt Kohls MicroVelour BlueTooth Mattress Pad White CalKing | 038533876083 | 16 |
| SERTA 110Volt MicroFleece/Sherpa Throw Chocolate | 038533861072 | 3647 |
| SERTA 110Volt MicroFleece/Sherpa Throw Beige | 038533861065 | 3691 |
| SERTA 110Volt MicroFleece/Sherpa Throw Navy | 038533861096 | 2200 |
| SERTA 110Volt MicroFleece/Sherpa Throw Slate Blue | 038533861119 | 7354 |
| SERTA 110Volt MicroFleece/Sherpa Throw Gray | 038533861089 | 5686 |
| SERTA 110Volt MicroFleece/Sherpa Throw Red Pepper | 038533861102 | 2224 |

| | | |
|---|---|---|
| SERTA 110Volt Faux Fur Throw Gray | 038533860983 | 413 |
| SERTA 110Volt Silky Throw Pine | 038533874805 | 564 |
| SERTA 110Volt Silky Throw Chocolate | 038533861058 | 564 |
| SERTA 110Volt Silky Throw Sand | 038533861034 | 566 |
| SERTA 110Volt Silky Throw Navy | 038533861041 | 116 |
| SERTA 110Volt Silky Throw Gray | 038533861027 | 354 |
| SERTA 110Volt Silky Blanket Pine Twin | 038533874768 | 211 |
| SERTA 110Volt Silky Blanket Ivory Twin | 038533860600 | 396 |
| SERTA 110Volt Silky Blanket Chocolate Twin | 038533860686 | 353 |
| SERTA 110Volt Silky Blanket Sand Twin | 038533860563 | 508 |
| SERTA 110Volt Silky Blanket Navy Twin | 038533860648 | 611 |
| SERTA 110Volt Silky Blanket Gray Twin | 038533860525 | 601 |
| SERTA 110Volt Silky Blanket Pine Full | 038533874775 | 86 |
| SERTA 110Volt Silky Blanket Ivory Full | 038533860617 | 336 |
| SERTA 110Volt Silky Blanket Chocolate Full | 038533860693 | 320 |
| SERTA 110Volt Silky Blanket Sand Full | 038533860570 | 419 |
| SERTA 110Volt Silky Blanket Navy Full | 038533860655 | 139 |
| SERTA 110Volt Silky Blanket Gray Full | 038533860532 | 137 |
| SERTA 110Volt Silky Blanket Pine Queen | 038533874782 | 187 |
| SERTA 110Volt Silky Blanket Ivory Queen | 038533860624 | 443 |
| SERTA 110Volt Silky Blanket Chocolate Queen | 038533860709 | 212 |
| SERTA 110Volt Silky Blanket Sand Queen | 038533860587 | 555 |
| SERTA 110Volt Silky Blanket Navy Queen | 038533860662 | 1 |
| SERTA 110Volt Silky Blanket Gray Queen | 038533860549 | 408 |
| SERTA 110Volt Silky Blanket Pine King | 038533874799 | 97 |
| SERTA 110Volt Silky Blanket Ivory King | 038533860631 | 2 |
| SERTA 110Volt Silky Blanket Chocolate King | 038533860716 | 45 |
| SERTA 110Volt Silky Blanket Sand King | 038533860594 | 310 |
| SERTA 110Volt Silky Blanket Gray King | 038533860556 | 3 |
| SERTA 110Volt Snuggler Cape Chocolate | 038533861140 | 1334 |
| SERTA 110Volt Snuggler Cape Sand | 038533861133 | 1389 |
| SERTA 110Volt Snuggler Cape Navy | 038533861157 | 1844 |
| SERTA 110Volt Snuggler Cape Gray | 038533861126 | 1372 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Pine Twin | 038533874898 | 204 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Sand Twin | 038533874935 | 179 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Navy Twin | 038533875017 | 129 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Gray Twin | 038533874973 | 171 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Pine Full | 038533874904 | 193 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Sand Full | 038533874942 | 175 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Navy Full | 038533875024 | 169 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Gray Full | 038533874980 | 157 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Pine Queen | 038533874911 | 235 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Sand Queen | 038533874959 | 139 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Navy Queen | 038533875031 | 209 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Gray Queen | 038533874997 | 197 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Pine King | 038533874928 | 131 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Sand King | 038533874966 | 88 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Navy King | 038533875048 | 117 |
| SERTA 110Volt BlueTooth Silkyy Blanket  Gray King | 038533875000 | 90 |

| | | |
|---|---|---|
| SERTA MicroFleece Battery Throw 40X50 Navy | 038533874867 | 1372 |
| SERTA MicroFleece Battery Throw 40X50 Black | 038533874843 | 1801 |
| SERTA MicroFleece Battery Throw 40X50 Merlot | 038533874850 | 1483 |
| SERTA 110Volt Silky Throw Snowflake White | 038533869696 | 414 |
| SERTA 110Volt Silky Throw Snowflake Navy | 038533860358 | 233 |
| SERTA 110Volt Silky Blanket Snowflake Navy Twin | 038533872672 | 476 |
| SERTA 110Volt Silky Blanket Snowflake Merlot Twin | 038533872634 | 433 |
| SERTA 110Volt Silky Blanket Snowflake Navy Full | 038533872689 | 334 |
| SERTA 110Volt Silky Blanket Snowflake Merlot Full | 038533872641 | 300 |
| SERTA 110Volt Silky Blanket Snowflake Navy Queen | 038533872696 | 269 |
| SERTA 110Volt Silky Blanket Snowflake Merlot Queen | 038533872658 | 180 |
| SERTA 110Volt Silky Blanket Snowflake Navy King | 038533872702 | 257 |
| SERTA 110Volt Silky Blanket Snowflake Merlot King | 038533872665 | 185 |
| SERTA 110Volt Silky Throw Buffalo Check Green | 038533867197 | 312 |
| SERTA 110Volt Silky Throw Buffalo Check Red | 038533860365 | 564 |
| SERTA 110Volt Luxe Cuddler Wrap w/pockets Cloud | 038533861171 | 2444 |
| SERTA 110Volt Luxe Cuddler Wrap w/pockets Sapphire | 038533861164 | 2744 |
| SERTA 110Volt Sam's Plush/Sherpa Throw Taupe | 038533873860 | 1290 |
| SERTA 110Volt Sam's Plush/Sherpa Throw Grey | 038533873877 | 954 |
| SERTA 110Volt Sam's Plush/Sherpa Throw Silver Plaid | 038533873891 | 1331 |
| SERTA 110Volt Sam's Plush/Sherpa Throw Gray Plaid | 038533873884 | 884 |
| SERTA 110Volt Sam's BlueTooth Mattress Pad White Queen | 038533873846 | 1 |
| WARRANTY SERTA 4-SET 35X20 White 01/CS | 038533870210 | 1 |
| SERTA 110Volt 10S LCD Mattress Pad Controller BlueTooth for Queen size | #N/A | 924 |
| SERTA 110Volt 10S LCD Mattress Pad Controller BlueTooth for Twin,Full & King sizes | #N/A | 82 |
| | | 125,393 |