UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 20-30706 |
| ) | Chapter 7 |
| PERFECT FIT INDUSTRIES, LLC, ) | |
| ) | |
| Debtor. ) | |

### REPORT OF SALE OF PERSONAL PROPERTY

John W. Taylor, the duly appointed and acting Trustee in this case, respectfully submits this Report of Sale as follows:

1. The Debtor filed a voluntary Chapter 7 bankruptcy petition on July 24, 2020. John W. Taylor is the duly appointed, qualified and acting Trustee of the Chapter 7 case of the Debtor.

2. By Order of this Court dated September 3, 2020, the Trustee sold inventory, trademarks and certain personal property (the "Personal Property") to Royal Heritage Home, LLC and R&M Group, LLC for the sums of $515,000.00 and $496,937.00 respectively.

3. All creditors of the Debtor were notified of the sale.

4. On September 4, 2020, the Trustee received the gross sale proceeds in the amount of $1,011,937.00 by two wire transfers into the Bankruptcy Estate's account with Mechanics Bank.

DATED this 12th day of January, 2021.

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
4600 Park Road, Suite 420
Charlotte, NC  28209
Telephone:  (704) 540-3622

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the **REPORT OF SALE** by either Electronic Case Filing as indicated or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed to the below listed parties this 12th day of January, 2021.

| | |
|---|---|
| Anna S. Gorman, Attorney for Debtor | Via Electronic Case Filing |

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
4600 Park Road, Suite 420
Charlotte, NC  28209
(704) 540-3622