UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 20-30706 |
| | ) | Chapter 7 |
| PERFECT FIT INDUSTRIES, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING (HEARING SCHEDULED)

The Trustee, John W. Taylor, has filed a Motion to Determine Amounts Owed Pursuant to Order Granting Trustee's Motion to Sell Entered September 3, 2020. The Motion is on file with the United States Bankruptcy Court for inspection by any interested party.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to allow the motion or if you want the Court to consider your views on the motion **within 14 days of the date of this Notice**, you or your attorney must:

File with the Court a written request for a hearing, or if the Court requires a written response, an answer, explaining your position at: Clerk of Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina 28202.

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also mail a copy to:

John W. Taylor        Shelley K. Abel
4600 Park Road, Ste. 420    Bankruptcy Administrator
Charlotte, NC 28209      402 W. Trade Street, Suite 200
              Charlotte, NC 28202

**Attend the hearing** scheduled to be held on **April 26, 2021 at 9:30 a.m**. at the U.S. Bankruptcy Court, Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202.

Take any other steps required to oppose a motion or objection under local rule or court order. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: March 22, 2021

/s/ John W. Taylor
John W. Taylor, Bar No. 21378
Attorney for Trustee
4600 Park Road, Suite 420
Charlotte, NC 28209
(704) 540-3622