IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 20-30706 |
| | ) | |
| PERFECT FIT INDUSTRIES, LLC, | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010, undersigned counsel, John C. Woodman of the law firm of Essex Richards, P.A., is appearing on behalf of R&M Group, LLC, the party in interest in the above-captioned bankruptcy case, and requests that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, all documents filed with the Court and all notices given or filed in the case be served upon him as follows:

**John C. Woodman**
**Essex Richards, P.A.**
**1701 South Boulevard**
**Charlotte, NC 28203**
**Tel: (704) 377-4300**
**Fax: (704) 372-1357**

**E-mail: jwoodman@essexrichards.com**

This the 11 day of June, 2021.

John C. Woodman
NC Bar No. 42365
Attorney for R&M Group, LLC
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2021, the foregoing **REQUEST FOR NOTICE** was served electronically on those parties receiving notice in this case through the Court's CM/ECF system.

/s/John C. Woodman
John C. Woodman
NC Bar No. 42365
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com